NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Khesraw Karmand
Matthew J. Preusch
Keller Rohrback, L.L.P.
1129 State Street, Suite B
Santa Barbara, CA  93101
Ph: 805-456-1496
Bar No. 298144

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona and Christina Mathis individually and on behalf of others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____PLAINTIFFS_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael Corona | Plaintiff |
| Christina Mathis | Plaintiff |

December 15, 2014                               s/ Khesraw Karmand
Date                                            Signature

Attorney of record for (or name of party appearing in pro per):

Khesraw Karmand, Attorney for Plaintiffs

CV-30 (05/13)                                   **NOTICE OF INTERESTED PARTIES**