Name and address:
Lynn Lincoln Sarko
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: 206-623-1900
lsarko@kellerrohrback.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Michael Corona and Christina Mathis, individually and on behalf of others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>Sony Pictures Entertainment, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>2:14-cv-09600<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

*Applicant's Name (Last Name, First Name & Middle Initial)*
Lynn Lincoln Sarko

*Firm Name*
Keller Rohrback L.L.P.

1201 Third Avenue, Suite 3200
*Street Address*

Seattle, WA 98101
*City, State, Zip Code*

206-623-1900
*Telephone Number*

206-623-3384
*Fax Number*

lsarko@kellerrohrback.com
*E-Mail Address*

I have been retained to represent the following parties:

| Michael Corona | ☒ Plaintiff | ☐ Defendant | ☐ Other: |
| Christina Mathis | ☒ Plaintiff | ☐ Defendant | ☐ Other: |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Washington State Supreme Court | 06/20/1983 | Active in good standing |
| U.S. Supreme Court | 06/11/1984 | Active in good standing |
| Ninth Circuit | 09/01/1981 | Active in good standing |
| Second Circuit | 04/29/2013 | Active in good standing |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:12-cv-09366 | Saavedra v. Eli Lilly and Company | 11/16/13 | granted |
| 2:12-cv-2872 | Santomenno v. Transamerica Life Ins. Co. | 04/25/12 | granted |
| 2:11-cv-06025 | Hajnal v. Chase Home Finance LLP | 08/30/11 | granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

None

Have you previously registered as a CM/ECF user in the Central District of California?  ☒ Yes  ☐ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?  ☒ Yes  ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated __12/24/14__    Lynn Lincoln Sarko
_____
Applicant's Name (please type or print)

_____
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Matthew J. Preusch
*Designee's Name (Last Name, First Name & Middle Initial)*

Keller Rohrback L.L.P.
*Firm Name*

1129 State Street, Suite 8
*Street Address*

Santa Barbara, CA 93101
*City, State, Zip Code*

805-456-1496
*Telephone Number*

805-456-1497
*Fax Number*

mpreusch@kellerrohrback.com
*E-Mail Address*

298144
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated 12/24/14

Matthew J. Preusch
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

ATTACHMENT A TO APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE – LYNN LINCOLN SARKO

I am a member in good standing and eligible to practice before the following courts:

| Name of Court | Date of Admission |
| --- | --- |
| State of Wisconsin | 5/18/1981 |
| 9th Circuit Court of Appeals | 9/1/1981 |
| District of Columbia | 6/20/1983 |
| D.C. Court of Appeals | 10/17/1983 |
| D.C. Circuit Court of Appeals | 12/15/1983 |
| U.S. Supreme Court | 6/11/1984 |
| 4th Circuit Court of Appeals | 1984 |
| 7th Circuit Court of Appeals | 1984 |
| 10th Circuit Court of Appeals | 1984 |
| U.S. Tax Court | 1985 |
| State of Washington | 11/12/1986 |
| Eastern District of Washington | 1986 |
| Western District of Washington | 1986 |
| 1st Circuit Court of Appeals | 1986 |
| Eastern District of Wisconsin | 1988 |
| Western District of Wisconsin | 11/22/1996 |
| 3rd Circuit Court of Appeals | 4/4/2001 |
| Eastern District of Michigan | 10/22/2002 |
| 11th Circuit Court of Appeals | 6/26/2003 |
| 5th Circuit Court of Appeals | 11/4/2003 |
| Northern District of Illinois | 12/7/2004 |
| 2nd Circuit Court of Appeals | 2/14/2007 |
| 8th Circuit Court of Appeals | 12/16/2008 |
| 6th Circuit Court of Appeals | 3/24/2009 |
| District of North Dakota | 12/14/2010 |

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 16569 |
| OF | ) | CERTIFICATE |
| LYNN LINCOLN SARKO | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

## LYNN LINCOLN SARKO

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 12, 1986, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 18th day of December, 2014.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court



Diane M. Fremgen
Clerk

**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

LYNN LINCOLN SARKO

was admitted to practice as an attorney within this state on May 18, 1981 and is presently in good standing in this court.

Dated: December 18, 2014

DIANE M. FREMGEN
Clerk of Supreme Court

-7000, 03/2005 Certificate of Good Standing



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## LYNN L. SARKO

was on     **JUNE 20, 1983**     duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on DECEMBER 22, 2014.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk