David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213-443-5300
Facsimile: +1 213-443-5400

William F. Lee (*pro hac vice* forthcoming)
william.lee@wilmerhale.com
Felicia H. Ellsworth (*pro hac vice* forthcoming)
felicia.ellsworth@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617-526-6000
Facsimile: +1 617-526-5000

Noah Levine (*pro hac vice* forthcoming)
noah.levine@wilmerhale.com
Alan E. Schoenfeld (*pro hac vice* forthcoming)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: +1 212-230-8800
Facsimile: +1 212-230-8888

Attorneys for Defendant Sony Pictures Entertainment Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Corona and Christina Mathis, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>Sony Pictures Entertainment Inc.,<br><br>                    Defendant. | Case No. 2:14-cv-09600-RGK-SH<br><br>**DEFENDANT SONY PICTURES ENTERTAINMENT INC.'S FRCP 7.1 AND LR 7.1-1 CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

Sony Pictures Entertainment Inc., Defendant in the above-referenced action, by its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, states that Sony Pictures Entertainment Inc. is an indirect, wholly-owned subsidiary of Sony Corporation, a publicly traded company. In addition, the undersigned, counsel of record for Sony Pictures Entertainment Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Sony Corporation (Sony Pictures Entertainment Inc. is an indirect, wholly owned subsidiary of Sony Corporation).
2. Sony Corporation of America (Sony Pictures Entertainment Inc. is an indirect, wholly owned subsidiary of Sony Corporation of America, which is a wholly owned, indirect subsidiary of Sony Corporation).
3. Tokio Marine America Insurance Company
4. Syndicate 3624 at Lloyd's, London, managed by Hiscox Syndicates Ltd.
5. Argo Re Ltd.
6. Illinois National Insurance Company (AIG)

Dated: December 30, 2014

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *David C. Marcus*
　　　David C. Marcus

Attorney for Defendant Sony Pictures Entertainment Inc.