**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL CORONA and CHRISTINA MATHIS, individually and on behalf of others similarly situated,

Plaintiffs,

v.

SONY PICTURES ENTERTAINMENT, INC.,

Defendant.

**CASE NO.:14−CV−09600−RGK−SHX**

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

Date: February 9, 2015
Time: 9:00 a.m.
Judge: Hon. R. Gary Klausner
Courtroom: 850

| | |
|---|---|
| JOSHUA FORSTER and ELLA CARLINE ARCHIBEQUE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>Defendant. | **CASE NO. 2:14-CV-09646-RGK-SH** |
| MICHAEL LEVINE and LIONEL FELIX, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | **CASE NO. 2:14-CV-09687-RGK-SH** |
| MARCELA BAILEY, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>SONY PICTURES ENTERTAINMENT INC., a Delaware corporation<br><br>Defendant. | **CASE NO. 2:14-CV-09755-RGK-SH** |

| | |
|---|---|
| STEVEN SHAPIRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | **CASE NO. 2:14-CV-09762-RGK-SH** |
| ANASTASIO GARCIA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SONY PICTURES ENTERTAINMENT, INC., a Delaware Corporation<br><br>Defendant. | **CASE NO. 2:15-CV-00014-RGK-SH** |
| LAWON EXUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | **CASE NO. 2:15-CV-00111-CAS-JEM** |

The Court having reviewed the Unopposed Motion of Plaintiffs Corona, Mathis, Forster, Archibeque, Levine and Felix For Consolidation and Appointment of Interim Co-Lead Class Counsel, having considered all papers submitted, and having considered the arguments of counsel,

The Court hereby FINDS and ORDERS as follows:

1. The Motion is GRANTED.

2. The following seven Actions pending in this District and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this district shall be consolidated pursuant to Federal Rule of Civil Procedure 42(a):

(a) *Corona*, *et al.* v. *Sony Pictures Entertainment, Inc.*, No. 2:14–CV–09600;

(b) *Forster*, *et al.* v. *Sony Pictures Entertainment, Inc.*, No. 2:14-cv-09464;

(c) *Levine*, *et al.* v. *Sony Pictures Entertainment, Inc.*, No. 2:14-cv-09687;

(d) *Bailey*, *et al.* v. *Sony Pictures Entertainment, Inc.*, No. 2:14-cv-09755;

(e) *Shapiro*, *et al.* v. *Sony Pictures Entertainment, Inc.*, No. 2:14-cv-09762;

(f) *Rodriguez* v. *Sony Pictures Entertainment, Inc.*, No. 2:15-cv-00014; and

(g) *Exum* v. *Sony Pictures Entertainment, Inc.*, No. 2:15-cv-00111.

3. All papers, pleading, and motions arising out of the same or similar operative facts, including but not limited to those listed above in paragraph 2, and those captioned *In re Sony 2014 Data Breach Litigation*, shall be filed in this Court under Case

No. 2:14-cv-09600-RGK-SH, the case number of the first-filed matter, and shall use the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| IN RE SONY 2014 DATA BREACH LITIGATION | **CASE NO. 2:14-cv-09600-RGK-SH** |
|---|---|

4. Any pending action and action subsequently filed, transferred or removed to this Court that arises out of the subject matter of any of the Actions shall be so consolidated.

5. By way of a Notice of Related Case, Counsel shall call to the attention of the Clerk of Court the filing, transfer or removal of any case that might properly be consolidated with *In re Sony 2014 Data Breach Litigation*.

6. Plaintiffs propose the following counsel structure pursuant to Fed. R. Civ. P. 23(g) to act on behalf of the putative class:

**Interim Co-Lead Class Counsel**

**Keller Rohrback L.L.P.**
**Girard Gibbs LLP**
**Lieff Cabraser Heimann & Bernstein, LLP**

7. Pursuant to this structure, Interim Co-Lead Class Counsel shall have the authority to perform or delegate the following tasks on behalf of all Plaintiffs in the Consolidated Action in consultation with Plaintiffs' counsel where appropriate:

(a) directing, coordinating, and supervising the prosecution of Plaintiffs' claims in the Consolidated Action;

(b) initiating, responding to, scheduling, briefing, and arguing all motions;

(c) appearing at all hearings and conferences regarding the case;

(d) determining the scope, order, and conduct of all discovery proceedings;

(e) assigning work to Plaintiffs' counsel as necessary and appropriate under the circumstances;

(f) retaining experts;

(g) communicating with the Court;

(h) communicating with opposing counsel;

(i) conducting settlement negotiations on behalf of Named Plaintiffs and the class;

(j) collecting and reviewing time and expense records from all Plaintiffs' counsel on a monthly basis and at the conclusion of the case, as necessary and appropriate under the circumstances, and submitting a fee and costs application;

(k) coordinating activities to avoid duplication and inefficiency in the filing, serving, and/or implementation of pleadings, other court papers, discovery papers, and discovery practice, and, generally, in the litigation; and

(l) performing such other duties that may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court.

8. Keller Rohrback L.L.P. shall also serve as Liaison Counsel, and shall be responsible for facilitating coordination and communications among counsel for the parties and with the Court.

9. Within 14 days of entry of this Order, Plaintiffs shall file a Consolidated Amended Complaint.

10. Within 14 days of entry of this Order, the Parties shall confer and submit a preliminary proposed schedule including the following:

(a) the date by which Defendant will answer or otherwise respond to the Consolidated Amended Complaint; and

(b) if the Defendant intends to file a Motion to Dismiss Plaintiffs' Consolidated Amended Complaint, a proposed briefing schedule and hearing date.

IT IS SO ORDERED.

DATED: ________________ __________________________________

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA