1
2
3
4

Matthew J. Preusch (Cal. Bar No. 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, California 93101
T: (805) 456-1496
F: (805) 456-1497

5
6
7
8
9

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Ave., Suite 3200
Seattle, Washington 98101
T: (206) 623-1900
F: (206) 623-3384
*Attorneys for Plaintiffs Michael Corona
and Christina Mathis*

10
11
12
13
14
15

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
T: (415) 981-4800
F: (415) 981-4846
*Attorneys for Plaintiffs Joshua Forster and
Ella Carline Archibeque*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008
*Attorneys for Plaintiffs Michael
Levine and Lionel Felix*

16

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

17
18
19
20
21
22
23
24
25
26
27
28

MICHAEL CORONA and CHRISTINA
MATHIS, individually and on behalf of
others similarly situated,

          Plaintiffs,

    vs.

SONY PICTURES ENTERTAINMENT,
INC.,

          Defendant.

Case No. 2:14-cv-09600-RGK-SH

CLASS ACTION

**DECLARATION OF LYNN LINCOLN
SARKO IN SUPPORT OF
UNOPPOSED MOTION AND
UNOPPOSED MOTION FOR
CONSOLIDATION AND
APPOINTMENT OF INTERIM CO-
LEAD CLASS COUNSEL**

[FED. R. CIV. P. 23(G)]

Date:      February 9, 2015
Time:      9:00 a.m.
Judge:    Hon. R. Gary Klausner
Courtroom: 850

1
2
3
4
5
6

JOSHUA FORSTER and ELLA CARLINE
ARCHIBEQUE, on behalf of themselves
and all others similarly situated,

          Plaintiffs,

      v.

SONY PICTURES ENTERTAINMENT
INC.,

        Defendant.

Case No. 2:14-cv-09646-RGK-SH

7
8
9
10
11
12
13
14

MICHAEL LEVINE and LIONEL FELIX,
on behalf of themselves and all others
similarly situated,

          Plaintiffs,

      v.

SONY PICTURES ENTERTAINMENT,
INC.,

        Defendant.

Case No. 2:14-cv-09687-RGK-SH

15
16
17
18
19
20
21
22

MARCELA BAILEY, individually, and on
behalf of a class of similarly situated
individuals,

          Plaintiff,

      v.

SONY PICTURES ENTERTAINMENT
INC., a Delaware corporation

        Defendant.

Case No. 2:14-cv-09755-RGK-SH

23
24
25
26
27
28

1
2
3
4
5
6
7
8

STEVEN SHAPIRO, individually and on behalf of all others similarly situated,

        Plaintiff,

     v.

SONY PICTURES ENTERTAINMENT, INC.,

        Defendant.

Case No. 2:14-cv-09762-RGK-SH

9
10
11
12
13
14
15

ANASTASIO GARCIA RODRIGUEZ, individually and on behalf of all others similarly situated,

        Plaintiff,

     v.

SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation

        Defendant.

Case No. 2:15-cv-00014- RGK-SH

16
17
18
19
20
21
22
23
24
25
26
27
28

LAWON EXUM, individually and on behalf of all others similarly situated,

        Plaintiff,

     v.

SONY PICTURES ENTERTAINMENT, INC.,

        Defendant.

Case No. 2:15-cv-00111-CAS-JEM

I, Lynn Lincoln Sarko, declare as follows:

1.      I am the managing partner and head of the Complex Litigation Department at the law firm of Keller Rohrback L.L.P., one of the counsel of record for Plaintiffs in the first-filed action regarding the Sony data breach on behalf of Michael Corona and Christina Mathis ("Plaintiffs").  I am licensed to practice law in the State of Washington. In addition to Seattle, Keller Rohrback L.L.P. has offices within this District in Santa Barbara, California; Phoenix, Arizona; and New York City.

2.      I submit this Declaration in support of Plaintiffs Corona, Mathis, Forster, Archibeque, Levine and Felix's Unopposed Motion for Consolidation and Appointment of Interim Co-Lead Class Counsel and for entry of the proposed order.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Plaintiffs Corona and Mathis retained my firm to represent themselves and other current and former Sony Pictures Entertainment ("SPE") employees whose personal identifying information ("PII") was compromised as a result of the security breach that was first publicized in late November 2014.  On December 15, 2014, Plaintiffs Corona and Mathis lodged the first-filed lawsuit on behalf of themselves and a putative class of current and former SPE employees, alleging that SPE was negligent and that its conduct violates California's Confidentiality of Medical Information Act ("CMIA"), Cal. Civ. Code § 56, *et seq.*, California's Customer Records Act ("CRA"), Cal. Civ. Code. § 1798.80, *et seq.*, and the Virginia's Security Breach Notification Law, Virginia Code §18.2-186.6, *et seq.*  Plaintiffs served SPE on December 19, 2014.

