David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213-443-5300
Facsimile: +1 213-443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617-526-6000
Facsimile: +1 617-526-5000

Attorneys for Defendant Sony Pictures Entertainment Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA and CHRISTINA MATHIS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>Defendant. | **CASE NO. 2:14-CV-09600-RGK-SH**<br><br>DEFENDANT SONY PICTURES ENTERTAINMENT INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL<br><br>Date:   February 9, 2015<br>Time:   9:00 a.m.<br>Judge:  Hon. R. Gary Klausner<br>Courtroom: 850 |

| | |
|---|---|
| JOSHUA FORSTER and ELLA CARLINE ARCHIBEQUE, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>             Defendant. | **CASE NO. 2:14-CV-09646-RGK-SH** |
| MICHAEL LEVINE and FELIX LIONEL, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>             Defendant. | **CASE NO. 2:14-CV-09687-RGK-SH** |
| MARCELA BAILEY, individually, and on behalf of a class of similarly situated individuals,<br><br>             Plaintiff,<br><br>      v.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>             Defendant. | **CASE NO. 2:14-CV-09755-RGK-SH** |
| STEVEN SHAPIRO, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>             Defendant. | **CASE NO. 2:14-CV-09762-RGK-SH** |

Defendant Sony Pictures Entertainment Inc. ("SPE") respectfully submits this Notice of Non-Opposition to the Motion of Plaintiffs Corona, Mathis, Forster, Archibeque, Levine, and Lionel to Consolidate Related Cases pursuant to Federal Rule of Civil Procedure 42 and to Appoint Interim Co-Lead Class Counsel for the putative class pursuant to Federal Rule of Civil Procedure 23.

SPE does not object to Plaintiffs' motion to consolidate these and any other subsequently-filed related cases pursuant to Fed. R. Civ. P. 42(a). SPE disputes, however, not only Plaintiffs' factual allegations and legal conclusions in these cases but also Plaintiffs' presentation of those allegations in their motion. Further, while SPE does not oppose Plaintiffs' assertion that these cases "involve a common question of law or fact" for purposes of consolidation under Fed. R. Civ. P. 42(a), SPE disputes that any of these actions can be prosecuted on a class basis under Fed. R. Civ. P. 23 and will oppose any motion Plaintiffs may bring thereunder.

SPE takes no position on Plaintiffs' Motion to Appoint Interim Co-Lead Class Counsel.

Plaintiffs' Motion is noticed for hearing on February 9, 2015. As part of the relief sought therein, Plaintiffs request fourteen days from the entry of this Court's order to (1) file an amended consolidated complaint and (2) confer with SPE on a proposed briefing schedule for SPE's response to that pleading. Under the parties' stipulations in the *Corona*, *Forster*, *Levine*, and *Shapiro* actions, SPE's response to the currently-operative complaints is also due February 9, 2015. In view of Plaintiffs' expressed intention to amend the pending complaints, and in view of the parties' agreement to propose a schedule for briefing SPE's response to the consolidated amended pleading, SPE respectfully requests that this Court rule on Plaintiffs' unopposed motion prior to February 9, thus

///

eliminating the need for SPE to prepare and, potentially, file responses to complaints that will soon be superseded.

Dated:  January 12, 2015              Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ *Christopher T. Casamassima*
Christopher T. Casamassima

*Counsel for Defendant Sony Pictures Entertainment Inc.*