David C. Marcus
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
213-443-5300 phone
213-443-5400 fax

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona and Christina Mathis, individually and on behalf of others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>Sony Pictures Entertainment Inc.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:14-cv-09600-RGK-SH<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Levine, Noah A.                                        of
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-230-8800            212-230-8888
*Telephone Number*        *Fax Number*

noah.levine@wilmerhale.com
*E-Mail Address*

> Wilmer Cutler Pickering Hale and Dorr LLP
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007
>
> *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Sony Pictures Entertainment Inc.

*Name(s) of Party(ies) Represented*          ☐ Plaintiff    ✔ Defendant    ☐ Other:_____

**and designating as Local Counsel**

Marcus, David C.                                        of
*Designee's Name (Last Name, First Name & Middle Initial)*

158704            213-443-5300
*Designee's Cal. Bar Number*      *Telephone Number*

213-443-5400
*Fax Number*

> Wilmer Cutler Pickering Hale and Dorr LLP
> 350 South Grand Avenue, Suite 2100
> Los Angeles, CA 90071
>
> *Firm Name & Address*
>
> david.marcus@wilmerhale.com
> *E-Mail Address*

**hereby ORDERS the Application be:**

**X   GRANTED**.
☐   **DENIED.  Fee shall be returned by the Clerk.**
☐   **DENIED.  For failure to pay the required fee.**

**Dated  February 05, 2015**

_____
**U.S. District Judge**