Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Amanda M. Steiner (State Bar No. 190047)
as@girardgibbs.com
Linh G. Vuong (State Bar No. 286837)
lgv@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*
*Joshua Forster and Ella Carline Archibeque*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona and Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br>     vs.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>          Defendant. | Case No. 2:14-cv-09600-RGK-SJH<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE** |

1    PLEASE TAKE NOTICE that Amanda M. Steiner, of the law firm of Girard Gibbs LLP, is entering her appearance as counsel on behalf of Plaintiffs Joshua Forster and Ella Carline Archibeque.

DATED: March 11, 2015    **GIRARD GIBBS LLP**

/s *Amanda M. Steiner*
Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Linh G. Vuong (SBN 286837)
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
dcg@girardgibbs.com
as@girardgibbs.com
lgv@girardgibbs.com

*Attorneys for Plaintiffs Joshua Forster and Ella Carline Archibeque*