| | |
|---|---|
| 1 | Raúl Pérez (SBN 174687) |
| 2 | Raul.Perez@Capstonelawyers.com<br>Jordan L. Lurie (SBN 130013) |
| 3 | Jordan.Lurie@capstonelawyers.com<br>Robert Friedl (SBN 134947) |
| 4 | Robert.Friedl@capstonelawyers.com<br>Tarek H. Zohdy (SBN 247775) |
| 5 | Tarek.Zohdy@capstonelawyers.com<br>Cody R. Padgett (SBN 275553) |
| 6 | Cody.Padgett@capstonelawyers.com<br>Capstone Law APC |
| 7 | 1840 Century Park East, Suite 450<br>Los Angeles, California 90067 |
| 8 | Telephone: (310) 556-4811<br>Facsimile: (310) 943-0396 |
| 9 | |
| 10 | Attorneys for Plaintiff Marcela Bailey |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT INC,, a Delaware corporation,<br><br>Defendant. | Case No.: 2:14-cv-09600 RGK (SJH)<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Cody R. Padgett of Capstone Law APC is entering his appearance as counsel on behalf of Plaintiff Marcela Bailey.

Dated: March 13, 2015        Capstone Law APC

/s/ Cody R. Padgett
Cody R. Padgett
Attorneys for Plaintiff Marcela Bailey