Raúl Pérez (SBN 174687)
Raul.Perez@Capstonelawyers.com
Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Marcela Bailey

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT INC,, a Delaware corporation,<br><br>Defendant. | Case No.: 2:14-cv-09600 RGK (SJH)<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Tarek H. Zohdy of Capstone Law APC is entering his appearance as counsel on behalf of Plaintiff Marcela Bailey.

Dated:  March 13, 2015            Capstone Law APC

/s/ Tarek H. Zohdy
Tarek H. Zohdy
Attorneys for Plaintiff Marcela Bailey