1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA and CHRISTINA MATHIS ET AL., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>Defendant. | **CASE NO. 2:14-CV-09600-RGK-SH**<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS<br><br>Judge:      Hon. R. Gary Klausner<br>Courtroom: 850<br><br>**DENIED**<br>BY ORDER OF THE COURT |

Note: Changes Made by the Court

| | |
|---|---|
| 1 | Before the Court is Defendant Sony Pictures Entertainment Inc. ("SPE") |
| 2 | and the above-named Plaintiffs' Stipulation for Order Continuing Hearing on |
| 3 | Motion to Dismiss. Having considered the Stipulation, and finding good cause |
| 4 | shown, the Stipulation is hereby GRANTED. |
| 5 | **IT IS HEREBY ORDERED** that the hearing on SPE's Motion to Dismiss |
| 6 | is continued to May 13, 2015 at 9:00 am. |

**IT IS SO ORDERED.**

**DENIED**
BY ORDER OF THE COURT
_____
Hon. R. Gary Klausner
United States District Judge

Dated: April 14, 2015

\*\*The Motion will be taken under submission on May 11, 2015 upon receipt of properly submitted pleadings.

- 1 -

[PROPOSED] ORDER
Case No. 2:14-CV-09600-RGK-SH