Name and address:
CHRISTOPHER T. CASAMASSIMA
WILMER CUTLER PICKERING HALE AND DORR LLP
350 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CA 90071
TELEPHONE: (213) 443-5300
FACSIMILE: (213) 443-5400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CORONA AND CHRISTINA MATHIS, INDIVIDUALLY, ET AL.,

Plaintiff(s)

v.

SONY PICTURES ENTERTAINMENT INC.,

Defendant(s).

CASE NUMBER

2:14-cv-09600-RGK-E

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

DULBERG, ANDREW S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

617-526-6352
*Telephone Number*

617-526-5000
*Fax Number*

andrew.dulberg@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

SONY PICTURES ENTERTAINMENT INC.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff*     ☒ *Defendant*     ☐ *Other:*

**and designating as Local Counsel**

CASAMASSIMA, CHRISTOPHER T.
*Designee's Name (Last Name, First Name & Middle Initial)*

211280
*Designee's Cal. Bar Number*

213-443-5374
*Telephone Number*

213-443-5400
*Fax Number*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071

*Firm Name & Address*

chris.casamassima@wilmerhale.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**

☐ **DENIED.** Fee shall be returned by the Clerk.

☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**