Name and address:
CHRISTOPHER T. CASAMASSIMA
WILMER CUTLER PICKERING HALE AND DORR LLP
250 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CA 90071
TELEPHONE: (213) 443-5300
FACSIMILE: (213) 443-5400

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CORONA AND CHRISTINA MATHIS, INDIVIDUALLY, ET AL.,

Plaintiff(s)

v.

SONY PICTURES ENTERTAINMENT INC.,

Defendant(s).

CASE NUMBER

2:14-CV-09600-RGK-E

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Reardon, Colin
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
*Firm Name & Address*

212-295-6406
*Telephone Number*

212-230-8888
*Fax Number*

colin.reardon@wilmerhale.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

SONY PICTURES ENTERTAINMENT INC.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   ☒ Defendant   ☐ Other:

and designating as Local Counsel
CASAMASSIMA, CHRISTOPHER T.
*Designee's Name (Last Name, First Name & Middle Initial)*

of Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles CA, 90071
*Firm Name & Address*

211280
*Designee's Cal. Bar Number*

213-443-5374
*Telephone Number*

213-443-5400
*Fax Number*

chris.casamassima@wilmerhale.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED, for failure to pay the required fee.**

Dated _____

U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1