1 | Hank Bates (Cal. Bar No. 167688)
2 | hbates@cbplaw.com
  | **CARNEY BATES & PULLIAM, PLLC**
3 | 2800 Cantrell Road, Suite 510
  | Little Rock, AR 72202
4 | T: (501) 312-8500
  | F: (501) 312-8505
5 | *Attorneys for Plaintiffs Michael Levine and Geoffrey Springer*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA and CHRISTINA MATHIS, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−SH<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Hank Bates, of the law firm of Carney Bates & Pulliam, PLLC, is entering his appearance as counsel on behalf of Plaintiffs Michael Levine and Geoffrey Springer.

Dated:     June 22, 2015         Respectfully submitted,

**CARNEY BATES & PULLIAM, PLLC**

BY:  */s/ Hank Bates*
HANK BATES (Cal. Bar No. 167688)
2800 Cantrell Road, Suite 510
Littlel Rock, AR  72202
Telephone:  (501) 312-8500
Facsimile:  (501) 312-8505

*Attorneys for Plaintiffs Michael Levine and Geoffrey Springer*

2