Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br>PLAINTIFF(S)<br>v.<br>SONY PICTURES ENTERTAINMENT, INC.,<br>DEFENDANT(S). | CASE NUMBER:<br>2:14−CV−09600−RGK−E<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

1. Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification.
2. Exhibit 5 to the Declaration of Daniel C. Girard.
3. Exhibit 6 to the Declaration of Daniel C. Girard.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 30, 2015
Date

Daniel C. Girard
Attorney Name

Plaintiffs
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)     **NOTICE OF MANUAL FILING OR LODGING**