Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>　　　　Defendant. | **CASE NO. 2:14−CV−09600−RGK−E**<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:　N/A<br>Time:　　　　N/A<br>Courtroom:　　850<br>Judge:　　　　Hon. R. Gary Klausner |

# CERTIFICATE OF SERVICE

I, Anne von Goetz, hereby declare as follows:

I am employed by Girard Gibbs, LLP, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On June 30, 2015, I served the following documents:

1. Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification;

2. Exhibit 5 to the Declaration of Daniel C. Girard

3. Exhibit 6 to the Declaration of Daniel C. Girard

On:

| | |
|---|---|
| David C. Marcus<br>Christopher T. Casamassima<br>Elaine Zhong<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5300<br>Facsimile: (213) 443-5400<br>Email: david.marcus@wilmerhale.com<br>Email: chris.casamassima@wilmerhale.com<br>Email: elaine.zhong@wilmerhale.com | Felicia H. Ellsworth<br>Michael J. Bayer<br>Andrew Scott Dulberg<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email: felicia.ellsworth@wilmerhale.com<br>Email: michael.bayer@wilmerhale.com<br>Email: andrew.dulberg@wilmerhale.com |

Noah Levine (*pro hac vice*)
Alan Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

1  Email: noah.levine@wilmerhale.com
2  Email: alan.schoenfeld@wilmerhale.com

3        *Attorneys for Defendant Sony Pictures Entertainment Inc.*

4

5  **XXX**   by electronically transmitting via email the above listed document(s) to the email addresses set   forth above on this date.

6

7        I declare under penalty of perjury under the laws of the State of California that

8  the above is true and correct.  Executed on June 30, 2015, at San Francisco, California.

9

10

11                            _____
12                            Anne von Goetz

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Daniel C. Girard, hereby certify that on June 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

*/s/ Daniel C. Girard*
Daniel C. Girard