Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br>   vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>  Defendant. | **CASE NO. 2:14−CV−09600−RGK−E**<br><br>**PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date: N/A<br>Time:    N/A<br>Courtroom: 850<br>Judge:   Hon. R. Gary Klausner |

1   Plaintiffs respectfully request leave to file the following documents under seal:

2   - Exhibit 5 to the Declaration of Daniel C. Girard, which is excerpts from
3     the transcript of the Rule 30(b)(6) deposition plaintiffs took of Sony
4     Pictures Entertainment, Inc. on June 25, 2015.  SPE has designated this
5     entire transcript as "Confidential – Attorneys' Eyes Only" under the terms
6     of the Protective Order and Protocol Regarding Disclosure and Use of
7     Discovery Materials (ECF No. 92).
8   - Exhibit 6 to the Declaration of Daniel C. Girard, which is a document that
9     SPE produced in this litigation and designated "Confidential" in its entirety
10    under the terms of the Protective Order.
11  - Plaintiffs' Memorandum of Points and Authorities in Support of Motion
12    for Class Certification, which contains information from the prior two
13    documents on pages 6-7 (footnote 9), 10 (lines 13-16), 16 (lines 26-28) and
14    18 (lines 16-18).

15  Plaintiffs do not concede that these documents are appropriately designated
16  confidential under the terms of the Protective Order, but are applying to file them under
17  seal in accordance with the terms of the Protective Order and to ensure that any
18  potential confidentiality is preserved.  If this application is denied, plaintiffs will
19  publicly file the documents for consideration by the Court.

21  Dated:   June 30, 2015                    Respectfully submitted,

23                                            **GIRARD GIBBS LLP**

24                                            By: */s/ Daniel C. Girard*

25                                            Daniel C. Girard
26                                            dcg@girardgibbs.com
27                                            Amanda M. Steiner
                                              as@girardgibbs.com
28                                            Linh G. Vuong

1

PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL

lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**KELLER ROHRBACK L.L.P.**

By:  */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko, *Admitted pro hac vice*
lsarko@kellerrohrback.com
Gretchen Freeman Cappio, *Admitted pro hac vice*
gcappio@kellerrohrback.com
Cari Campen Laufenberg, *Admitted pro hac vice*
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By:  */s/ Michael W. Sobol*
Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

2
PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL

|    |                                              |
|----|----------------------------------------------|
| 1  | Nicholas Diamand                             |
| 2  | ndiamand@lchb.com                            |
|    | 250 Hudson Street, 8th Floor                 |
| 3  | New York, NY10013-1413                       |
| 4  | Telephone: (212) 355-9500                    |
|    | Facsimile:  (212) 355-9592                   |
| 5  |                                              |
| 6  | *Interim Co-Lead Class Counsel*              |
| 7  |                                              |
|    | Hank Bates                                   |
| 8  | hbates@cbplaw.com                            |
| 9  | Allen Carney                                 |
|    | acarney@cbplaw.com                           |
| 10 | David Slade                                  |
| 11 | dslade@cbplaw.com                            |
|    | **CARNEY BATES & PULLIAM, PLLC**             |
| 12 | 11311 Arcade Drive                           |
| 13 | Little Rock, AR 72212                        |
|    | Telephone: (501) 312-8500                    |
| 14 | Facsimile: (501) 312-8505                    |
| 15 |                                              |
| 16 | Raúl Pérez                                   |
|    | Raul.Perez@Capstonelawyers.com               |
| 17 | Jordan L. Lurie                              |
| 18 | Jordan.Lurie@capstonelawyers.com             |
|    | Robert Friedl                                |
| 19 | Robert.Friedl@capstonelawyers.com            |
| 20 | Tarek H. Zohdy                               |
|    | Tarek.Zohdy@capstonelawyers.com              |
| 21 | Cody R. Padgett                              |
| 22 | Cody.Padgett@capstonelawyers.com             |
| 23 | **CAPSTONE LAW APC**                         |
|    | 1840 Century Park East, Suite 450            |
| 24 | Los Angeles, CA 90067                        |
| 25 | Telephone: (310) 556-4811                    |
|    | Facsimile: (310) 943-0396                    |
| 26 |                                              |
| 27 |                                              |
| 28 |                                              |

PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL

John H. Gomez
john@gomeztrialattorneys.com
John P. Fiske
jfiske@gomeztrialattorneys.com
Deborah Dixon
ddixon@gomeztrialattorneys.com
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Joseph G.Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns
bfj@chimicles.com
Joseph B. Kenney
jbk@chimicles.com
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Richard A. Maniskas, Esquire
rmaniskas@rmclasslaw.com
**RYAN & MANISKAS, LLP**
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582

Steven M. Tindall
stindall@rhdtlaw.com
Valerie Bender
vbrender@rhdtlaw.com
**RUKIN HYLAND DORIA & TINDALL LLP**

|   |   |
|---|---|
| 1 | 100 Pine Street, Suite 2150 |
| 2 | San Francisco, CA 94111 |
| 3 | Telephone: (415) 421-1800 |
|   | Facsimile: (415) 421-1700 |

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500
Chicago, IL 60613
Telephone: (312) 750-1265
Facsimile: (312) 212-5919

*Additional Plaintiffs' Counsel*

5
PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL

# **CERTIFICATE OF SERVICE**

I, Daniel C. Girard, hereby certify that on June 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

*/s/ Daniel C. Girard*
Daniel C. Girard

PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL