1 | Matthew J. Preusch (SBN 298144)
2 | mpreusch@kellerrohrback.com
  | **KELLER ROHRBACK L.L.P.**
3 | 1129 State Street, Suite 8
  | Santa Barbara, CA 93101
4 | T: (805) 456-1496
5 | F: (805) 456-1497

6 | Lynn Lincoln Sarko, *admitted pro hac vice*
  | lsarko@kellerrohrback.com
7 | **KELLER ROHRBACK L.L.P**
8 | 1201 Third Avenue, Suite 3200
  | Seattle, WA 98101
9 | T: (206) 623-1900
  | F: (206) 623-3384
10 |

11 | Daniel C. Girard (SBN 114826)                Michael W. Sobol (SBN 194857)
12 | dcg@girardgibbs.com                          msobol@lchb.com
   | **GIRARD GIBBS LLP**                        **LIEFF CABRASER HEIMANN &**
13 | 601 California Street, 14th Floor            **BERNSTEIN, LLP**
14 | San Francisco, CA 94108                      275 Battery Street, 29th Floor
   | T: (415) 981-4800                            San Francisco, CA 94111-3339
15 | F: (415) 981-4846                            T: (415) 956-1000
16 |                                              F: (415) 956-1008

*Interim Co-Lead Class Counsel*

17 |
18 |                    **UNITED STATES DISTRICT COURT**
                        **CENTRAL DISTRICT OF CALIFORNIA**

19 |
20 | MICHAEL CORONA, CHRISTINA            **CASE NO. 2:14−CV−09600−RGK−E**
21 | MATHIS, et al., individually and on behalf
   | of others similarly situated,        **[PROPOSED] ORDER GRANTING**
22 |                                      **PLAINTIFFS' APPLICATION TO**
23 |          Plaintiffs,                 **FILE DOCUMENTS UNDER SEAL**
         vs.
24 |                                      Hearing Date: N/A
25 | SONY PICTURES ENTERTAINMENT,         Time:         N/A
   | INC.,                                Courtroom:    850
26 |                                      Judge:        Hon. R. Gary Klausner
            Defendant.
27 |
28 |

1  On June 30, 2015, Plaintiffs filed an Application to File Documents under
2  Seal.  Having considered Plaintiffs' Application, and with good cause appearing, **it
3  is hereby ordered** that Plaintiff's Application is **GRANTED** and the following
4  documents are hereby **SEALED**:

   1. Exhibit 5 to the Declaration of Daniel C. Girard
   2. Exhibit 6 to the Declaration of Daniel C. Girard
   3. Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification

**IT IS SO ORDERED.**

DATE: _____       _____
                                    THE HONORABLE R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL