1  Matthew J. Preusch (SBN 298144)
   mpreusch@kellerrohrback.com
2  **KELLER ROHRBACK L.L.P.**
3  1129 State Street, Suite 8
   Santa Barbara, CA 93101
4  T: (805) 456-1496
5  F: (805) 456-1497

6  Lynn Lincoln Sarko, *admitted pro hac vice*
   lsarko@kellerrohrback.com
7  **KELLER ROHRBACK L.L.P**
8  1201 Third Avenue, Suite 3200
   Seattle, WA 98101
9  T: (206) 623-1900
   F: (206) 623-3384
10

11 Daniel C. Girard (SBN 114826)           Michael W. Sobol (SBN 194857)
   dcg@girardgibbs.com                    msobol@lchb.com
12 **GIRARD GIBBS LLP**                   **LIEFF CABRASER HEIMANN &**
13 601 California Street, 14th Floor      **BERNSTEIN, LLP**
   San Francisco, CA 94108                275 Battery Street, 29th Floor
14 T: (415) 981-4800                      San Francisco, CA 94111-3339
15 F: (415) 981-4846                      T: (415) 956-1000
                                          F: (415) 956-1008
16
   *Interim Co-Lead Class Counsel*
17
                       **UNITED STATES DISTRICT COURT**
18                     **CENTRAL DISTRICT OF CALIFORNIA**

19 | MICHAEL CORONA, CHRISTINA              | **CASE NO. 2:14−CV−09600−RGK−E** |
20 | MATHIS, et al., individually and on behalf |                               |
21 | of others similarly situated,           | **CERTIFICATE OF SERVICE**      |

22 |         Plaintiffs,                     | Hearing Date: N/A               |
23 |     vs.                                 | Time:         N/A               |
                                              | Courtroom:    850               |
24 | SONY PICTURES ENTERTAINMENT,            | Judge:        Hon. R. Gary Klausner |
25 | INC.,                                   |                                 |

26 |         Defendant.                      |                                 |
27
28

---

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Anne von Goetz, hereby declare as follows:

I am employed by Girard Gibbs, LLP, 601 California Street, Suite 1400, San Francisco, California 94108.  I am over the age of eighteen years and am not a party to this action.  On June 30, 2015, I served the following documents:

1. Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification;

2. Exhibit 5 to the Declaration of Daniel C. Girard

3. Exhibit 6 to the Declaration of Daniel C. Girard

On:

David C. Marcus
Christopher T. Casamassima
Elaine Zhong
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile:  (213) 443-5400
Email: david.marcus@wilmerhale.com
Email: chris.casamassima@wilmerhale.com
Email: elaine.zhong@wilmerhale.com

Felicia H. Ellsworth
Michael J. Bayer
Andrew Scott Dulberg
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:   (617) 526-5000
Email: felicia.ellsworth@wilmerhale.com
Email: michael.bayer@wilmerhale.com
Email: andrew.dulberg@wilmerhale.com

Noah Levine (*pro hac vice*)
Alan Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888

|   |   |
|---|---|
| 1 | Email: noah.levine@wilmerhale.com |
| 2 | Email: alan.schoenfeld@wilmerhale.com |

*Attorneys for Defendant Sony Pictures Entertainment Inc.*

**XXX**   by electronically transmitting via email the above listed document(s) to the email addresses set   forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on June 30, 2015, at San Francisco, California.

_____
Anne von Goetz

2
CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

     I, Daniel C. Girard, hereby certify that on June 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

                                              */s/ Daniel C. Girard*
                                              Daniel C. Girard