Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: September 14, 2015<br>Time:             9:00 a.m.<br>Courtroom:   850<br>Judge:           Hon. R. Gary Klausner |

**FILED UNDER SEAL
EXHIBITS 5 & 6**

DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

I, Daniel C. Girard, declare as follows:

1. I am a member in good standing of the California State Bar and a partner with the law firm of Girard Gibbs LLP, counsel for plaintiffs. I make this declaration based on my personal knowledge in support of plaintiffs' motion for class certification. If called to testify to the contents of this declaration, I could and would competently do so.

2. The three firms the Court appointed to serve as interim co-lead counsel for the proposed class, Girard Gibbs, Lieff Cabraser Heimann & Bernstein, LLP, and Keller Rohrback L.L.P., have devoted a substantial amount of time to pursuing plaintiffs' claims against defendant Sony Pictures Entertainment, Inc. on behalf of the proposed class. This work has included identifying and investigating potential claims, serving discovery requests and conferring on several occasions with SPE's counsel about SPE's responses and document production, negotiating a form of production and protective order, opposing SPE's motion to dismiss, taking a Rule 30(b)(6) deposition of SPE, defending the plaintiffs' depositions, producing their documents, and responding to written discovery on their behalf, working with experts, and preparing this motion for class certification. The three firms will continue to commit the resources necessary to represent the interests of the proposed class.

3. Attached as **Exhibit 1** is the report of Larry Ponemon, Ph.D.

4. Attached as **Exhibit 2** is the report of Henry Fishkind, Ph.D.

5. Attached as **Exhibit 3** are declarations of the named plaintiffs.

6. Attached as **Exhibit 4** is a true and correct copy of the notice that SPE distributed to current and former employees and made available through its website following the data breach. My office obtained this notice from SPE's website on June 30, 2015, at the following address: http://www.sonypictures.com/corp/notification/current/US_excl_MA_MD_NC_and_PR_11515.pdf.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts of transcript of the Rule 30(b)(6) deposition plaintiffs took of Sony Pictures Entertainment, Inc. on June 25, 2015.

8. Attached as **Exhibit 6** is a true and correct copy of a document produced by SPE in this litigation with bates numbers SPE-HC 123-128.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of June 2015, in San Francisco, California.

                                            */s/ Daniel C. Girard*
                                              Daniel C. Girard

DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## CERTIFICATE OF SERVICE

I, Daniel C. Girard, hereby certify that on June 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

                                                              */s/ Daniel C. Girard*
                                                              Daniel C. Girard