# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CORONA, CHRISTINA
MATHIS, et al., individually and on
behalf of others similarly situated,

               Plaintiffs,

vs.

SONY PICTURES
ENTERTAINMENT, INC.
               Defendant

CASE NO. 2:14-CV-09600-RGK-SH

## REPORT OF LARRY PONEMON, PH.D. [1]

1.  I am the Chairman and Founder of the Ponemon Institute, a research think tank dedicated to advancing privacy and data protection practices. The Ponemon Institute conducts independent research, educates leaders from the private and public sectors, and verifies the privacy and data protection practices of organizations in various industries.

2.  I consult with leading multinational organizations on global privacy management programs. I have extensive knowledge of regulatory frameworks for managing privacy and data security including financial services, government, healthcare, pharmaceutical, telecom, energy and Internet. I served on the Advisory

---

[1]Appendix 1 provides Dr. Larry Ponemon's resume.

Committee for Online Access & Security for the United States Federal Trade Commission. I also served on the Data Privacy and Integrity Advisory Committee for the United States Department of Homeland Security. I also was appointed to two California State task forces on privacy and data security laws.

3.  I served as Co-Chairman of the Government Policy Advisory Committee and Co-Chair of the Internet Task Force for the Council of American Survey and Research Organizations (CASRO). I also served as a founding member of the Unisys Security Leadership Council. I am a founding board member and Chairman of the Visual Privacy Advisory Council (VPAC).

4.  I was a senior partner at PricewaterhouseCoopers, where I founded the firm's global compliance risk management group and its privacy practice. Prior to joining PricewaterhouseCoopers as a partner, I served as the National Director of Business Ethics Services for KPMG, and was appointed Executive Director of the KPMG Business Ethics Institute.

5.  I have held chaired or tenured faculty positions at Bentley College, Binghamton University (State University of New York), and Babson College. I also served as an adjunct faculty for privacy and ethics at Carnegie Mellon University's CIO Institute.

6.  I have presented hundreds of keynote speeches and other learned presentations at national or international conferences on privacy, data protection, cybersecurity,

corporate governance, and responsible information management. I am a member of the International Association of Privacy Professionals, and served as the founding member of the Certified Information Privacy Professional (CIPP) Advisory Board.

7.  I have provided expert testimony to the United States House of Representatives and have presented Ponemon Institute research findings to the White House.

8.  I have been an invited columnist for Computerworld, CSO Magazine, BNA, Dark Reading, Wall Street Journal, Harvard Business Review and other leading publications. I have been quoted or served as commentator on privacy, cybersecurity and business ethics for CNN, Fox News, MSNBC, The Wall Street Journal, New York Times, Washington Post, LA Times, USA Today, Financial Times, Business 2.0, Newsweek, Business Week, U.S. News & World Report, CIO Magazine, Boston Globe, InfoWorld, Harvard Business Review, InformationWeek, Forbes, Fortune, CFO Magazine, Red Herring, Dow Jones News, Associated Press, Politico and others.

9.  I earned my Ph.D. (administration and engineering systems) from Union College in Schenectady, New York. I have a Master's degree from Harvard University, Cambridge, Massachusetts, and attended the doctoral program in system sciences at Carnegie Mellon University, Pittsburgh, Pennsylvania. I earned my Bachelors with Highest Distinction from the University of Arizona, Tucson, Arizona.

10.  I am an honorably discharged veteran (Vietnam War era) of the United States Navy. I am married and have two sons.

**Domain expertise in data breaches**

11.  In 2005, Ponemon Institute conducted the first cost of data breach study, which has become one of the most cited research studies in the global security and privacy communities. Over the past 10 years, this body of research has expanded to 11 countries.[2]

12.  In addition to cost studies, Ponemon Institute has conducted hundreds of studies on data breach, information security and consumer privacy. Ponemon Institute has also studied the impact of data breach on consumers in other countries.

13.  Ponemon Institute has conducted benchmark studies on data breach management effectiveness for companies and government entities that experienced data loss or theft (i.e., post-mortem analysis).

14.  I presently serve as a retained expert on data breach related issues for the United States Federal Trade Commission.

15.  I served as a consulting expert to plaintiff's counsel on the following federal court cases, all involving privacy and data protection issues over the past 10 years.

---

[2] See Appendix 2 for a list of Ponemon Institute report titles.

- *CollegeNet, Inc. vs. XAP Corporation*, 03-CV-1229-BR (D. Or.)
- *Robert Hull et al. vs. SONY BMG*, 1:05-CV-09575-NRB (Los Angeles Superior Court)
- *Richard Fresco et al. vs. Experian et al.*, 03-CV-61063 (S.D. Fla.)
- *In re: Department of Veterans Affairs Data Theft Litigation Misc.*, No. 06-0506 (JR), MDL Docket No.1796 (D.D.C.)
- *Mary Ann Collier et al. vs. Fred O. Dickinson, III et al.*, 04-21351-CIV (S.D. Fla.)
- *Experian Information Solutions, Inc. vs. Lifelock, Inc.*, SACV 08-00165 AG (C.D. Cal.)
- *Joe Ruiz vs. GAP, Inc. and Vangent, Inc.*, CV07-05739-SC (N.D. Cal.)
- *In re: Target Corporation Customer Data Security Breach Litigation MDL*, No. 14-2522 (PAM/JJK) (D. Minn.)

**Professional Engagement**

16.  I was engaged by the Plaintiffs' interim co-lead counsel (Keller Rohrback L.L.P., Girard Gibbs LLP, and Lieff Cabraser Heimann & Bernstein, LLP) to review the above-mentioned case concerning a material data breach incident that resulted in the leakage and theft of sensitive and confidential information about current and former employees of Sony Pictures Entertainment, Inc. (hereafter

SPE). The purpose of my expert testimony is to opine on three propositions concerning the SPE data breach incident.[3]

17.  The complaint and other materials report that 100 terabytes of data containing the personally identifiable information of at least 15,000 current and former SPE employees was seized by an intruder (hacker).[4] The following are key facts about the SPE data breach:

- The data breach incident was reported to the public on November 24, 2014.

