EXHIBIT 3

Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SONY PICTURES ENTERTAINMENT, INC., <br><br> Defendant. | CASE NO. 2:14−CV−09600−RGK−E <br><br> CLASS ACTION <br><br> **DECLARATION OF MICHAEL CORONA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge:     Hon. R. Gary Klausner <br> Courtroom:  850 |

I, Michael Corona, declare as follows:

1.      I am one of the named plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I was employed by SPE from 2004 to 2007.  In connection with my employment with SPE, I was required to provide SPE with personally identifiable information.  As is described in the Amended Class Action Complaint, and as I explained during my deposition, I understand that my personally identifiable information was compromised and exposed on the internet as a result of the SPE data breach that is the subject of this case and was publicized in approximately November 2014.

3.      As a named plaintiff, I have actively participated in the prosecution of this case, including by providing information, consulting with my attorneys, gathering and producing documents, reviewing pleadings and discovery responses, and having my deposition taken.  I understand that I am being proposed as a representative of a class in this case.  I am fully committed to vigorously pursuing this case on behalf of the proposed class.

4.      On May 28, 2015, I received an email from Bank of America saying that unusual activity had been detected on my credit card.  When I contacted Bank of America, I learned that someone had used my credit card to make a fraudulent

purchase for $3,842.50. I also learned that there had been three additional

unsuccessful attempts to use my credit card to make fraudulent purchases.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

Executed this 29th day of June, 2015, at _____, New York.

Michael Corona

Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br>  vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>      Defendant. | **CASE NO. 2:14−CV−09600−RGK−E**<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF CHRISTINA MATHIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:    Hon. R. Gary Klausner<br>Courtroom: 850 |

I, Christina Mathis, declare as follows:

1.      I am one of the named plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I was employed by SPE from 2000 to 2002.  In connection with my employment with SPE, I was required to provide SPE with personally identifiable information.  As is described in the Amended Class Action Complaint, and as I explained during my deposition, I understand that my personally identifiable information was compromised and exposed on the internet as a result of the SPE data breach that is the subject of this case and was publicized in approximately November 2014.

3.      As a named plaintiff, I have actively participated in the prosecution of this case, including by providing information, consulting with my attorneys, gathering and producing documents, reviewing pleadings and discovery responses, and having my deposition taken.  I understand that I am being proposed as a representative of a class in this case.  I am fully committed to vigorously pursuing this case on behalf of the proposed class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22 day of June, 2015, at _San Francisco_, California.

_(signature)_

Christina Mathis

1   Matthew J. Preusch (SBN 298144)
    mpreusch@kellerrohrback.com
2   **KELLER ROHRBACK L.L.P.**
3   1129 State Street, Suite 8
    Santa Barbara, CA 93101
4   T: (805) 456-1496
    F: (805) 456-1497
5

6   Lynn Lincoln Sarko, *admitted pro hac vice*
    lsarko@kellerrohrback.com
7   **KELLER ROHRBACK L.L.P.**
    1201 Third Avenue, Suite 3200
8   Seattle, WA 98101
    T: (206) 623-1900
9   F: (206) 623-3384

10

11  Daniel C. Girard (SBN 114826)           Michael W. Sobol (SBN 194857)
    dcg@girardgibbs.com                     msobol@lchb.com
12  **GIRARD GIBBS LLP**                    **LIEFF CABRASER HEIMANN &**
    601 California Street, 14th Floor       **BERNSTEIN, LLP**
13  San Francisco, CA 94108                 275 Battery Street, 29th Floor
    T: (415) 981-4800                       San Francisco, CA 94111-3339
14  F: (415) 981-4846                       T: (415) 956-1000
                                            F: (415) 956-1008
15  *Interim Co-Lead Class Counsel*

16

17

18                    **UNITED STATES DISTRICT COURT**
                      **CENTRAL DISTRICT OF CALIFORNIA**

19

20  MICHAEL CORONA, CHRISTINA         **CASE NO. 2:14−CV−09600−RGK−E**
    MATHIS, et al., individually and on behalf
21  of others similarly situated,         CLASS ACTION

22            Plaintiffs,             **DECLARATION OF JOSHUA**
                                      **FORSTER IN SUPPORT OF**
23       vs.                          **PLAINTIFFS' MOTION FOR CLASS**
                                      **CERTIFICATION**
24  SONY PICTURES ENTERTAINMENT,
25  INC.,                             Judge:      Hon. R. Gary Klausner
                                      Courtroom: 850
26            Defendant.

