1  Matthew J. Preusch (SBN 298144)
   mpreusch@kellerrohrback.com
2  **KELLER ROHRBACK L.L.P.**
3  1129 State Street, Suite 8
   Santa Barbara, CA 93101
4  T: (805) 456-1496
5  F: (805) 456-1497

6  Lynn Lincoln Sarko, *admitted pro hac vice*
   lsarko@kellerrohrback.com
7  **KELLER ROHRBACK L.L.P**
8  1201 Third Avenue, Suite 3200
   Seattle, WA 98101
9  T: (206) 623-1900
   F: (206) 623-3384
10

11 Daniel C. Girard (SBN 114826)             Michael W. Sobol (SBN 194857)
   dcg@girardgibbs.com                       msobol@lchb.com
12 **GIRARD GIBBS LLP**                      **LIEFF CABRASER HEIMANN &**
13 601 California Street, 14th Floor         **BERNSTEIN, LLP**
   San Francisco, CA 94108                   275 Battery Street, 29th Floor
14 T: (415) 981-4800                         San Francisco, CA 94111-3339
15 F: (415) 981-4846                         T: (415) 956-1000
                                             F: (415) 956-1008
16
   *Interim Co-Lead Class Counsel*
17

# DENIED
## BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner |

1   ~~On June 30, 2015, Plaintiffs filed an Application to File Documents under~~
2   ~~Seal.  Having considered Plaintiffs' Application, and with good cause appearing,~~ **~~it~~**
3   **~~is hereby ordered~~** ~~that Plaintiff's Application is~~ **~~GRANTED~~** ~~and the following~~
4   ~~documents are hereby~~ **~~SEALED~~**~~:~~
5       ~~1.   Exhibit 5 to the Declaration of Daniel C. Girard~~
6       ~~2.   Exhibit 6 to the Declaration of Daniel C. Girard~~
7       ~~3.   Plaintiffs' Memorandum of Points and Authorities in Support of~~
8   ~~Motion for Class Certification~~

10  **PLAINTIFF'S APPLICATION IS DENIED.**
11  **IT IS SO ORDERED.**

14  DATE: July 09, 2015

                                   _Gary Klausner_
                                   _____
15                                 THE HONORABLE R. GARY KLAUSNER
                                   UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE
DOCUMENTS UNDER SEAL