EXHIBIT 6

Skip Navigation

U.S. Department of Health & Human Services



Search [ ] [Search]

Search ● OCR ○ All HHS

Improving the health, safety, and well-being of America

HHS Home|HHS News|About HHS    Font Size -+   Print   Download Reader

# Notice to the Secretary of HHS of Breach of Unsecured Protected Health Information

A breach report has been successfully filed

**Print Breach Report**

**Breach Affecting**
● 500 or More Individuals  ○ Less Than 500 Individuals

**Report Type**
● Initial Breach Report  ○ Addendum to Previous Report

## Section 1 - Covered Entity

| | | | |
|---|---|---|---|
| Name of Covered Entity: | Sony Pictures Entertainment Health | Contact Name: | Mary Burke |
| Address: | 10202 W. Washington Blvd. | Contact Phone Number: | 310-244-8288 |
| | | Contact E-mail: | mary_burke@spe.sony.com |
| City: | Culver City | Type of Covered Entity: | Health Plan |
| State: CA  Zipcode: 90232 | | | |

https://ocrnotifications.hhs.gov/breaches


EXHIBIT 5

12/11/2014

**CONFIDENTIAL**  SPE-HC 000000123

## Section 2 - Business Associate
## Complete this section if breach occurred at or by a Business Associate

Name of Business Associate:

Address:

City:

State:    Zipcode:

Business Associate Contact Name:

Business Associate Contact Phone Number:

Business Associate Contact E-mail:

## Section 3 - Breach

Breach Start Date(s): 11/24/2014

Discovery Start Date(s): 12/01/2014

Breach End Date:

Discovery End Date:

Approximate Number of Individuals Affected by the Breach: 30000

Type(s) of Breach: Please select the type of breach. If type breach is "Other", please describe the type of breach in the field below.

- ☐ Theft
- ☐ Loss
- ☐ Improper Disposal
- ☐ Unauthorized Access/Disclosure
- ☒ Hacking/IT Incident
- ☐ Unknown
- ☐ Other

| | | |
|---|---|---|
| Location of Breached Information: Please select the location of the information at the time of the breach. If breach type is "Other", please describe the location of the information in more detail in the Description section below. | [Laptop / Desktop Computer / Network Server / E-mail / Other Portable Electronic Device / Other] | |
| Type of Protected Health Information Involved in the Breach: | Demographic Information / Financial Information / Clinical Information / Other | Demographic information<br>☑ Name<br>☑ SSN<br>☑ Address/ZIP<br>☐ Drivers License<br>☑ Date of Birth<br>☑ Other Identifier<br>Financial information<br>☐ Credit Card/Bank Acct #<br>☑ Claims Information<br>☐ Other Financial Information<br>Clinical information<br>☑ Diagnosis/Conditions<br>☐ Lab Results<br>☐ Medications<br>☑ Other Treatment Information |
| Brief Description of the Breach: Please include the location of the breach, a description | On or about Monday, November 24, 2014, Sony Pictures Entertainment ("SPE") experienced a significant system disruption that also impacted the Plan. SPE has | |

CONFIDENTIAL    SPE-HC 000000125

of how the breach occurred, and any additional information regarding the type of breach, type of media, and type of protected health information involved in the breach.

Safeguards in Place Prior to Breach: Please indicate what protective measures were in place prior to the breach 

## Section 4 - Notice of Breach and Actions Taken

Individual Notice Provided Start Date(s): 12/08/2014

Individual Notice Provided End Date:

Was Media Notice Required? ◉ Yes ○ No

Actions Taken in Response to Breach:* Please select the actions taken to

Security and/or Privacy Safeguards
Mitigation
Sanctions
Policies and Procedures
Other

respond to the breach. If selecting the "Other" category, please describe the actions taken in the section below.

Describe Other Actions Taken: Please describe in detail any actions taken following the breach in addition to those selected above.

> SPE is offering fraud prevention and credit monitoring services free of charge for 12 months.

## Section 5 - Attestation

Under the Freedom of Information Act (5 U.S.C. §552) and HHS regulations at 45 C.F.R. Part 5, OCR may be required to release information provided in your breach notification. For breaches affecting more than 500 individuals, some of the information provided on this form will be made publicly available by posting on the HHS web site pursuant to § 13402(e)(4) of the Health Information Technology for Economic and Clinical Health (HITECH) Act (Pub. L. 111-5). Additionally, OCR will use this information, pursuant to § 13402(i) of the HITECH Act, to provide an annual report to Congress regarding the number and nature of breaches that are reported each year and the actions taken to respond to such breaches. OCR will make every effort, as permitted by law, to protect information that identifies individuals or that, if released, could constitute a clearly unwarranted invasion of personal privacy.

I attest, to the best of my knowledge, that the above information is accurate.

Name: Mary Burke        Date: 12/11/2014
Typing your name represents your signature

HHS Home | Questions? | Contacting HHS | Accessibility | Privacy Policy | FOIA | Disclaimers | Inspector General | No FEAR Act | Viewers & Players
The White House | USA.gov | HHS Archive | Pandemic Flu

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

**CONFIDENTIAL** **SPE-HC 000000128**