1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  Christopher T. Casamassima (SBN 211280)
   chris.casamassima@wilmerhale.com
3  WILMER CUTLER PICKERING
      HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
5  Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
6

7  William F. Lee (*pro hac vice*)           Noah Levine (*pro hac vice*)
   william.lee@wilmerhale.com                noah.levine@wilmerhale.com
8  WILMER CUTLER PICKERING                   WILMER CUTLER PICKERING
      HALE AND DORR LLP                         HALE AND DORR LLP
9  60 State Street                           7 World Trade Center
   Boston, MA 02109                          250 Greenwich Street
10 Telephone:  (617) 526-6000                New York, NY 10007
   Facsimile:  (617) 526-5000                Telephone:  (212) 230-8800
11                                           Facsimile:  (212) 230-8888

12

13 Attorneys for Defendant
   SONY PICTURES ENTERTAINMENT INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona, Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br> vs.<br><br>Sony Pictures Entertainment Inc.,<br><br>       Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**SONY PICTURES ENTERTAINMENT INC.'S APPLICATION TO FILE UNDER SEAL**<br><br>Hearing Date: N/A<br>Time:     N/A<br>Courtroom:  850<br>Judge:    Hon. R. Gary Klausner |

**PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rule 79-5, Defendant Sony Pictures Entertainment Inc. ("SPE") submits this application to the Court for an order sealing the materials described below filed by SPE in connection with SPE's Opposition to Plaintiffs' Motion for Class Certification. This application applies to the following items:

- SPE's Opposition to Plaintiffs' Motion for Class Certification, pages 2-5, 9, 11-15, 17, and 19;
- Exhibit A to the Declaration of Christopher T. Casamassima, which contains the Expert Report of Michael A. Turner, pages 2, 11-16, 20, 23, 25-35, 37-47;
- Exhibit B to the Declaration of Christopher T. Casamassima, which contains the Expert Report of John H. Johnson, IV, pages 5-6, 8-31;
- Exhibit C to the Declaration of Christopher T. Casamassima, Plaintiffs' Amended Consolidated Responses and Objections to Defendant Sony Pictures Entertainment Inc.'s First Set of Interrogatories dated June 9, 2015;
- Exhibit D to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Plaintiff Michael Levine on June 8, 2015, pages 127, 191;
- Exhibit E to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Plaintiff Ella Archibeque on June 16, 2015, pages 45, 47-50, 52-54, 97-99, 114;
- Exhibit F to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Plaintiff Steven Shapiro on June 18, 2015, pages 21, 23, 25, 53-54, 61-62, 64-67, 119;
- Exhibit G to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Plaintiff Christina Mathis on June 19, 2015, pages 52, 89, 130-132, 167-169, 383;

- Exhibit H to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Plaintiff Joshua Forster on June 22, 2015, pages 34-38, 55-57, 61, 204-206;
- Exhibit I to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Plaintiff Michael Corona on June 24, 2015, pages 169-170, 196, 199-200, 202, 290;
- Exhibit J to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Plaintiff Geoffrey Springer on June 30, 2015, pages 141, 236-237;
- Exhibit K to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Plaintiff Marcela Bailey on July 30, 2015, pages 44-46, 137-140;
- Exhibit L to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Henry Fishkind, Ph.D. on July 28, 2015, pages 6, 55-57, 121-124;
- Exhibit M to the Declaration of Christopher T. Casamassima, which contains excerpts of the transcript of the deposition of Larry Ponemon, Ph.D. on August 6, 2015, pages 5, 133-135, 147-151, 153-155, 202, 203, 210.

Pursuant to Civil Local Rule 79-5 and the Court's Standing Order (Dkt. 26), SPE applies to file these materials under seal on the grounds that they contain information regarding Plaintiffs' personally identifying information (PII), including mail and email addresses, credit card information, and social media accounts; Plaintiffs' history with respect to identity theft; and their use of their own PII and personal security practices. These materials have also been designated by Plaintiffs as "Highly Confidential" or "Confidential" pursuant to the terms of the Protective Order entered in this action on May 29, 2015. Dkt. 92. The Protective

1  Order requires the party in possession of such materials to protect them from
2  disclosure.
3      SPE does not concede that these documents are appropriately designated
4  Confidential or Highly Confidential under the terms of the Protective Order, but is
5  applying to file them under seal in accordance with the terms of the Protective
6  Order and to ensure that any potential confidentiality is preserved.  If this
7  application is denied, SPE will publicly file the documents for consideration by the
8  Court.
9      For the foregoing reasons, SPE respectfully requests that the Court grant
10 SPE's application to file under seal.

Dated: August 11, 2015             Respectfully submitted,

                                   WILMER CUTLER PICKERING
                                   HALE AND DORR LLP


                                   /s/ Christopher T. Casamassima
                                   ───────────────────────────────
                                   Christopher T. Casamassima

                                   *Attorney for Defendant Sony Pictures
                                   Entertainment Inc.*

- 3 -