1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13 Michael Corona, Christina Mathis, et | Case No. 2:14-cv-09600-RGK-E

14 al., individually and on behalf of
others similarly situated,

15

Plaintiffs, | **[PROPOSED] ORDER ON SONY**

16 | **PICTURES ENTERTAINMENT INC.'S**
| **APPLICATION TO FILE UNDER SEAL**

v.

17

Sony Pictures Entertainment Inc.,

18

Defendant.

19

20 Hon. R. Gary Klausner

21

22

23

24

25

26

27

28

[Proposed] Order

1

**[PROPOSED] ORDER**

2    Having considered Sony Pictures Entertainment Inc.'s ("SPE") Application

3 To File Under Seal, and good cause having been shown, the Application is hereby

4 GRANTED, and the following documents are hereby SEALED:

5    • SPE's Opposition to Plaintiffs' Motion for Class Certification

6    • Exhibits A through M to the Declaration of Christopher T. Casamassima

7       in Support of SPE's Opposition to Plaintiffs' Motion for Class

8       Certification

9

10

11 IF DENIED:

12    Counsel will publically file the document(s) for consideration by the Court.

13

14 IT IS SO ORDERED.

15

16 Dated: _____          _____

17                                 Hon. R. Gary Klausner
                                    United States District Judge
18

19

20

21

22

23

24

25

26

27

28

- 1 -