David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Noah Levine (*pro hac vice*)
noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
SONY PICTURES ENTERTAINMENT INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona, Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>Sony Pictures Entertainment Inc.,<br><br>            Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:  N/A<br>Time:  N/A<br>Courtroom:  850<br>Judge:  Hon. R. Gary Klausner |

Certificate of Service


# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2100, California, 90071. On August 11, 2015, I served the within document(s):

- **SONY PICTURES ENTERTAINMENT INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

- **EXHIBITS A THROUGH M TO THE DECLARATION OF CHRISTOPHER T. CASAMASSIMA IN SUPPORT OF SPE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below.

☒ I personally caused to be emailed the document(s) listed above to the person(s) at the email address(es) set forth below.

☐ I electronically filed the document(s) listed above via the CM/ECF system.

| | |
|---|---|
| Matthew J. Preusch<br>mpreusch@kellerrohrback.com<br>Keller Rohrback L.L.P.<br>1129 State Street, Suite 8<br>Santa Barbara, California 93101 | Daniel C. Girard<br>dcg@girardgibbs.com<br>Girard Gibbs LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108 |
| Lynn Lincoln Sarko<br>lsarko@kellerrohrback.com<br>Keller Rohrback L.L.P.<br>1201 Third Ave., Suite 3200<br>Seattle, Washington 98101 | Michael W. Sobol<br>msobol@lchb.com<br>Lieff Cabraser Heimann &Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| Gretchen Cappio<br>gcappio@kellerrohrback.com<br>Keller Rohrback L.L.P.<br>1201 Third Ave., Suite 3200<br>Seattle, Washington 98101 | Roger N. Heller<br>rheller@lchb.com<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |
| Cari Campen Laufenberg<br>claufenberg@kellerrohrback.com | RoseMarie Maliekel<br>rmaliekel@lchb.com |

- 2 -

| | |
|---|---|
| Keller Rohrback L.L.P. | Lieff Cabraser Heimann & Bernstein, LLP |
| 1201 Third Ave., Suite 3200 | 275 Battery Street, 29th Floor |
| Seattle, Washington 98101 | San Francisco, CA 94111 |
| | |
| Amanda Steiner | Linh Vuong |
| as@GirardGibbs.com | lgv@girardgibbs.com |
| Girard Gibbs LLP | Girard Gibbs LLP |
| 601 California Street, 14th Floor | 601 California Street, 14th Floor |
| San Francisco, CA 94108 | San Francisco, CA 94108 |

Executed on August 11, 2015 at Los Angeles, California


                                                  /s/ *Elaine Zhong*
                                                    Elaine Zhong