David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:   (617) 526-6000
Facsimile:   (617) 526-5000

Noah Levine (*pro hac vice*)
noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:   (212) 230-8800
Facsimile:   (212) 230-8888

Attorneys for Defendant
SONY PICTURES ENTERTAINMENT INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Corona, Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Sony Pictures Entertainment Inc.,<br><br>Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**DECLARATION OF CHRISTOPHER T. CASAMASSIMA IN SUPPORT OF SONY PICTURES ENTERTAINMENT INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:  September 14, 2015<br>Time:           9:00 a.m.<br>Courtroom:     850<br>Judge:          Hon. R. Gary Klausner |

Decl. of Christopher T. Casamassima

I, Christopher T. Casamassima, declare as follows:

1. I am an attorney at the law firm of WilmerHale, counsel for Sony Pictures Entertainment Inc. ("SPE") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and, if called as a witness, would testify competently to the best of my knowledge, information, and belief to those facts.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Michael A. Turner.

3. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of John H. Johnson, IV.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Amended Consolidated Responses and Objections to Defendant Sony Pictures Entertainment Inc.'s First Set of Interrogatories dated June 9, 2015.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Michael Levine on June 8, 2015

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Ella Archibeque on June 16, 2015

7. Attached hereto as Exhibit F is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Steven Shapiro on June 18, 2015

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Christina Mathis on June 19, 2015.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Joshua Forster on June 22, 2015.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Michael Corona on June 24, 2015.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Geoffrey Springer on June 30, 2015.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts of the transcript of the deposition of Plaintiff Marcela Bailey on July 30, 2015.

13. Attached hereto as Exhibit L is a true and correct copy of excerpts of the transcript of the deposition of Henry Fishkind, Ph.D. on July 28, 2015.

14. Attached hereto as Exhibit M is a true and correct copy of excerpts of the transcript of the deposition of Larry Ponemon, Ph.D. on August 6, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 11, 2015                    Respectfully submitted,


/s/ *Christopher T. Casamassima*
Christopher T. Casamassima

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*Attorneys for Defendant Sony Pictures Entertainment Inc.*

# EXHIBIT A

## FILED UNDER SEAL

# EXHIBIT B

## FILED UNDER SEAL

# EXHIBIT C

## FILED UNDER SEAL

# EXHIBIT D

## FILED UNDER SEAL

# EXHIBIT E

## FILED UNDER SEAL

# EXHIBIT F

## FILED UNDER SEAL

# EXHIBIT G

FILED UNDER SEAL

# EXHIBIT H

## FILED UNDER SEAL

# EXHIBIT I

## FILED UNDER SEAL

# EXHIBIT J

## FILED UNDER SEAL

Case 2:14-cv-09600-RGK-E   Document 112   Filed 08/11/15   Page 13 of 16   Page ID #:1195

# EXHIBIT K

## FILED UNDER SEAL

# EXHIBIT L

## FILED UNDER SEAL

# EXHIBIT M

## FILED UNDER SEAL