| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857)<br>msobol@lchb.com<br>Roger N. Heller (State Bar No. 215348)<br>rheller@lchb.com<br>RoseMarie Maliekel (State Bar No. 276036)<br>rmaliekel@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>Matthew J. Preusch (SBN 298144)<br>mpreusch@kellerrohrback.com<br>KELLER ROHRBACK L.L.P.<br>1129 State Street, Suite 8<br>Santa Barbara, CA 93101<br>T: (805) 456-1496<br>F: (805) 456-1497 | Lynn Lincoln Sarko, *admitted pro hac vice*<br>lsarko@kellerrohrback.com<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>T: (206) 623-1900<br>F: (206) 623-3384<br><br>Daniel C. Girard (SBN 114826)<br>dcg@girardgibbs.com<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>T: (415) 981-4800<br>F: (415) 981-4846 |

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT INC.<br><br>Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**ADDENDUM TO APPLICATION TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner |

1  Pursuant to Civil Local Rule 79-5 and this Court's Standing Order No. 15,
2  Plaintiffs in the above-captioned matter respectfully submit this Addendum to Sony
3  Pictures Entertainment, Inc.'s ("SPE") Application To File Under Seal (Dkt. No.
4  111). SPE has applied to file under seal certain materials in connection with its
5  opposition to Plaintiffs' class certification motion. *See* Dkt. No. 111. By this
6  addendum, Plaintiffs respectfully request that a *portion* of the materials included in
7  SPE's application be kept under seal and be kept confidential pursuant to the
8  protective Order entered in this matter (Dkt. No. 92). Specifically, Plaintiffs ask
9  that the following portions be kept under seal:

10  • SPE's Opposition to Plaintiffs' Motion for Class Certification, pages:
11    4:15-16, 4:18-19, 4:21-22, 5:3-5, 9:16-17, 14:4;
12  • Exhibit A to the Declaration of Christopher T. Casamassima (Expert
13    Report of Michael A. Turner) at pages 11 ¶27, 20 ¶47, 29 ¶66, 30-31
14    ¶70, 32 ¶72, 32-33 ¶73, 33 ¶74, 33 ¶75, 41 ¶94, 42 ¶95, 42 ¶96, 43
15    ¶97, 43-44 ¶98, 44 ¶99, 44-45 ¶100, 45 ¶101, Appendix A;
16  • Exhibit B to the Declaration of Christopher T. Casamassima (Expert
17    Report of John H. Johnson, IV) at pages 8 ¶24, 9 Ex. 1, 11-12 ¶26, 12
18    ¶27, 12-13 ¶30, 13-14 ¶32, 14 ¶33, 14 ¶34, 15 ¶35, 15 ¶38, 16 ¶42, 17
19    ¶44, 17 ¶45, 18 ¶48, 24 ¶63, 29-30 ¶77;
20  • Exhibit C to the Declaration of Christopher T. Casamassima
21    (Plaintiffs' Amended Consolidated Responses and Objections to
22    Defendant Sony Pictures Entertainment Inc.'s First Set of
23    Interrogatories dated June 89, 2015) in its entirety;
24  • Exhibit D to the Declaration of Christopher T. Casamassima (excerpts
25    of the transcript of the deposition of Plaintiff Michael Levine) at pages
26    4:13, 4:21-23, 5:4-5, 5:7-8, 6:9, 6:14, 6:20, 127:19-25 and 191:1-10;
27  • Exhibit E to the Declaration of Christopher T. Casamassima (excerpts
28    of the transcript of the deposition of Plaintiff Ella Archibeque) at pages

|  |  |
|---|---|
| 1 | 3:16-17, 3:19-20, 4:4-13, 4:19, 4:21-22, 5:4-6, 45:15, 47:23, 48:13-17, |
| 2 | 49:3, 49:5-10, 49:24-50:1, 50:5-7, 50:20-21, 52:11-22, 53:5, 53:9; |
| 3 | 53:12, 53:14-20, 53:23-24, 54:2-3, 54:8, 54:23, 97:3-8, 97:15-98:11, |
| 4 | 98:17, 98:21, 99:2-7, 99:17-25, 114:1-20; |
| 5 | • Exhibit F to the Declaration of Christopher T. Casamassima (excerpts |
| 6 | of the transcript of the deposition of Plaintiff Steven Shapiro) at pages |
| 7 | 4:16, 4:22, 5:16, 5:18, 21:6, 23:2, 23:10-11, 25:12, 25:19, 53:4, 53:7, |
| 8 | 54:13, 54:20-21, 61:9-15, 61:21-23, 62:2, 62:8-10, 62:13, 62:15, 64:5- |
| 9 | 6, 64:10, 64:16, 64:23, 65:7, 65:15, 65:25, 66:5, 66:16, 66:23, 67:11, |
| 10 | 119:22, Errata Sheet; |
| 11 | • Exhibit G to the Declaration of Christopher T. Casamassima (excerpts |
| 12 | of the transcript of the deposition of Plaintiff Christina Mathis) at |
| 13 | pages 2:8, 2:11, 3:3-4, 52:18-25, 89:25, 130:7-8, 130:11-132:25, |
| 14 | 167:20-169:12, 169:17-25, 383:18-25; |
| 15 | • Exhibit H to the Declaration of Christopher T. Casamassima, (excerpts |
| 16 | of the transcript of the deposition of Plaintiff Joshua Forster) at pages |
| 17 | 3:10, 3:12-13, 3:15, 3:18, 3:21, 4:1, 4:4-8, 34:1-2, 34:18-20, 35:22, |
| 18 | 36:13-17, 36:20-24, 37:3-4, 37:11-13, 37:17-25, 38:10-15, 38:21, 55:3, |
| 19 | 55:9-10, 55:15-24, 56:1-8, 56:12, 56:18, 56:21-22, 57:2-5, 57:10, |
| 20 | 57:15-16, 61:8-23, 204:6-24, 205:6-206:8, 206:13, 206:16-18, 206:21- |
| 21 | 25, Errata Sheet; |
| 22 | • Exhibit I to the Declaration of Christopher T. Casamassima (excerpts |
| 23 | of the transcript of the deposition of Plaintiff Michael Corona) at pages |
| 24 | 169:2, 169:8, 169:13-14, 170:3, 170:15-17, 196:24, 199:5-6, 199:8, |
| 25 | 199:11, 199:13, 199:25, 200:15, 202:11-12, 290:18-20; |
| 26 | • Exhibit J to the Declaration of Christopher T. Casamassima (excerpts |
| 27 | of the transcript of the deposition of Plaintiff Geoffrey Springer) at |
| 28 | pages 3:11, 3:13-15, 141:1-25, 236:1-237:25. |

