Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br>      vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>            Defendant. | **CASE NO. 2:14−CV−09600−RGK−E**<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE A FIFTEEN-PAGE CLASS CERTIFICATION REPLY BRIEF**<br><br>Hearing Date: September 14, 2015<br>Time:              9:00 a.m.<br>Courtroom:     850<br>Judge:            Hon. R. Gary Klausner |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 14, 2015, at 9:000 a.m., or as soon thereafter as this matter may be heard before the Honorable R. Gary Klausner of the United States District Court, Central District of California, Los Angeles Division, located at Court Room 850, 255 East Temple Street, Los Angeles, CA 90012, Plaintiffs Michael Corona, Christina Mathis, Joshua Forster, Ella Carline Archibeque, Michael Levine, Geoffrey Springer, Marcela Bailey, and Steven Shapiro will and hereby do move this Court to allow Plaintiffs to file a reply brief of up to 15 pages in length.  Plaintiffs conferred with counsel for Sony Pictures Entertainment, Inc. ("SPE") about this motion on August 14 and August 17, 2015.  SPE's counsel advised Plaintiffs that SPE takes no position on this motion.

Plaintiffs' motion is based on this notice, the accompanying memorandum of points and authorities, the proposed order, and any additional argument and evidence the Court may consider.

Dated:    August 17, 2015             Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

By: */s/ Cari Campen Laufenberg*
Lynn Lincoln Sarko, *Admitted pro hac vice*
lsarko@kellerrohrback.com
Gretchen Freeman Cappio, *Admitted pro hac vice*
gcappio@kellerrohrback.com
Cari Campen Laufenberg, *Admitted pro hac vice*
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

1

NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE A FIFTEEN-PAGE
CLASS CERTIFICATION REPLY BRIEF

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

**GIRARD GIBBS LLP**

Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY10013-1413
Telephone: (212) 355-9500
Facsimile:  (212) 355-9592

*Interim Co-Lead Class Counsel*

NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE A FIFTEEN-PAGE
CLASS CERTIFICATION REPLY BRIEF

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs Michael Corona, Christina Mathis, Joshua Forster, Ella Carline Archibeque, Michael Levine, Geoffrey Springer, Marcela Bailey, and Steven Shapiro respectfully move this Court for leave to file a fifteen-page reply brief in support of their motion for class certification. The Court's Standing Order limits reply briefs to ten pages. Plaintiffs request an additional five pages so that they can fully address the arguments made by SPE in its opposition to class certification. SPE has advised Plaintiffs that it takes no position on this motion.

Good cause exists to allow Plaintiffs to file a brief with an additional five pages. In their reply brief, Plaintiffs must address the propriety of certifying four different claims and respond to SPE's arguments as to why the claims should not be certified. Plaintiffs must also address choice of law, since SPE has argued that differences in state law preclude class certification. Finally, Plaintiffs must address SPE's two expert reports, which total 76 pages plus appendices. In their reports, SPE's experts make numerous assertions about the Plaintiffs, the information about them that has been exposed on the Internet, the steps they took to protect themselves after the data breach, and the ongoing risk of identity theft they face. Plaintiffs need to respond to these assertions, as well as the opinions of SPE's experts, in their reply brief.

Given the number of issues and lengthy expert reports they must address in their class certification reply brief, Plaintiffs request leave to file a fifteen-page brief.

Dated:   August 17, 2015          Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

By: */s/ Cari Campen Laufenberg*
Lynn Lincoln Sarko, *Admitted pro hac vice*
lsarko@kellerrohrback.com
Gretchen Freeman Cappio, *Admitted pro hac vice*
gcappio@kellerrohrback.com

3
NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE A FIFTEEN-PAGE
CLASS CERTIFICATION REPLY BRIEF

Cari Campen Laufenberg, *Admitted pro hac vice*
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

**GIRARD GIBBS LLP**

Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile:  (212) 355-9592

*Interim Co-Lead Class Counsel*

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
11311 Arcade Drive
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Raúl Pérez
Raul.Perez@Capstonelawyers.com
Jordan L. Lurie
Jordan.Lurie@capstonelawyers.com
Robert Friedl
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett
Cody.Padgett@capstonelawyers.com
**CAPSTONE LAW APC**
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

John H. Gomez
john@gomeztrialattorneys.com
John P. Fiske

jfiske@gomeztrialattorneys.com
Deborah Dixon
ddixon@gomeztrialattorneys.com
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Joseph G.Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns
bfj@chimicles.com
Joseph B. Kenney
jbk@chimicles.com
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Richard A. Maniskas, Esquire
rmaniskas@rmclasslaw.com
**RYAN & MANISKAS, LLP**
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582

Steven M. Tindall
stindall@rhdtlaw.com
Valerie Bender
vbrender@rhdtlaw.com
**RUKIN HYLAND DORIA & TINDALL LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800

Facsimile: (415) 421-1700

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500
Chicago, IL 60613
Telephone: (312) 750-1265
Facsimile: (312) 212-5919

*Additional Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I, Cari Campen Laufenberg, hereby certify that on August 17, 2015 I electronically filed **Notice of Motion and Unopposed Motion for Leave to File a Fifteen-Page Class Certification Reply Brief** with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg