1 | Matthew J. Preusch (SBN 298144)
2 | mpreusch@kellerrohrback.com
  | **KELLER ROHRBACK L.L.P.**
3 | 1129 State Street, Suite 8
  | Santa Barbara, CA 93101
4 | T: (805) 456-1496
5 | F: (805) 456-1497

6 | Lynn Lincoln Sarko, *admitted pro hac vice*
  | lsarko@kellerrohrback.com
7 | **KELLER ROHRBACK L.L.P**
  | 1201 Third Avenue, Suite 3200
8 | Seattle, WA 98101
9 | T: (206) 623-1900
  | F: (206) 623-3384
10 |

11 | Daniel C. Girard (SBN 114826)  | Michael W. Sobol (SBN 194857)
   | dcg@girardgibbs.com            | msobol@lchb.com
12 | **GIRARD GIBBS LLP**           | **LIEFF CABRASER HEIMANN &**
13 | 601 California Street, 14th Floor | **BERNSTEIN, LLP**
   | San Francisco, CA 94108        | 275 Battery Street, 29th Floor
14 | T: (415) 981-4800              | San Francisco, CA 94111-3339
15 | F: (415) 981-4846              | T: (415) 956-1000
16 |                                | F: (415) 956-1008
   | *Interim Co-Lead Class Counsel*
17 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated, | **CASE NO. 2:14−CV−09600−RGK−E** |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A FIFTEEN-PAGE CLASS CERTIFICATION REPLY BRIEF** |
| vs. | |
| SONY PICTURES ENTERTAINMENT, INC., | Hearing Date: September 14, 2015 |
| Defendant. | Time: 9:00 a.m. |
| | Courtroom: 850 |
| | Judge: Hon. R. Gary Klausner |

[PROPOSED] ORDER

1  On August 17, 2015, Plaintiffs filed an Unopposed Motion for Leave to File
2  a Fifteen-Page Class Certification Reply Brief, and with good cause appearing, **it is**
3  **hereby ordered** that Plaintiff's Motion is **GRANTED.**
4
5  **IT IS SO ORDERED.**
6
7
8  DATE: _____       _____
9                              THE HONORABLE R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28