# EXHIBIT D

## PUBLIC VERSION

# In The Matter Of:

*MICHAEL CORONA*
*v.*
*SONY PICTURES ENTERTAINMENT INC.*

———————————————————————

*LEVINE, MICHAEL - Vol. 1*
*June 8, 2015*

———————————————————————

# *CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER*

**MERRILL CORPORATION**

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


MICHAEL CORONA, CHRISTINA MATHIS, ) CASE NO.

et al., individually and on        ) 2:14-cv-09600

behalf of others similarly         ) RGK-SH

situated,                          ) Pages 1 - 224

            Plaintiffs,            )

     vs.                           )

SONY PICTURES ENTERTAINMENT INC., )

            Defendant.             )

----------------------------------)



CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER


VIDEOTAPED DEPOSITION OF MICHAEL LEVINE

MONDAY, JUNE 8, 2015

9:19 A.M.


Reported by:

      JENNY S. BOOKER

      CSR No. 9237, RPR, CLR

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 2

```
 1        Videotaped Deposition of MICHAEL LEVINE, taken

 2   on behalf of the defendant, on Monday, June 8, 2015,

 3   9:19 a.m., at 350 South Grand Avenue, Suite 2100,

 4   Los Angeles, California, before JENNY S. BOOKER,

 5   CSR No. 9237, RPR, CLR.

 6

 7   APPEARANCES OF COUNSEL:

 8

 9   FOR THE PLAINTIFFS:

10        LIEFF CABRASER HEIMANN & BERNSTEIN LLP

11        ROGER N. HELLER, ATTORNEY AT LAW

12        ROSEMARIE MALIEKEL, ATTORNEY AT LAW

13        275 Battery Street, 29th Floor

14        San Francisco, California 94111

15        (415) 956-1000

16   -and-

17        CARNEY BATES & PULLIAM, PLLC

18        DAVID SLADE, ATTORNEY AT LAW

19        11311 Arcade Drive

20        Little Rock, Arkansas 72212

21        (501) 312-8500

22

23

24

25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 3

```
 1    APPEARANCES OF COUNSEL (CONTINUED):

 2

 3    FOR THE DEFENDANT SONY PICTURES ENTERTAINMENT INC.:

 4          WILMER CUTLER PICKERING HALE AND DORR LLP

 5          CHRISTOPHER CASAMASSIMA, ATTORNEY AT LAW

 6          REBECCA GIROLAMO, ATTORNEY AT LAW

 7          350 South Grand Avenue, Suite 2100

 8          Los Angeles, California 90071

 9          (213) 443-5300

10

11    ALSO PRESENT:

12          Kathleen Hallinan, Sony Pictures Entertainment

13          Alix Pisani, Law Clerk

14          Stephen Smith, Videographer

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 4

```
  1                       I N D E X

  2

  3   WITNESS                 EXAMINATION              PAGE

  4   MICHAEL LEVINE          By Mr. Casamassima         8

  5

  6                       E X H I B I T S

  7   NO.          PAGE          DESCRIPTION

  8   Exhibit 1     14  Plaintiffs' Consolidated

  9                       Responses and Objections to

 10                       Defendant Sony Pictures

 11                       Entertainment Inc.'s First Set

 12                       of Interrogatories

 13   ████████     ██   █████████████████████████

 14                       website

 15   Exhibit 3     24  Resume of Michael Levine

 16   Exhibit 4     31  Resume of Michael Levine

 17                       (web version)

 18   Exhibit 5     34  LinkedIn page of Michael Levine

 19   Exhibit 6     36  IMDb page of Michael Levine

 20   Exhibit 7     67  Amended Class Action Complaint

 21   ████████     ██   ███████████████████

 22   ████████     ██   ███████████████████

 23   ████████     ██   ███████████████████████████

 24                       from Michael Levine, Bates-stamped

 25                       PL_00000380, dated 12/9/14
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 5