4.      On behalf of the first Plaintiffs to file suit against SPE with regard to the 2014 data breach, Keller Rohrback performed a comprehensive investigation of the underlying facts and potential claims in this action.  In an effort to gather detailed and accurate factual information about the types of data compromised in the data breach, as well as SPE's data protection practices, Keller Rohrback interviewed over 120 current and former SPE employees who are concerned that their PII was compromised in the

breach.  As alleged in Plaintiffs' complaint, many of these potential class members provided SPE with sensitive PII, including their Social Security numbers and medical information, as well as, in some cases, the PII of family members, that has been disclosed in the breach.  Keller Rohrback has committed significant resources to representing the proposed Class and has demonstrated its ability to represent the Class and respond to the unique issues presented in this Action.

5.     As of the date of this declaration, there are currently seven related actions filed in federal court on behalf of similar if not identical classes alleging similar causes of action against SPE arising out of the 2014 data breach.  Those matters include:

- *Corona v. Sony Pictures Entm't Inc.*, No. 2:14-cv-09600-RGK-SH ("*Corona* Action"), filed December 15, 2014;

- *Forster v. Sony Pictures Entm't Inc.*, No. 2:14-cv-09646-RGK-SH ("*Forster* Action"), filed December 17, 2014;

- *Levine v. Sony Pictures Entm't Inc.*, No. 2:14-cv-09687-RGK-SH ("*Levine* Action"), filed December 18, 2014;

- *Bailey v. Sony Pictures Entm't Inc.*, No. 2:14-cv-9755-RGK-SH ("*Bailey* Action"), filed December 19, 2014;

- *Shapiro v. Sony Pictures Entm't, Inc.*, No. 2:14-cv-09762-RGK-SH ("*Shapiro* Action"), filed December 19, 2014;

- *Rodriguez v. Sony Pictures Entm't, Inc.*, No. 2:15-cv-00014-RGK-SH ("*Rodriguez* Action"), filed January 2, 2015; and

- *Exum v. Sony Pictures Entm't, Inc.*, No. 2:15-cv-00111-CAS-JEM ("*Exum* Action"), filed January 6, 2015.

The *Rodriguez, Bailey, Shapiro*, *Forster* and *Levine* Actions have been formally related to the first-filed *Corona* Action.  *Rodriguez*, No. 2:15-cv-00014, ECF No. 10; *Bailey*, No. 2:14-cv-9755, ECF No. 14; *Shapiro*, No. 2:14-cv-09762, ECF No. 20; *Forster*, No. 2:14-cv-09646, ECF No. 13; *Levine*, No. 2:14-cv-09687, ECF No. 15. There are also two related matters pending in Superior Court for the County of Los

Angeles entitled *Dukow v. Sony Pictures Entm't, Inc.*, No. BC566884 and *Doe v. Sony Pictures Entm't, Inc.*, No. BC567358, filed on December 16, 2014 and December 19, 2014, respectively.  To combine and streamline efforts on behalf of the proposed class, I have conferred with counsel for the Plaintiffs in four of the other six federal related cases to discuss procedural and substantive issues.  As a result of these discussions, counsel for Plaintiffs in the *Corona*, *Forster* and *Levine* Actions have agreed to serve as Interim Co-Lead Class Counsel, and we have agreed to work cooperatively in the prosecution of this case.  We also conferred with counsel for Plaintiffs in the *Shapiro* and *Exum* Actions and are authorized to represent that they support the appointment of Interim Co-Lead Class Counsel as requested and otherwise support the relief sought by this Motion.  We have also met and conferred with SPE's counsel on December 29, 2014, regarding this Motion and understand that SPE supports consolidation and does not take a position on Plaintiffs' request for appointment of Interim Co-Lead Class Counsel.

6.   Attached as **Exhibit 1** is a true and correct copy of the Keller Rohrback L.L.P. Complex Litigation Group Resume.

7.   Keller Rohrback L.L.P. is experienced in handing complex class actions similar to this Action and is a national leader in protecting employees' and consumers' rights.  The firm has offices in Santa Barbara, Phoenix and New York, with more than 60 attorneys.  To date, Keller Rohrback L.L.P. has achieved recoveries over $6 billion.  As demonstrated by our achievements and collective experience, the firm has the resources necessary to represent the class.