- A total of 38 million or more files containing, among other things, a plethora of extremely sensitive and confidential information about current and former employees, including dependent family members, were stolen from databases operated by the SPE organization.[5]

- The types of data compromised in the breach include: employee names and addresses, birthdates, Social Security numbers, tax records, payroll and compensation data, performance reviews, bank account and credit card information, criminal background checks and information about medical plans (including information about specific health conditions).

---

[3] In the context of this report, a data breach victim is defined as an individual whose private information was seized or compromised by unauthorized parties.
[4] Identity Finder LLC, *Identify Finder Research Uncovers Depths of Sony Data Breach* (2014), *available at* http://www.identityfinder.com/us/Press/20141204210449.
[5] Risk Based Security, *A Breakdown and Analysis of the December, 2014 Sony Hack*, (last updated Feb. 22, 2015), https://www.riskbasedsecurity.com/2014/12/a-breakdown-and-analysis-of-the-december-2014-sony-hack/#thebeginning.

- The records posted online included many or all of those types of PII of all the eight named plaintiffs.[6]

- Stolen records were posted to a public Internet site, thus allowing the general public to see and potentially misuse private information never intended for public view.

- Stolen records were not encrypted, tokenized, or masked – the stolen data was in clear text and, hence, readable by the intruder and public at large.

**Analysis[7]**

**Proposition 1. The SPE data breach victims are all now exposed to criminal attacks.**

18.  SPE's security lapses, which are discussed in my concluding comments, uniformly affect every data breach victim, not just those who have already experienced fraud. Based on my understanding of the facts, the SPE breach hackers sought to seize as much sensitive and confidential information as possible about current and former employees without singling out any specific individual(s). In addition to not targeting specific individuals, the hackers did not target specific data types.

---

[6] Bates No. SPE 000000089, SPE 000000091, SPE 000000110, SPE 00000011, SPE 000000113, SPE 000000120, SPE 000000162, and SPE 000003195.
[7] Appendix 3 provides a list of documents reviewed by me for purpose of analysis and opinion.

19.  The hackers appear to have captured all the sensitive and confidential data they could from insecure systems and databases. The SPE breach was an equal-opportunity hack that did not target any one group or individual within the SPE organization.

20.  Once the data was seized, the hackers posted the stolen data without targeting specific individuals to harm. For example, the CEO, past and present rank and file employees and, in some cases, dependents had their personal information disclosed. The fact that six out of the eight named plaintiffs already have experienced an identity crime or notification of black market activity relating to their PII after announcement of the breach supports my opinion that all SPE data breach victims have experienced and will continue to experience an increase in exposure to identity theft crimes. I believe every victim of the SPE data breach has been harmed by identity theft and faces the same risk of harms over a very long time horizon.[8]

21.  It is my understanding that SPE made no attempt to differentiate victims after the data breach incident. Further, there is no evidence that SPE attempted to triage

---

[8] Based on my experience as a researcher of cyber crimes and data breaches, it is my understanding that identity thieves may decide to sit on stolen data for many years before unleashing an attack on the data breach victim. This is especially true when the stolen personal information includes data elements that do not become stale or diminish in value over time (such as Social Security numbers or dates of birth).

victims based on data risks or the sensitive nature of data that was compromised. For example, those victims who had their medical information stolen were not given special protections to minimize the risk of medical identity fraud. Victims who had sensitive information about their employment were not provided with protections designed to prevent harms related to the disclosure of their personnel files and other job-related information.

22.   SPE's offer of one year of free identity theft monitoring services (i.e., AllClear ID) to all data breach victims, without differentiating these services by various risk factors, is further evidence that SPE recognizes the whole population of data breach victims as a class with respect to present and future harms. Moreover, given the similarly increased risk of identity theft, it is reasonable for current and former employees to purchase additional monitoring services, now and into the future.

23.   SPE's common course of conduct with respect to security safeguards and controls over breached information, without differentiating by data risk, data type or other normatively important factors, is evidence that SPE views the total population of data breach victims as a class.

**Proposition 2. The nature of the PII disclosed increases the risk of identity theft for SPE data breach victims.**

24.   Research shows that data breach victims face an increased risk of identity fraud. For example, a 2015 report by Javelin Strategy and Research found that for

consumer victims of data breaches, "their incidence of fraud has been highly correlated with their status as a data breach victim, suggesting that consumers who were made aware of being a data breach victim are more likely to be defrauded and face consequences."[9] "Recipients of a data breach letter are at least 10 times more likely to become an identity fraud victim than those who haven't received a letter."[10] That is why the Javelin report's authors recommend that data breach victims take advantage of data protections services and fraud alert credit reports.[11]

25.  The type of PII exposed in this incident is even more sensitive and valuable to data thieves than that exposed in many consumer breaches, making identify fraud even more likely here. For example, it has long been known that individuals who experience a data breach involving their Social Security numbers and dates of birth, both kinds of data stolen here, experience a much higher likelihood of becoming a victim of an identity theft crime.[12] That is why the purchase of fraud

---

[9] 2015 Identity Fraud: Protecting Vulnerable Populations, Javelin Strategy & Research at 33 (2015).

[10] *Id.* at 10.

[11] *Id.*

[12] Government Accounting Office, *Social Security Numbers: Governments Could Do More to Reduce Display on Public Records And On Identity Cards*, 6 (2004), *available at* http://www.gao.gov/assets/250/244719.pdf. (Stating that SSNs, "along with names and birth dates, are among the three personal identifiers most often sought by identity thieves, and recent statistics indicate that the incidence of identity theft is growing.").

alert and identity theft monitoring services like LifeLock for victims of this breach is, at least, prudent.

26.  In addition, "victims of medical identity theft can suffer significant financial consequences. Sixty-five percent of medical identity theft victims in our study had to pay an average of $13,500 to resolve the crime."[13] This crime could result in the diminishment in the quality or accuracy of an individual's health records for a long period of time.[14] In other words, the medical identity theft of a victim's health records could be contaminated by the imposter's own health information. Until resolved, the accuracy of the medical record for the purpose of diagnostics and treatment also may be diminished.

27.  Based on my review of a random sample of documents posted by the hackers and provided to Plaintiffs' counsel by SPE, it is my opinion that the types of PII discussed in this section were disclosed by this data breach and are available to identity thieves.[15] That random sample also shows that the identities of individuals

---

[13] The Ponemon Institute, *Fifth Annual Study on Medical Identity Theft*, 1 (2015), *available at* http://medidfraud.org/wp-content/uploads/2015/02/2014_Medical_ID_Theft_Study1.pdf.