27

28

I, Joshua Forster, declare as follows:

1.    I am one of the named plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I was employed by various SPE subsidiaries and affiliates from June 2004 to August 2004, June 2006 to August 2006, May 2008 to August 2008, June 2009 to November 2009, July 2010 to August 2010, and January 2013 to February 2014.  In connection with my employment with SPE, I was required to provide SPE with personally identifiable information.  As is described in the Amended Class Action Complaint, and as I explained during my deposition, I understand that my personally identifiable information was compromised and exposed on the internet as a result of the SPE data breach that is the subject of this case and was publicized in approximately November 2014.

3.    As a named plaintiff, I have actively participated in the prosecution of this case, including by providing information, consulting with my attorneys, gathering and producing documents, reviewing pleadings and discovery responses, and having my deposition taken.  I understand that I am being proposed as a representative of a class in this case.  I am fully committed to vigorously pursuing this case on behalf of the proposed class.

1       I declare under penalty of perjury under the laws of the United States that the

2   foregoing is true and correct.

3       Executed this 22nd day of June, 2015, at Denver, Colorado.

2

Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

*Interim Co-Lead Class Counsel*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>CLASS ACTION<br><br>**DECLARATION OF ELLA CARLINE ARCHIBEQUE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:　　Hon. R. Gary Klausner<br>Courtroom: 850 |

I, Ella Carline Archibeque, declare as follows:

1.      I am one of the named plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I was employed by SPE from April 2002 to May 2003, November 2003 to August 2006, and October 2007 to May 2009.  In connection with my employment with SPE, I was required to provide SPE with personally identifiable information.  As is described in the Amended Class Action Complaint, and as I explained during my deposition, I understand that my personally identifiable information was compromised and exposed on the internet as a result of the SPE data breach that is the subject of this case and was publicized in approximately November 2014.

3.      As a named plaintiff, I have actively participated in the prosecution of this case, including by providing information, consulting with my attorneys, gathering and producing documents, reviewing pleadings and discovery responses, and having my deposition taken.  I understand that I am being proposed as a representative of a class in this case.  I am fully committed to vigorously pursuing this case on behalf of the proposed class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29 day of June, 2015, at Los Angeles, California.

*Ella C. Archuletaque*

Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>CLASS ACTION<br><br>**DECLARATION OF MICHAEL LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:     Hon. R. Gary Klausner<br>Courtroom: 850 |

I, Michael Levine, declare as follows:

1.      I am one of the named plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I was employed by SPE from 2003 to 20012.  In connection with my employment with SPE, I was required to provide SPE with personally identifiable information.  As is described in the Amended Class Action Complaint, and as I explained during my deposition, I understand that my personally identifiable information was compromised and exposed on the internet as a result of the SPE data breach that is the subject of this case and was publicized in approximately November 2014.

3.      As a named plaintiff, I have actively participated in the prosecution of this case, including by providing information, consulting with my attorneys, gathering and producing documents, reviewing pleadings and discovery responses, and having my deposition taken.  I understand that I am being proposed as a representative of a class in this case.  I am fully committed to vigorously pursuing this case on behalf of the proposed class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __25__ day of June, 2015, at Glendale, California

_____

1263300. 12

1  Matthew J. Preusch (SBN 298144)
   mpreusch@kellerrohrback.com
2  **KELLER ROHRBACK L.L.P.**
3  1129 State Street, Suite 8
   Santa Barbara, CA 93101
4  T: (805) 456-1496
   F: (805) 456-1497
5
6  Lynn Lincoln Sarko, *admitted pro hac vice*
   lsarko@kellerrohrback.com
7  **KELLER ROHRBACK L.L.P.**
   1201 Third Avenue, Suite 3200
8  Seattle, WA 98101
   T: (206) 623-1900
9  F: (206) 623-3384

10
11 Daniel C. Girard (SBN 114826)        Michael W. Sobol (SBN 194857)
   dcg@girardgibbs.com                  msobol@lchb.com
12 **GIRARD GIBBS LLP**                 **LIEFF CABRASER HEIMANN &**
   601 California Street, 14th Floor    **BERNSTEIN, LLP**
13 San Francisco, CA 94108             275 Battery Street, 29th Floor
   T: (415) 981-4800                   San Francisco, CA 94111-3339
14 F: (415) 981-4846                   T: (415) 956-1000
                                       F: (415) 956-1008
15 *Interim Co-Lead Class Counsel*

16
17
18              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
19
20 MICHAEL CORONA, CHRISTINA        | **CASE NO. 2:14−CV−09600−RGK−E**
   MATHIS, et al., individually and on behalf
21 of others similarly situated,       CLASS ACTION