While there is a general presumption in favor of access to court records (*see, e.g.*, *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995)), common law right of access is not absolute and can be overridden given sufficiently compelling reasons for doing so. In making the determination, courts should consider all relevant factors, including: "whether disclosure of the material could result in improper use of the material for scandalous or libelous purposes." *Hagestad*, 49 F.3d at 1434.

Here, the materials listed above should be kept under seal because they contain and refer to sensitive personal information about the named plaintiffs, the disclosure of which could be harmful to them and that is entitled to protection from public disclosure, including but not limited to the following:

- Email address;
- Address;
- Birthdate;
- Information about bank and credit card accounts;
- Medical insurer information;
- Immigration information;
- Information about personal identity theft and PII compromise history;
- Information regarding password protection habits and practices.

*See, e.g.*, *Apple, Inc. v. Samsung Electronics Co. Ltd.*, No. 11-CV-01846 LHK (PSG), 2012 WL 4120541, at *2 (N.D. Cal. Sept. 18, 2012) (finding that Apple executives' internal email addresses should be redacted because they implicate privacy concerns); *ASIS Internet Services v. Active Response Group*, No. C07-6211-THE, 2008 WL 2129417, at *4-5 (N.D. Cal. May 20, 2008) (designating email addresses as confidential under an existing protective order); *Nkihtaqmikon v. Bureau of Indian Affairs*, 493 F. Supp. 2d 91, 108 (D. Me. 2007) (finding that "the disclosure of personal email addresses is a 'clearly unwarranted invasion of personal privacy'"); *Johnson v. City & County of San Francisco*, No. CV 09-5503

1  JSW (JSC), 2012 WL 104635, at *3 (N.D. Cal. Jan. 12, 2012) (finding that
2  "privacy interests weigh heavily in favor of maintaining the confidentiality" of class
3  members' home addresses and that "while the public may have an interest in
4  knowing who these individuals are, it does not also have an interest in their
5  addresses and phone numbers"); Fed. R. Civ. P. 5.2(a) (full birth date must be
6  redacted from filings).

7      Plaintiffs therefore respectfully request that the above-listed portions be kept
8  under seal.

9  Dated:  August 13, 2015    Respectfully submitted,

10     LIEFF CABRASER HEIMANN &
11     BERNSTEIN, LLP

12
13     By:/s/ *Roger N. Heller*
       Roger N. Heller

14     Michael W. Sobol (State Bar No. 194857)
    msobol@lchb.com
15     Roger N. Heller (State Bar No. 215348)
    rheller@lchb.com
16     RoseMarie Maliekel (State Bar No. 276036)
    rmaliekel@lchb.com
17     LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
18     275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
19     Telephone:  415.956.1000
    Facsimile:  415.956.1008
20

21     Matthew J. Preusch (SBN 298144)
    mpreusch@kellerrohrback.com
22     KELLER ROHRBACK L.L.P.
    1129 State Street, Suite 8
23     Santa Barbara, CA 93101
    T: (805) 456-1496
24     F: (805) 456-1497

25
26
27
28

| | |
|---|---|
| 1 | Lynn Lincoln Sarko, *admitted pro hac vice* |
| | lsarko@kellerrohrback.com |
| 2 | KELLER ROHRBACK L.L.P. |
| | 1201 Third Avenue, Suite 3200 |
| 3 | Seattle, WA 98101 |
| | T: (206) 623-1900 |
| 4 | F: (206) 623-3384 |
| 5 | |
| 6 | Daniel C. Girard (SBN 114826) |
| | dcg@girardgibbs.com |
| 7 | GIRARD GIBBS LLP |
| | 601 California Street, 14th Floor |
| | San Francisco, CA 94108 |
| 8 | T: (415) 981-4800 |
| | F: (415) 981-4846 |
| 9 | |
| 10 | *Interim Co-Lead Class Counsel* |

1269522.1

- 6 -

ADDENDUM TO APPLICATION TO FILE UNDER
SEAL PURSUANT TO PROTECTIVE ORDER
CASE NO. 2:14-CV-09600-RGK-E