```
 1                    C O N T I N U E D

 2                    E X H I B I T S

 3   NO.          PAGE            DESCRIPTION

 4   ██████████   ██    ████████████████████████

 5                      ██████████████████████

 6                      Bates-stamped PL_00000381

 7   ██████████   ██    ███████████████████████

 8                      ███████████████████████

 9                      Bates-stamped PL_00000385

10   Exhibit 13   100   Letter to Sir or Madam from

11                      Sony Pictures Entertainment dated

12                      12/17/14, Bates-stamped PL_00000387

13   Exhibit 14   100   E-mail to Sir or Madam from

14                      Sony Pictures Entertainment

15                      dated 12/18/14, Bates-stamped

16                      PL_00000383

17   Exhibit 15   120   Letter to Michael Levine from

18                      Stephanie Montessi at Sony

19                      Pictures Imageworks dated 11/15/11,

20                      Bates-stamped SPE-HC 000001443

21   Exhibit 16   120   Letter agreement signed by

22                      Michael Levine and Ken Maruyama

23                      dated 10/1/08, Bates-stamped

24                      SPE-HC 000001462 through

25                      SPE-HC 000001466
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 6

```
 1                    C O N T I N U E D

 2                      E X H I B I T S

 3    NO.         PAGE           DESCRIPTION

 4    Exhibit 17   120   Letter agreement signed by

 5                       Michael Levine and Ken Maruyama

 6                       dated 1/24/07, Bates-stamped

 7                       SPE-HC 000001517 through

 8                       SPE-HC 000001521

 9    ██████████  ████   ██████████████████

10    Exhibit 19   184   Printout from BlockShopper

11                       website

12    Exhibit 20   185   Document titled "Traveling|Keeping

13                       the Family Updated"

14    ██████████  ████   ██████████████████████████████

15    Exhibit 22   208   Document to Dear Consumer from

16                       Equifax Information Services LLC

17                       dated 12/3/14, Bates-stamped

18                       PL_00000360 through PL_00000363

19    Exhibit 23   214   Letter to Michael Levine from

20                       ███████████████████

21

22

23

24

25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 7

```
 1                    LOS ANGELES, CALIFORNIA

 2                    MONDAY, JUNE 8, 2015

 3                         9:19 A.M.

 4

 5         THE VIDEOGRAPHER:  Here begins Volume I,          09:19:46

 6   Video Disc No. 1, in the deposition of Michael Levine,

 7   in the matter of Corona, et al., versus Sony Pictures

 8   Entertainment Inc., in the United States District

 9   Court for the Central District of California.

10   The case number is 2:14-CV-09600-RGK-SH.               09:20:01

11         Today's date is June 8th, 2015.  The time

12   on the video monitor is 9:20.

13         The video operator today is Stephen Smith,

14   contracted by DTI at 20750 Ventura Boulevard,

15   Suite 205, Woodland Hills, California 91364.            09:20:19

16         This video deposition is taking place

17   at WilmerHale, 350 South Grand Avenue, Suite 2100,

18   Los Angeles, California 90071, and was noticed by

19   WilmerHale.

20         Counsel, please voice-identify yourselves        09:20:43

21   and state whom you represent.

22         MR. CASAMASSIMA:  Chris Casamassima from

23   WilmerHale for Defendant Sony Pictures Entertainment.

24         MS. GIROLAMO:  Rebecca Girolamo of

25   WilmerHale for Defendant Sony Pictures Entertainment.  09:20:56
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 8

```
 1              MS. HALLINAN:  Kathleen Hallinan, in-house

 2   litigation department, Sony Pictures Entertainment.

 3              MR. HELLER:  Roger Heller from Lieff

 4   Cabraser Heimann & Bernstein for plaintiffs.

 5              MR. SLADE:  David Slade from Carney Bates        09:21:10

 6   & Pulliam for plaintiffs.

 7              MS. MALIEKEL:  RoseMarie Maliekel from

 8   Lieff Cabraser for plaintiffs.

 9              THE VIDEOGRAPHER:  The court reporter today

10   is Jenny Booker of DTI.                                    09:21:18

11              Would the reporter please swear in the

12   witness.

13

14                   MICHAEL LEVINE,

15        having been first placed under oath,                  09:21:21

16        was examined and testified as follows:

17

18         THE VIDEOGRAPHER:  Please begin.

19

20                      EXAMINATION                             09:21:33

21   BY MR. CASAMASSIMA:

22      Q.   Okay.  Good morning, Mr. Levine.

23      A.   Good morning.

24      Q.   Why are you suing Sony Pictures?

25      A.   Because of the data breach where myself and        09:21:40
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 125

```
 1   information?

 2          MR. HELLER:  Objection.  Calls for a legal

 3   opinion.

 4          THE WITNESS:  I -- I don't know.

 5   BY MR. CASAMASSIMA:                                    11:58:51

 6      Q.   You don't recall any as you are here today;

 7   correct?

 8          MR. HELLER:  Same objection.

 9          THE WITNESS:  Yeah.  I don't remember.

10   BY MR. CASAMASSIMA:                                    11:58:58

11      Q.   Okay.  So we've looked at the contract,

12   and if any apply, they apply.  But you are not

13   sitting here thinking:  Yeah, I can point to that

14   one term in the contract and that governs PII or

15   anything like that; right?                             11:59:09

16          MR. HELLER:  Same objection.

17          THE WITNESS:  I guess I need to be a

18   legal -- a lawyer expert to point out an exact

19   legalese definition, but I don't --

20   BY MR. CASAMASSIMA:                                    11:59:18

21      Q.   Okay.  Did you request to review SPE's data

22   security policies and procedures prior to signing

23   any of these contracts or deal memos?

24      A.   No.

25      Q.   Did you discuss or raise concerns about       11:59:26
```

Merrill Corporation                            800-826-0277
        www.deposition.com/southern-california.htm

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 126

```
 1    SPE's data security policies with anyone at SPE

 2    during the interview process for any of these

 3    employments?

 4        A.    We -- as an Imageworks employee, we would

 5    never have any kind of contact with an SPE person.        11:59:40

 6    There would be no reason to --

 7        Q.    Okay.

 8        A.    -- ever come in contact with them.

 9        Q.    And when you say "SPE person," do you

10    include Imageworks?                                         11:59:49

11        A.    No.   The -- with Imageworks, definitely.

12    But as far as the parent company, like for what I

13    did and where I worked, there would be no reason at

14    all to interact with an SPE executive.