8.   Keller Rohrback L.L.P. has pioneered and obtained ground-breaking opinions in the area of ERISA retirement plan class action cases, including the ground-breaking case *In re Enron Corp. ERISA Litig.*, No. 01-3913 (S.D. Tex.).  Indeed, the firm's work as lead counsel in ERISA cases has been widely praised.  For example, in the *In re WorldCom, Inc. ERISA Litigation*, where Keller Rohrback served as Lead Counsel, Judge Cote found that: "Lead Counsel has performed an important public service in this action and has done so efficiently and with integrity.  It has cooperated completely and in

3

novel ways with Lead Counsel for the Securities Litigation and in doing so all of them have worked to reduce legal expenses and maximize recovery for class members." *In re WorldCom, Inc. ERISA Litig.*, No. 02-4816, 2004 WL 2338151 at *10 (S.D.N.Y. Oct. 18, 2004).

9.      I have served as lead counsel or in a similar leadership role in many prominent, high-stakes class action cases, such as the Exxon Valdez Oil Spill, the Microsoft civil antitrust case, the Vitamins price-fixing cases, the *MDL Fen/Phen Diet Drug Litigation*, the *JPMorgan Chase Mortgage Modification Litigation*, as well as notable public service lawsuits such as *Erickson v. Bartell Drug Co*.

10.      In addition to the cases above, I have served as lead or co-lead counsel in several high-profile and important ERISA retirement plan cases, including the largest and most complex – the *Enron*, *WorldCom*, *HealthSouth*, *Lucent Technologies*, *Marsh*, *Merrill Lynch* and *Global Crossing* cases – and numerous other significant cases on behalf of employee retirement plan participants.

11.      Aided in part by my M.B.A. in accounting, I have also litigated numerous complex cases involving financial and accounting fraud, including actions against several of the nation's largest accounting and investment firms.

12.      I am a recipient of Trial Lawyer of the Year by the Trial Lawyers for Public Justice Foundation and for the last seven years was named "Super Lawyer" among civil litigators by *Washington Law and Politics* magazine in its annual review of the State's legal profession.

13.      The Keller Rohrback Complex Litigation team that I lead is also highly accomplished, and includes numerous lawyers whose practices focus primarily on consumer and employee class action cases.

14.      These attorneys include Gretchen Freeman Cappio, a partner at Keller Rohrback and a member of the firm's Consumer and Employee Protection team.  She is one of the chief Plaintiffs' counsel in numerous consumer and employee protection and data breach cases, including, among others: *Krottner v. Starbucks Corp.,* 628 F.3d 1139,

1143 (9th Cir. 2010) (holding that plaintiff employees alleged a "credible threat of real and immediate harm stemming from the theft of a laptop containing their unencrypted personal data"); *In re Mattel, Inc. Toy Lead Paint Prods. Liab. Litig.*, MDL No. 07-1897 (C.D. Cal.); *In re JPMorgan Chase Mortgage Modification Litig.*, MDL No. 2290 (D. Mass.); *In re Bisphenol-A (BPA) Polycarbonate Plastic Products Liab. Litig.*, MDL No. 08-1967 (W.D. Mo.); and *Herfert, et al. v. Crayola LLC*, No. 11-1301 (W.D. Wash.).

15.     Ms. Cappio has extensively researched, briefed and argued the multitude of legal issues arising in consumer and data breach class action cases, including on motions to dismiss, class certification, and summary judgment, and has conducted extensive document, deposition, and expert discovery in these cases.  She has played a lead role in successful settlement negotiations in several of the firm's Consumer and Employee Protection cases.  Ms. Cappio is a frequent speaker at national continuing legal education conferences, and she has repeatedly addressed employee and consumer data breach and related privacy issues.

16.     Before joining Keller Rohrback in 1999, Ms. Cappio obtained her B.A. from Dartmouth College, where she graduated *magna cum laude* and as a member of Phi Beta Kappa.  She graduated from the University of Washington School of Law, where she was Executive Comments Editor of the *Pacific Rim Law & Policy Journal*.  Ms. Cappio has been named as a "Rising Star" five times among civil litigators by *Washington Law and Politics* magazine in its annual review of the State's legal profession.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of January, 2015 in Seattle, Washington.

*/s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko

1
2
3
## CERTIFICATE OF SERVICE

4
5       I, Lynn Lincoln Sarko, hereby certify that on this 12th day of January, 2015, I
electronically filed **DECLARATION OF LYNN LINCOLN SARKO IN SUPPORT
6   **OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR
CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD CLASS
7   COUNSEL** with the Clerk of the United States District Court for the Central District of
California using the CM/ECF system, which shall send electronic notification to all
8   counsel of record.
9
10                              */s/ Lynn Lincoln Sarko*
                               Lynn Lincoln Sarko
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6