[14] *Id.* at 1-2.

[15] Bates Nos. SPE 000000020, SPE 000000117, SPE 000000142, SPE 000000175, SPE 000000189, SPE 000000198, SPE 000000385, SPE 000000553, SPE 000000644, SPE 000000750, SPE 000000875, SPE 000000934, SPE 000001043, SPE 000001084, SPE 000001115, SPE 000001123, SPE 000001126, SPE 000001210, SPE 000001222, SPE 000001249, SPE 000001291, SPE 000001533,

whose PII has been posted, and what PII has been posted for each individual, can

be determined from the publicly-available files.

---

SPE 000001712, SPE 000001726, SPE 000001803, SPE 000003088, SPE
000003121, SPE 000003259, SPE 000003330, and SPE 000003680.

**Proposition 3. The SPE data breach will result in identity fraud over a long time horizon.**

28.  Data breach incidents are inextricably related to identity crimes.[16] Once an individual becomes a victim of a data breach, the likelihood of also becoming a victim of identity fraud increases.[17] Whether the information was exposed through negligence or criminal attack, cyber criminals now have easy access to SPE data breach victims' personal information that can be used over and over again to commit a wide array of fraudulent acts against the individual victim.

29.  Six named plaintiffs experienced an attempted identity fraud or notice of black market activity after the SPE data breach. While the remaining two plaintiffs have not yet learned about any attempted fraud, it is possible that they simply did not detect attempts that may have occurred, and they face a lifelong, elevated risk of identity fraud.

30.  The sensitivity of breached data, coupled with disclosure of the data on the public Internet, increase the likelihood of identity-related crimes against data breach victims. Such criminal attacks may include:

---

[16] *Id.* According to Javelin, of the 61.8 million consumers notified of a data breach in 2014, nearly 8.5 million suffered fraud.

[17] As a researcher of cyber crime and data breaches, it is my understanding that data breaches and identity theft incidents are causally related.  While not all data breach victims experience identity theft, it is clear that the likelihood of becoming an identity theft victim increases when the attacker has unfettered access to stolen personal information.

- Credit/debit card fraud

- Further Financial identity theft

- Further Medical identity theft

- Further Social identity theft

- Account takeovers

- Tax fraud

31.  It is my understanding that years may pass before identity thieves decide to execute an attack using breached data. Criminal syndicates harvest valuable information and are willing to pay considerable amounts to acquire personally identifiable information and other pieces of sensitive data.[18] Certain types of information such as Social Security numbers and dates of birth are especially valuable because they are permanent characteristics (never replaced).[19] That is why it is reasonable for victims of data breaches to purchase credit or identity theft services, as the Javelin report recommends. That is true not merely for the year

[18] Kris Van Cleave, *Anthem hack highlights desirability of stolen health records,* CBS News, Feb. 5, 2015, http://www.cbsnews.com/news/do-hackers-have-your-health-records/. Mr. Jim Trainor, who is the second in command at the FBI's cyber security division, said the following: "Credit cards can be say five dollars or more where PHI records can go from 20 say up to – we've even seen $60 or $70."

[19] LinkedIn, *The OPM Data Breach: Harm Without End?* (2015), *available at* linkedin.com/pulse/opm-data-breach-harm-without-end-daniel-solove. Here, Professor Daniel Solove says "The problem with the type of harm suffered in many data breaches [involving SSNs and DOBs] is that it often will not materialize within the statute of limitations for most causes of action, which can be just a year or two."

immediately following that breach, but for a lifetime since the stolen personal information never expires and, hence, can be used for nefarious purposes against an individual from cradle to grave.[20]

## Concluding comments

32.  In my opinion, the named Plaintiffs – as well as the entire population of SPE data breach victims – have or will experience injuries, including the need to purchase identity protection or credit monitoring services, as a result of this incident. What makes this case so unique and dangerous is the nature of the employee-related information stolen and subsequently posted to a public Internet site.

33.  Another troubling aspect of this case is the apparent security lapses experienced by SPE.[21] With data breaches making headlines the world over,

---

[20] Andrea Peterson, *Data exposed in breaches can follow people forever.  The protection offered in their wake don't.*, The Washington Post, June 28, 2015, http://www.washingtonpost.com/blogs/the-switch/wp/2015/06/15/data-exposed-in-breaches-can-follow-people-forever-the-protections-offered-in-their-wake-dont/. It is my understanding that Plaintiffs' other expert, Dr. Hank Fishkind, has used a period of three years for purchasing credit monitoring in his calculations. A three-year period is reasonable. (The author comments that 18 months of monitoring are not enough, data thieves may hold onto it for at least two years). *See also* Identity Theft 911, *What to Do when You Get a Data Breach Letter*, Business Insider, July 6, 2011, http://www.businessinsider.com/what-to-do-when-you-get-a-data-breach-letter-2011-7. (Describing that stolen PII, such as social security numbers and dates of birth "have a long shelf life and can be traded among criminal organizations.").

awareness about the importance of having technologies and governance practices in place to respond to such incidents should be at an all-time high.

34.  Ponemon Institute conducted research to determine the practices implemented by companies to prepare for data breaches and determined the following best practices: [22]

- Incident response planning is critical to a company's data protection and security strategy. A comprehensive plan that is in place in advance of a data breach can reduce overall costs and keep the trust of customers and business partners.
- The incident response plans should undergo frequent reviews and reflect the current security risks facing the company.
- Risk assessments should be conducted to ensure the appropriate technologies are in place to prevent and detect a data breach.
- The board of directors and CEO should play an active role in helping their companies prepare for and respond to a data breach. These include briefings on the security posture of the company and a review of the incident response plan.
- Employees should receive training on the importance of safeguarding sensitive data—especially personally identifiable information. Human resource personnel

---

[21] Ted Bridis, *Sony Emails Show A Studio Ripe For Hacking*, Associated Press, Dec. 18, 2014, http://www.apnewsarchive.com/2014/Sony-emails-reveal-loose-use-of-passwords-and-IDs-ripe-for-hacking/id-041c9dc46e9d408fa569ccac15c0ffe0.