22              Plaintiffs,           **DECLARATION OF GEOFFREY**
23        vs.                         **SPRINGER IN SUPPORT OF**
                                      **PLAINTIFFS' MOTION FOR CLASS**
24                                    **CERTIFICATION**
   SONY PICTURES ENTERTAINMENT,
25 INC.,                              Judge:    Hon. R. Gary Klausner
                                      Courtroom: 850
26              Defendant.
27
28

I, Geoffrey Springer, declare as follows:

1.      I am one of the named plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I was employed by SPE from October 1995 to August 1996, and April 2001 to December 2004.  In connection with my employment with SPE, I was required to provide SPE with personally identifiable information.  As is described in the Amended Class Action Complaint, and as I explained during my deposition, I understand that my personally identifiable information was compromised and exposed on the internet as a result of the SPE data breach that is the subject of this case and was publicized in November 2014.

3.      As a named plaintiff, I have actively participated in the prosecution of this case, including by providing information, consulting with my attorneys, gathering and producing documents, reviewing pleadings and discovery responses, and having my deposition taken.  I understand that I am being proposed as a representative of a class in this case.  I am fully committed to vigorously pursuing this case on behalf of the proposed class.

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of June, 2015, at Charlottesville, Virginia

Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)        Michael W. Sobol (SBN 194857)
dcg@girardgibbs.com                   msobol@lchb.com
**GIRARD GIBBS LLP**                  **LIEFF CABRASER HEIMANN &**
601 California Street, 14th Floor      **BERNSTEIN, LLP**
San Francisco, CA 94108               275 Battery Street, 29th Floor
T: (415) 981-4800                     San Francisco, CA 94111-3339
F: (415) 981-4846                     T: (415) 956-1000
                                      F: (415) 956-1008

*Interim Co-Lead Class Counsel*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated, | **CASE NO. 2:14−CV−09600−RGK−E** |
| Plaintiffs, | <u>CLASS ACTION</u> |
| vs. | **DECLARATION OF MARCELA BAILEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| SONY PICTURES ENTERTAINMENT, INC., | Judge:    Hon. R. Gary Klausner<br>Courtroom:  850 |
| Defendant. | |

I, Marcela Bailey, declare as follows:

1.      I am one of the named plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I was employed by SPE from January 1991 to February 2013.  In connection with my employment with SPE, I was required to provide SPE with personally identifiable information.  As is described in the Amended Class Action Complaint, I understand that my personally identifiable information was compromised and exposed on the internet as a result of the SPE data breach that is the subject of this case and was publicized in approximately November 2014.

///

///

///

1

3.     As a named plaintiff, I have actively participated in the prosecution of this case, including by providing information, consulting with my attorneys, gathering and producing documents, and reviewing pleadings and discovery responses. In addition, I have agreed to sit for deposition by Sony's attorneys, currently scheduled for July 10, 2015. I understand that I am being proposed as a representative of a class in this case. I am fully committed to vigorously pursuing this case on behalf of the proposed class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of June, 2015, at Los Angeles, California.

Marcela Bailey

1262089.1

2

Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>        Defendant. | **CASE NO. 2:14-CV-09600-RGK-E**<br><br>CLASS ACTION<br><br>**DECLARATION OF STEVEN SHAPIRO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:      Hon. R. Gary Klausner<br>Courtroom: 850 |

I, Steven Shapiro, declare as follows:

1.   I am one of the named plaintiffs in this case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   I was employed by SPE from October 2003 to January 2010.  In connection with my employment with SPE, I was required to provide SPE with personally identifiable information.  As is described in the Amended Class Action Complaint, and as I explained during my deposition, I understand that my personally identifiable information was compromised and exposed on the internet as a result of the SPE data breach that is the subject of this case and was publicized in approximately November 2014.

3.   As a named plaintiff, I have actively participated in the prosecution of this case, including by providing information, consulting with my attorneys, gathering and producing documents, reviewing pleadings and discovery responses, and having my deposition taken.  I understand that I am being proposed as a representative of a class in this case.  I am fully committed to vigorously pursuing this case on behalf of the proposed class.

4.   In late December 2014 or early January 2014, I obtained a copy of my credit report and noticed a credit card account that I had not opened.  Then, on January 19, 2015, I received an email from Chase stating that it had received a

2

notification (supposedly from me) regarding a large purchase that would be made on my Chase credit card.  I had not notified Chase about any large purchases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed this 25th day of June, 2015, at Los Angeles, California.