15        Q.    Okay.  Understood.                                12:00:04

16            So did you discuss or raise concerns

17    about SPE's data security policies with anyone at

18    Imageworks during the interview process for any of

19    your employments at Imageworks?

20        A.    No.                                               12:00:17

21        Q.    And did SPE's data security policies

22    dictate your decision to ultimately sign any of the

23    contracts or deal memos, Exhibits 15, 16, or 17?

24            MR. HELLER:  Object to the form of the

25    question.                                                  12:00:30
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 127



```
 1              THE WITNESS:  Not that I'm aware of.

 2   BY MR. CASAMASSIMA:

 3       Q.   Okay.  And it's fair to say that you

 4   weren't thinking of how Imageworks or SPE was

 5   maintaining your personal information when you were      12:00:41

 6   entering into agreements and deciding to work for

 7   SPE at any time; correct?

 8              MR. HELLER:  Object to the form of

 9   question.

10              THE WITNESS:  I made the assumption that     12:00:51

11   my information was with the same rigorous security

12   as it states in the contract regarding nondisclosure

13   agreements and other -- and other use of information.

14   BY MR. CASAMASSIMA:

15       Q.   Okay.  But that wasn't anything you           12:01:05

16   actually discussed with anyone at Imageworks or SPE;

17   correct?

18       A.   No.

19   ████    ████    ████████████████████████████

20   ████████████████████████████████                       12:01:18

21   ███    ██████████████████████████

22   ████████████████████████████████████████████

23   █████████████████████████

24   ████    ████    ███████████████

25   ████    ████████████                                   12:01:30
```

Merrill Corporation                              800-826-0277
                www.deposition.com/southern-california.htm

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 191

1   ██████  ██████  ████████████████████

2   ██████████████████████████████████████████

3   ██████

4   ██████  ██████

5   ██████  █████████████████████████████████          01:55:48

6   ████████████████████████████████████████

7   ████████████

8   ██████  ██████  ████████████████████  ██

9   ████████████████████████████████████████

10  ██████████████████████                             01:56:03

11      Q.   Okay.  All right.  But, I mean, you know,

12  with all this, we've looked at a lot of stuff today.

13          I mean, you are comfortable using social

14  media; correct?

15          MR. HELLER:  Object to the form of            01:56:11

16  question.

17          THE WITNESS:  Correct.

18  BY MR. CASAMASSIMA:

19      Q.   And you've put a lot of your life online;

20  right?                                              01:56:17

21          MR. HELLER:  Object to the form of

22  question.

23          THE WITNESS:  I've put a lot of my life

24  online that I choose to.

25          ///

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 196

```
 1   your -- of the exposure of your PII from -- from any

 2   source?

 3          MR. HELLER:  I'm going to object to the

 4   extent it calls for speculation.  I'm going to

 5   object to the form of question.  And I'm going to          02:00:40

 6   object to the extent it calls for an expert opinion.

 7          MR. CASAMASSIMA:  I'm actually going to ask

 8   a different question.

 9   BY MR. CASAMASSIMA:

10      Q.   You have spent $44.92 on AAA ProtectMyID;          02:00:49

11   correct?

12      A.   Correct.

13      Q.   And you've spent $50 to freeze your credit

14   on Experian; is that right?

15      A.   Yeah.  I forget which of the three, but            02:00:58

16   yeah.

17      Q.   Okay.  So that's $94.92; correct?

18      A.   Correct.

19      Q.   Have you spent any other money out of

20   pocket in connection with the cyber attacks?                02:01:10

21          MR. HELLER:  Object to the form of

22   question.

23          THE WITNESS:  Not that I can recall.

24   BY MR. CASAMASSIMA:

25      Q.   Okay.  And you are not aware of any money          02:01:18
```

Merrill Corporation                                    800-826-0277
           www.deposition.com/southern-california.htm

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MICHAEL LEVINE - 6/8/2015

Page 197

```
 1   you were out as a result of any attempted use of

 2   your personal information that you believe may have

 3   resulted from the cyber attack; correct?

 4          MR. HELLER:  Object to the form of the

 5   question.  Object to the extent it calls for            02:01:34

 6   speculation, expert opinion or legal opinion.

 7          THE WITNESS:  I'm sorry.  Could you repeat

 8   the question?

 9   BY MR. CASAMASSIMA:

10     Q.   You are not aware of any money that you          02:01:43

11   have lost as a result of any attempted use of your

12   personal information that you believe may have

13   resulted from the Sony Pictures cyber attack;

14   correct?

15          MR. HELLER:  Same objections.                    02:01:53

16          THE WITNESS:  Correct.

17   BY MR. CASAMASSIMA:

18     Q.   Okay.  And beyond what we have discussed,

19   are you alleging that you will suffer harm in the

20   future?                                                 02:02:02

21          MR. HELLER:  Same objections.

22          THE WITNESS:  I can't speculate.  I don't --

23   I don't know what will or won't happen in the

24   future.

25          ///
```