[22] The Ponemon Institute, *Is your company ready for a big data breach?* (2014) *available at* http://www.experian.com/assets/data-breach/brochures/2014-ponemon-2nd-annual-preparedness.pdf.

should become skilled at answering employees' questions about the privacy and security practices of the company as well as explaining what the company is doing in the aftermath of a data breach.

- Accountability and responsibility for data breach response should be clearly defined and not dispersed throughout the company. Cross-functional teams that include the expertise necessary to respond to a data breach should be part of the incident response planning process.

35.  Based on the documents I relied on for this report, it appears that SPE did not take those precautions, leading to the exposure of its current and former employees' PII. That leaked data provides a treasure trove of high-risk information and is precisely what cyber criminals need in order to commit sophisticated identity theft crimes for many years. While a corporate information security program can never guarantee the mitigation of all data risks, it is clear to me that the SPE failed to honor its obligation to secure the sensitive and confidential human resource information about current and former employees.

36.  For example, contrary to prudent security practices, it appears to me that SPE engaged in the following practices:

- pasting passwords in emails and using easy-to-guess passwords;

- failing to encrypt sensitive or confidential materials such as confidential salary, revenue figures, strategic plans and medical information about some employees;

- conducting poor system monitoring, employing an unskilled support team, and deploying system patches that impacted the stability of the company's network;

- requiring employees to keep old e-mail, which exacerbated the data breach;

- failing to maintain a governance structure for detecting and minimizing data theft;

- failing to maintain the capability to quickly contain the exfiltration of sensitive or confidential data; and

- failing to establish an identity and access management process that would curtail access to sensitive and confidential information.

37. **With regard to Proposition 1, the following is my opinion:** Based on my experience with and knowledge of data breaches, data protection and privacy, it is my opinion that all SPE data breach victims have experienced and will continue to experience an increase in exposure to identity theft crimes. Every victim of the SPE data breach faces the same risk of harms over a very long time horizon.

38. **With regard to Proposition 2, the following is my opinion:** Based on my experience with and knowledge of data breaches, data protection and privacy, it is my opinion that the nature and quantity of personal information leaked to public Internet sites substantially increases the current harm and on-going risk of identity fraud for SPE data breach victims relative to the general population.

39.  **With regard to Proposition 3, the following is my opinion:** Based on my experience with and knowledge of data breaches, data protection and privacy, it is my belief that the sensitive and confidential information seized by the hackers will have a long shelf life in untrustworthy hands. In other words, SPE breach victims should anticipate a barrage of attempted attacks for many years to come.

Executed this 30th day of June 2015, at Traverse City, Michigan.

*LA.Ponemon*

Larry Ponemon, Ph.D.

## Appendix 1: Resume of Larry Ponemon, Ph.D.

Dr. Larry Ponemon is the Chairman and Founder of the Ponemon Institute, a research "think tank" dedicated to advancing privacy and data protection practices. Dr. Ponemon is considered a pioneer in privacy auditing and the Responsible Information Management or RIM framework.

Ponemon Institute conducts independent research, educates leaders from the private and public sectors and verifies the privacy and data protection practices of organizations in a various industries. In addition to Institute activities, Dr. Ponemon was an adjunct faculty member for ethics and privacy at Carnegie Mellon University's CIO Institute. He is a founding board member and Chair of the 3M Visual Privacy Advisory Council and serves as a member of the Privacy by Design (PbD) Certification Advisory Board.

Dr. Ponemon consults with leading multinational organizations on global privacy management programs. He has extensive knowledge of regulatory frameworks for managing privacy and data security including financial services, government, healthcare, energy, pharmaceuticals, telecom and Internet.

Following are Dr. Ponemon's appointments to policy-setting organizations:

- The Advisory Committee for Online Access & Security for the United States Federal Trade Commission (years: 1999-2000)
- The Data Privacy and Integrity Advisory Committee for the United States Department of Homeland Security (years: 2006 to 2010)
- Dr. Ponemon was also an appointed to two California State task forces on privacy and medical data protection (years: 2006, 2010)

Following are Dr. Ponemon's relevant employment positions:

- Chairman and founder of Ponemon Institute, LLC (years: 2002 to present)
- Chief executive officer of Privacy Council, Inc. (years: 2001 to 2002)
- Senior partner of PricewaterhouseCoopers LLP (formerly Price Waterhouse), where he founded the firm's global compliance risk management group (years: 1996 to 2001).
- Prior to joining Price Waterhouse as a partner, Dr. Ponemon served as the

National Director of Business Ethics Services for KPMG Peat Marwick, and was appointed Executive Director of the KPMG Business Ethics Institute (years: 1993 to 1996).

Dr. Ponemon has held faculty positions at the following schools:

- Bentley College (now Bentley University), tenured full professor and Andersen Chair in Accountancy (years: 1996 to 1997)
- Binghamton University (SUNY), tenured associate professor and Director of the Center for Accounting Ethics (years: 1993 to 1996)
- Babson College, associate professor and Muller Term Chair (years: 1991 to 1993)
- University at Albany (SUNY), associate professor (years: 1988 to 1991)

Dr. Ponemon attended the following academic institutions:

- Ph.D. (industrial & administrative engineering) Union College in Schenectady, New York (years: 1986 to 1989)
- Masters (cognitive development) Harvard University, Cambridge, Massachusetts (years: 1984 to 1985)
- Doctoral program (system sciences) Carnegie Mellon University, Pittsburgh (years: 1980 to 1981)
- Bachelors with Highest Distinction (accountancy) from the University of Arizona, Tucson, Arizona (years: 1976 to 1978)

Dr. Ponemon has served as a consulting expert to plaintiff's counsel on the following court cases, all involving privacy and data protection issues.

- *CollegeNet, Inc. vs. XAP Corporation*, 03-CV-1229-BR (D. Or.)
- *Robert Hull et al. vs. SONY BMG*, 1:05-CV-09575-NRB (Los Angeles Superior Court)
- *Richard Fresco et al. vs. Experian et al.*, 03-CV-61063 (S.D. Fla.)

- *In re: Department of Veterans Affairs Data Theft Litigation Misc.*, No. 06-0506 (JR), MDL Docket No.1796 (D.D.C.)
- *Mary Ann Collier et al. vs. Fred O. Dickinson, III et al.*, 04-21351-CIV (S.D. Fla.)
- *Experian Information Solutions, Inc. vs. Lifelock, Inc.*, SACV 08-00165 AG (C.D. Cal.)
- *Joe Ruiz vs. GAP, Inc. and Vangent, Inc.*, CV07-05739-SC (N.D. Cal.)
- *Dorothy Atkins et al. vs. Sutter Health, Inc.* JCCP 4698 (class action) (Sacramento Superior Court)
- *In re: Target Corporation Customer Data Security Breach Litigation MDL*, No. 14-2522 (PAM/JJK) (D. Minn.)

Other relevant facts:

Dr. Ponemon was a member of the National Board of Advisors of the Eller College of Business and Public Administration, University of Arizona.  He served as Chairman of the Government Policy Advisory Committee and Co-Chair of the Internet Task Force for the Council of American Survey and Research Organizations (CASRO).

Dr. Ponemon is a founding member and chairman of the 3M Visual Privacy Advisory Council. In addition, Dr. Ponemon is a member of the International Association of Privacy Professionals, having served as founding member of the Certified Information Privacy Professional (CIPP) Advisory Board.

Dr. Ponemon has published numerous articles and learned books.  He has presented more than 500 keynote speeches or learned presentations at national or international conferences on privacy, data protection, information security, corporate governance, and responsible information management.

Dr. Ponemon has been a guest editor for Computerworld, CSO Magazine, BNA, Dark Reading and other leading publications. He is a frequent commentator on

privacy and business ethics for CNN, Fox News, MSNBC, The Wall Street Journal, New York Times, Washington Post, USA Today, Financial Times, Business 2.0, Newsweek, Business Week, U.S. News & World Report, CIO Magazine, Industry Standard, Boston Globe, InfoWorld, InformationWeek, Forbes, Fortune, CFO Magazine, Dow Jones News, Globe & Mail, Bloomberg and others.

Dr. Ponemon is an honorably discharged veteran (Vietnam War era) of the United States Navy and is a licensed private pilot.  He is married and has two sons.

## Appendix 2. List of recent Ponemon Institute titles

| Title of Report | Publish Date |
|---|---|
| IT Security Spending & Investment | 6/9/15 |
| Cost of Data Breach Arabian Cluster | 5/27/15 |
| Cost of Data Breach Australia | 5/27/15 |
| Cost of Data Breach Brazil | 5/27/15 |
| Cost of Data Breach Canada | 5/27/15 |
| Cost of Data Breach France | 5/27/15 |
| Cost of Data Breach Global | 5/27/15 |
| Cost of Data Breach India | 5/27/15 |
| Cost of Data Breach Italy | 5/27/15 |
| Cost of Data Breach Japan | 5/27/15 |
| Cost of Data Breach UK | 5/27/15 |
| Cost of Data Breach US | 5/27/15 |
| Advanced Threats in Retail Companies A Study of North America & EMEA | 5/19/15 |
| 2015 APJ America Cyber Impact Report | 5/11/15 |
| 2015 LATAM America Cyber Impact Report | 5/11/15 |
| 2015 North America Cyber Impact Report | 5/11/15 |
| 5thAnnual Study on Privacy &Security of Healthcare Data | 5/6/15 |
| Risk & Innovation in Cybersecurity Investments | 4/27/15 |
| 2015 Global Cyber Impact Report | 4/26/15 |
| Trends in Cyber Threat Intelligence | 4/22/15 |
| The Cyber Security Leap: From Laggard to Leader | 4/6/15 |
| Privacy and Security in a Connected Life: A Study of European Consumers | 3/31/15 |
| Privacy and Security in a Connected Life: A Study of Japanese Consumers | 3/31/15 |
| Privacy and Security in a Connected Life: A Study of US Consumers | 3/31/15 |
| Privacy and Security in a Connected Life: A Study of US, European and Japanese Consumers | 3/31/15 |
| The Cost of Denial of Services Attacks | 3/24/15 |
| Web Apps and the use of WAF | 3/24/15 |
| The State of Mobile Application Security | 3/20/15 |
| 2015 Cost and Risk of Enterprise Key Certificate Management | 3/11/15 |
| Medical Identity Theft | 2/23/15 |
| Intelligence Driven Cyber Defense | 2/20/15 |

| | |
|---|---|
| 2014: A Year of Mega Breaches | 2/3/15 |
| The Cyber Readiness of Canadian Organizations | 2/3/15 |
| The Challenge of Preventing Browser Borne Malware | 2/2/15 |
| The cost of Malware Containment | 1/26/15 |
| 2015 State of Endpoint Report: User-Centric Risk | 1/23/15 |
| Corporate Data: A Protected Asset or a Ticking Time Bomb? A study of European Organizations | 12/1/14 |
| The Productivity & Security Tradeoff: A Data Security Risk | 12/1/14 |
| The Open Source Collaboration Study: Viewpoints on Security & Privacy in the US & EME | 11/6/14 |
| Security & Compliance Trends in Innovative Electronic Payments | 10/28/14 |
| The Failure of Cloud Information Governance: A Global Data Security Study | 10/23/14 |
| 2014 CoCC: Australia | 10/1/14 |
| 2014 CoCC: France | 10/1/14 |
| 2014 CoCC: Germany | 10/1/14 |
| 2014 CoCC: Global Analysis | 10/1/14 |
| 2014 CoCC: Japan | 10/1/14 |
| 2014 CoCC: Russian Federation | 10/1/14 |
| 2014 CoCC: United Kingdom | 10/1/14 |
| 2014 CoCC: United States | 10/1/14 |
| Risk Calculator | 10/1/14 |
| The Importance of Senior Executive Involvement in Breach Response | 10/1/14 |
| Is Your Company Ready for a Big Data Breach? The second Annual Study on Data Breach Preparedness | 9/11/14 |
| Data Breach: The Cloud Multiplier Effect in European Countries | 9/1/14 |
| Data Breach: The Cloud Multiplier Effect in German Countries | 9/1/14 |
| HSM Global Market Study | 7/14/14 |
| Exposing the Cybersecurity Cracks: A Global Perspective Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: A Global Perspective Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: A Global Perspective Part I: Deficient, Disconnected & in the Dark | 7/1/14 |
| Exposing the Cybersecurity Cracks: Australia Part 1 | 7/1/14 |

| | |
|---|---|
| Exposing the Cybersecurity Cracks: Australia Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Canada Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Canada Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: China Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: China Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: France Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: France Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Germany Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Germany Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: HK Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: HK Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Italy Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Italy Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Mexico Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Mexico Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Netherlands Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Netherlands Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Singapore Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Singapore Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Sweden Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Sweden Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: US Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: US Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Brazil Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: Brazil Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: India Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: India Part 2 | 7/1/14 |
| Exposing the Cybersecurity Cracks: UK Part 1 | 7/1/14 |
| Exposing the Cybersecurity Cracks: UK Part 2 | 7/1/14 |
| The Fragile Cloud Ecosystem | 6/4/14 |
| Privileged User Abuse & The Insider Threat | 5/21/14 |
| 2014 CODB: Arabian Region | 5/5/14 |
| 2014 CODB: Australia | 5/5/14 |
| 2014 CODB: Brazil | 5/5/14 |
| 2014 CODB: France | 5/5/14 |
| 2014 CODB: Germany | 5/5/14 |
| 2014 CODB: Global | 5/5/14 |
| 2014 CODB: India | 5/5/14 |
| 2014 CODB: Italy | 5/5/14 |

| | |
|---|---|
| 2014 CODB: Japan | 5/5/14 |
| 2014 CODB: UK | 5/5/14 |
| 2014 CODB: US | 5/5/14 |
| Exchanging Cyber Threat Intelligence: There Has to Be a Better Way | 4/23/14 |
| Unlocking the Mobile Security Potential: The Key to Effective Two-Factor Authentication | 3/14/14 |
| Fourth Annual Benchmark Study on Patient Privacy & Data Security | 3/12/14 |
| Threat Intelligence & Incident Response: A Study of EMEA Organizations | 3/10/14 |
| 2014 Best Schools for Cybersecurity | 2/27/14 |
| Understaffed and at Risk: Today's IT Security Department | 2/27/14 |
| Threat Intelligence & Incident Response: A Study of US & EMEA Organizations | 2/12/14 |
| 2013 Global Encryption Trends AU | 2/11/14 |
| 2013 Global Encryption Trends Brazil | 2/11/14 |
| 2013 Global Encryption Trends France | 2/11/14 |
| 2013 Global Encryption Trends Germany | 2/11/14 |
| 2013 Global Encryption Trends Japan | 2/11/14 |
| 2013 Global Encryption Trends RF | 2/11/14 |
| 2013 Global Encryption Trends Study | 2/11/14 |
| 2013 Global Encryption Trends UK | 2/11/14 |
| 2013 Global Encryption Trends US | 2/11/14 |
| Cyber Security & Incident Response: Are we as Prepared as we Think | 1/21/14 |
| Achieving Security in Workplace File Sharing: Financial Services Breakout | 1/1/14 |
| Achieving Security in Workplace File Sharing: Healthcare Breakout | 1/1/14 |
| Cyber Catastrophes: Understanding the Risk and Exposure | 1/1/14 |
| Cyber Strategies for Endpoint Defense 2014 | 1/1/14 |
| Enhancing Cybersecurity with Big Data: Challenges & Opportunities | 1/1/14 |
| Global Insights on Document Security | 1/1/14 |
| Intelligence Driven Cyber Defense | 1/1/14 |
| Perceptions about the Potential Expiration of The Terrorism Risk Insurance Act (TRIA) | 1/1/14 |
| Risks & Rewards of Online & Mobile Health Services | 1/1/14 |

| | |
|---|---|
| Security in the new mobile Ecosystem | 1/1/14 |
| Security Metrics to Manage Change: Which Matter, Which Can Be Measured? | 1/1/14 |
| Security of Paper Records & Document Shredding | 1/1/14 |
| Stealth Research: Critical Infrastructure | 1/1/14 |
| Stopping the Document & File Sharing Threat | 1/1/14 |
| The 2015 State of Enterprise Risk | 1/1/14 |
| The Aftermath of a Mega Data Breach: Consumer Sentiment | 1/1/14 |
| The Changing Mobile landscape in Financial Services | 1/1/14 |
| The Cost of insecure Mobile Devices in the Workplace | 1/1/14 |
| The Identity Imperative for the Open Enterprise: What IT Users & Business Users Think about Bring Your Own Identity (BYOID) | 1/1/14 |
| The Imprivata Report on the Economic Impact of Inefficient Communications in Healthcare | 1/1/14 |
| The Insider Threat of Bring Your Own Cloud (BYOC) | 1/1/14 |
| The Security Impact of Mobile Device use by Employees | 1/1/14 |
| The SQL Injection Threat & Recent Retail Breaches | 1/1/14 |
| The SQL Injection Threat Study | 1/1/14 |
| The State of Data Centric Security | 1/1/14 |
| The Total Cost of Advanced Persistent Threats | 1/1/14 |
| Visual Hacking Experimental Study | 1/1/14 |
| Consumers' Perceptions about eHealth Privacy & Security | 12/11/13 |
| 2013 Cost of Data Center Outages | 12/1/13 |
| 2013 Survey on Medical on Medical Identity Theft | 12/1/13 |
| 2014 State of Endpoint Risk | 12/1/13 |
| Achieving Security in Workplace File Sharing | 12/1/13 |
| Cyber Monday: Are Your Websites Secure? A Study of US & UK IT Security Practitioners | 12/1/13 |
| Overcoming Complexity in Identity & Access Management | 12/1/13 |
| The Cyber Readiness of U.S. Government Organizations A study of federal IT practitioners | 12/1/13 |
| The Insider Threat of BYOC | 12/1/13 |
| The State of Advanced Persistent Threats | 12/1/13 |
| BYOD Security: A Fresh Perspective | 11/1/13 |
| The Impact of IT Transformation on Enterprise Computing | 11/1/13 |
| The Risk of an Uncertain Security Strategy Study of Global IT Practitioners in SMB Organizations | 11/1/13 |
| 2013 Cost of Cyber Crime: Australia | 10/1/13 |

| | |
|---|---|
| 2013 Cost of Cyber Crime: France | 10/1/13 |
| 2013 Cost of Cyber Crime: Germany | 10/1/13 |
| 2013 Cost of Cyber Crime: Global | 10/1/13 |
| 2013 Cost of Cyber Crime: Japan | 10/1/13 |
| 2013 Cost of Cyber Crime: UK | 10/1/13 |
| 2013 Cost of Cyber Crime: US | 10/1/13 |
| Cyber Security Incident Response & C-Suite Awareness | 10/1/13 |
| Most Trusted Retail Banks for Privacy | 10/1/13 |
| The 2013 eCommerce Cyber Crime Report: Safeguarding Brand And Revenue This Holiday Season | 10/1/13 |
| Economics of IT Risk & Reputation | 9/1/13 |
| Experimental Analysis of SecureED Training Effectiveness | 9/1/13 |
| Managing Cyber Security as a Business Risk: Cyber Insurance in the Digital Age | 9/1/13 |
| Live Threat Intelligence Impact Report 2013 | 7/25/13 |
| 2013 Annual Cost of Failed Trust Report: Threats & Attacks | 7/22/13 |
| The Risk of Regulated Data in the Cloud | 6/27/13 |
| 2012 Global Trends in Cloud Encryption | 6/13/13 |
| The State of Application Security | 6/7/13 |
| The Risk of Regulated Data on Mobile Devices & in the Cloud | 6/1/13 |
| The Second Annual Study on the State of Risk-based Security Management | 5/17/13 |
| 2012 Global Encryption Trends Study: Australia | 5/13/13 |
| 2012 Global Encryption Trends Study: Brazil | 5/13/13 |
| 2012 Global Encryption Trends Study: France | 5/13/13 |
| 2012 Global Encryption Trends Study: Germany | 5/13/13 |
| 2012 Global Encryption Trends Study: Japan | 5/13/13 |
| 2012 Global Encryption Trends Study: United Kingdom | 5/13/13 |
| 2012 Global Encryption Trends Study: United States | 5/13/13 |
| The Economic and Productivity Impact of IT Security on Healthcare | 5/8/13 |
| 2013 Cost of Data Breach Study: Germany | 5/2/13 |
| 2013 Cost of Data Breach Study: Global Analysis | 5/2/13 |
| 2013 Cost of Data Breach Study: India | 5/2/13 |
| 2013 Cost of Data Breach Study: Italy | 5/2/13 |
| 2013 Cost of Data Breach Study: Japan | 5/2/13 |
| 2013 Cost of Data Breach Study: United Kingdom | 5/2/13 |
| 2013 Cost of Data Breach Study: United States | 5/2/13 |
| Leading Issues in IT & procurement in the US Federal | 4/4/13 |

Government

| | |
|---|---|
| Global Backup & Disaster Recovery Study: France | 4/1/13 |
| Global Disaster Recovery Index: 2012 | 4/1/13 |
| Moving Beyond Passwords: Consumer Attitudes on Online Authentication A Study of US, UK and German Consumers | 4/1/13 |
| Is Your Company Ready for a Big Data Breach? | 3/26/13 |
| 2012 Global Encryption Trends Study | 3/13/13 |
| Stealing the Identity of Foster Care Children | 3/13/13 |
| Security of Cloud Computing Users | 3/1/13 |
| State of Cloud Computing in Law Enforcement | 3/1/13 |
| Survey on Cloud Adoption & Use in EU Schools | 3/1/13 |
| The Risk of Insider Fraud: Second Annual Study | 2/28/13 |
| Big data Analytics in Cyber Defense | 2/25/13 |
| The Post Breach Boom | 2/20/13 |
| Cyber Security in the Trenches Executive Summary | 2/10/13 |
| Efficacy of Emerging Network Security Technologies | 2/7/13 |
| Efficacy of Emerging Network Security Technologies: Brazil | 2/7/13 |
| Efficacy of Emerging Network Security Technologies: China | 2/7/13 |
| Efficacy of Emerging Network Security Technologies: France | 2/7/13 |
| Efficacy of Emerging Network Security Technologies: India | 2/7/13 |
| Efficacy of Emerging Network Security Technologies: Japan | 2/7/13 |
| Efficacy of Emerging Network Security Technologies: United Kingdom | 2/7/13 |
| Efficacy of Emerging Network Security Technologies: United States | 2/7/13 |
| Efficacy of Emerging Network Security Technologies: Australia | 2/7/13 |
| Efficacy of Emerging Network Security Technologies: Germany | 2/7/13 |
| 2012 Most Trusted Companies for Privacy | 1/28/13 |
| Most Trusted Companies for Privacy | 1/28/13 |
| A Study of Retail Banks & DDoS Attacks | 12/1/12 |
| Dangerous Insider | 12/1/12 |
| Forget Passwords: How Consumers Want their Identity authenticated | 12/1/12 |
| Foster Child Identity Theft Study | 12/1/12 |
| State of the Endpoint | 12/1/12 |
| Cyber Security on the Offense: A Study of IT Security Experts | 11/1/12 |
| Quantifying the Value of Unified Endpoint Data Management | 11/1/12 |

| | |
|---|---|
| SMB Data Breach Risk Calculator | 11/1/12 |
| State of SMB Cyber Security Readiness: UK | 11/1/12 |
| State of SMB Cyber Security Readiness: US | 11/1/12 |
| Third Annual Study on Patient Privacy & Data Security | 11/1/12 |
| 2012 Cost of Cyber Crime Study: AU | 10/1/12 |
| 2012 Cost of Cyber Crime Study: DE | 10/1/12 |
| 2012 Cost of Cyber Crime Study: JP | 10/1/12 |
| 2012 Cost of Cyber Crime Study: UK | 10/1/12 |
| 2012 Cost of Cyber Crime Study: US | 10/1/12 |
| 2012 Web Session Intelligence & Security Report: Business Logic Abuse Edition UK | 10/1/12 |
| 2012 Web Session Intelligence & Security Report: Business Logic Abuse Edition US | 10/1/12 |
| Visual Privacy & Productivity Experimental Study | 10/1/12 |
| The 2012 Study of Email Encryption Practices | 9/12/12 |
| 2012 Business Banking Trust Trends Study | 8/1/12 |
| 2012 Confidential Documents at Risk | 7/1/12 |
| Encryption in the Cloud | 7/1/12 |
| Safeguarding Data in Production & Development: A Survey of IT Practitioners in the UK | 7/1/12 |
| Total Cost of Ownership for Full - Disk Encryption | 7/1/12 |
| 2012 Consumer Study on Data Breach Notification | 6/1/12 |
| 2012 Payment Security Survey: United Kingdom | 6/1/12 |
| 2012 Payment Security Survey: United States | 6/1/12 |
| Achieving Data Privacy in the Cloud Study of IT, Privacy and Compliance of Small to Medium-sized Organizations in Germany | 6/1/12 |
| Achieving Data Privacy in the Cloud Study of IT, Privacy and Compliance of Small to Medium-sized Organizations in Nordics | 6/1/12 |
| Achieving Data Privacy in the Cloud Study of IT, Privacy and Compliance of Small to Medium-sized Organizations in United States | 6/1/12 |
| HSB Small Business Survey on Data Protection Activities | 6/1/12 |
| Third Annual Survey on Medical Identity Theft | 6/1/12 |
| 2011 Encryption Trends Study Australia | 5/1/12 |
| 2011 Encryption Trends Study Brazil | 5/1/12 |
| 2011 Encryption Trends Study France | 5/1/12 |
| 2011 Encryption Trends Study Germany | 5/1/12 |

| | |
|---|---|
| 2011 Encryption Trends Study Japan | 5/1/12 |
| 2011 Encryption Trends Study United Kingdom | 5/1/12 |
| 2011 Encryption Trends Study United States | 5/1/12 |
| Application Security Risk Impact Study | 5/1/12 |
| Safeguarding Data in Production & Development: A Survey of IT Practitioners | 5/1/12 |
| The Impact of Cybercrime on Business Studies of IT practitioners in the United States, United Kingdom, Germany, Hong Kong and Brazil | 5/1/12 |
| The State of Risk-based Security Management: DE | 5/1/12 |
| The State of Risk-based Security Management: NE | 5/1/12 |
| The State of Risk-based Security Management: UK | 5/1/12 |
| The State of Risk-based Security Management: US | 5/1/12 |
| 2011 Cost of Data Breach Study Australia | 3/11/12 |
| 2011 Cost of Data Breach Study France | 3/11/12 |
| 2011 Cost of Data Breach Study Germany | 3/11/12 |
| 2011 Cost of Data Breach Study Global | 3/11/12 |
| 2011 Cost of Data Breach Study India | 3/11/12 |
| 2011 Cost of Data Breach Study Italy | 3/11/12 |
| 2011 Cost of Data Breach Study Japan | 3/11/12 |
| 2011 Cost of Data Breach Study United Kingdom | 3/11/12 |
| 2011 Cost of Data Breach Study United States | 3/11/12 |
| 2012 Application Security Gap Study: A Survey of IT Security & Developers | 3/11/12 |
| Future State of IT Security: A Survey of IT Security Executives | 2/1/12 |
| Global Study on Mobility Risks Survey of IT & IT Security Practitioners | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: Australia | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: Brazil | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: Canada | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: France | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: Germany | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: Hong Kong | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: India | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: Italy | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: Mexico | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: Singapore | 2/1/12 |

| | |
|---|---|
| Global Study on Mobility Risks Survey Results for: United Kingdom | 2/1/12 |
| Global Study on Mobility Risks Survey Results for: United States | 2/1/12 |
| Leading Practices in Behavioral Advertising & Consumer Privacy-Study of Internet Marketers and Advertisers | 2/1/12 |
| Research On Consumer Privacy and Behavioral Advertising | 2/1/12 |
| The Business Case for Data Protection: What senior Executives Think about Data Protection | 2/1/12 |
| Aftermath of a Data Breach | 1/1/12 |
| The Human Factor in Data Protection | 1/1/12 |
| The Shifting State of Endpoint Risk | 1/1/12 |
| Trends in the Security of Data Recovery Operations | 1/1/12 |

## Appendix 3. List of Materials Relied On

Following are the documents I relied on in forming my opinions:

1. Amended Complaint
2. Defendant's Motion to Dismiss
3. Plaintiffs' Opposition to Defendant's Motion to Dismiss
4. Adobe Order Denying Motion to Dismiss
5. In re Sony Gaming Motion to Dismiss Opinion
6. In re TJX Order Denying Motion for Class Certification
7. In re Hannaford Bros. Order Denying Motion for Class Certification
8. Defendant's Reply to Motion to Dismiss
9. Plaintiffs' Responses to Defendant's First Interrogatories – 05/14/15
10. Notice of Voluntary Dismissal of Lawon Exum
11. Javelin Strategy & Research - 2015 Identity Fraud: Protecting Vulnerable Populations (2015)
12. Plaintiffs' Amended Reponses to Defendant's First Set of Interrogatories – 06/09/15
13. Order on Defendant's Motion to Dismiss
14. Plaintiff Random Sample of Spreadsheets: (Bates Nos. SPE 000000020, SPE 000000117, SPE 000000142, SPE 000000175, SPE 000000189, SPE 000000198, SPE 000000385, SPE 000000553, SPE 000000644, SPE 000000750, SPE 000000875, SPE 000000934, SPE 000001043, SPE 000001084, SPE 000001115, SPE 000001123, SPE 000001126, SPE 000001210, SPE 000001222, SPE 000001249, SPE 000001291, SPE 000001533, SPE 000001712, SPE 000001726, SPE 000001803, SPE 000003088, SPE 000003121, SPE 000003259, SPE 000003330, and SPE 000003680)
15. Spreadsheets Showing Named Plaintiffs' Medical Info & PII: (Bates Nos. SPE 000000089, SPE 000000091, SPE 000000110, SPE 00000011, SPE 000000113, SPE 000000120, SPE 000000162, and SPE 000003195)
16. Wall Street Journal Article – How Sony Breach Changes Cybersecurity
17. Fortune Article – Hack of the Century (Parts 1 to 3)
18. Washington Post Article – Data Exposed in breaches Can Follow People Forever

19. Reuters Article – Your  Medical Record is Worth More to Hackers than your Credit Card
20. Linkedin Blog – The OPM Data Breach: Harm Without End
21. Business Insider – What to Do When You Get a Data Breach Letter
22. Associated Press - Sony Emails Show A Studio Ripe For Hacking
23. Ponemon Institute - The Second Annual Study on Data Breach Preparedness (2014).