# EXHIBIT E

## PUBLIC VERSION

# In The Matter Of:

*MICHAEL CORONA*
*v.*
*SONY PICTURES ENTERTAINMENT INC.*

_____

## *ARCHIBEQUE, ELLA CARLINE - Vol. 1*
### *June 16, 2015*

_____

## *CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER*

**MERRILL CORPORATION**

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


MICHAEL CORONA, CHRISTINA MATHIS, ) CASE NO.

et al., individually and on       ) 2:14-cv-09600-

behalf of others similarly        ) RGK-SH

situated,                         ) Pages 1 - 182

            Plaintiffs,            )

      vs.                          )

SONY PICTURES ENTERTAINMENT INC., )

            Defendant.             )

---------------------------------)


      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER


            VIDEOTAPED DEPOSITION

            ELLA CARLINE ARCHIBEQUE

            TUESDAY, JUNE 16, 2015

                  9:13 A.M.




Reported by:

      JENNY S. BOOKER

      CSR No. 9237, RPR, CLR

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

```
1        Videotaped Deposition of ELLA CARLINE

2   ARCHIBEQUE, taken on behalf of the defendant, on

3   Tuesday, June 16, 2015, 9:13 a.m., at 350 South

4   Grand Avenue, Suite 2100, Los Angeles, California,

5   before JENNY S. BOOKER, CSR No. 9237, RPR, CLR.

6

7   APPEARANCES OF COUNSEL:

8   FOR THE PLAINTIFFS:

9        GIRARD GIBBS LLP

10       LINH G. VUONG, ATTORNEY AT LAW

11       601 California Street, 14th Floor

12       San Francisco, California 94108

13       (415) 981-4800

14       lgv@girardgibbs.com

15

16   FOR THE DEFENDANT:

17       WILMER CUTLER PICKERING HALE AND DORR LLP

18       CHRISTOPHER T. CASAMASSIMA, ATTORNEY AT LAW

19       REBECCA GIROLAMO, ATTORNEY AT LAW

20       350 South Grand Avenue, Suite 2100

21       Los Angeles, California 90071

22       (213) 443-5374

23       chris.casamassima@wilmerhale.com

24       rebecca.girolamo@wilmerhale.com

25   ALSO PRESENT:  Stephen Smith, Videographer
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 3

```
 1                    I N D E X

 2

 3   WITNESS

 4   ELLA CARLINE ARCHIBEQUE

 5                 EXAMINATION          PAGE

 6                 By Mr. Casamassima   7, 173

 7                 By Ms. Vuong         166

 8

 9                 E X H I B I T S

10   NO.       PAGE       DESCRIPTION

11   Exhibit 1    11   Plaintiffs' Amended Consolidated

12                     Responses and Objections to

13                     Defendant Sony Pictures

14                     Entertainment Inc.'s First Set

15                     of Interrogatories

16   ████████    ██    ████████████████████████████

17                     ████████████████████████████████

18                     PL_00000005

19   ████████    ██    ████████████████████████████

20                     ██████████████████████

21                     Bates-stamped PL_00000001

22   Exhibit 4    45   LinkedIn resume of Carlye Archibeque

23   Exhibit 5    48   LinkedIn post dated 10/24/10

24   Exhibit 6    50   IMDb page of Carlye Archibeque

25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 4



```
 1              C O N T I N U E D

 2              E X H I B I T S

 3    NO.      PAGE            DESCRIPTION
```

14                        PL_00000008

15    Exhibit 11    87    Acknowledgement and Release

16                        dated 3/31/09, Bates-stamped

17                        SPE-HC 000000402 through

18                        SPE-HC 000000405

19

20    Exhibit 13   135    Document re OMG Facts

21

22

23    Exhibit 15   159    Document re Animation World

24                        Network

25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 5

1               C O N T I N U E D

2                 E X H I B I T S

3    NO.        PAGE          DESCRIPTION

4    ███████    ███    █████████████████████

5                      ██████████████████████████

6                      ██████████████████████████

7

8

9          U N A N S W E R E D   Q U E S T I O N S

10                                    PAGE      LINE

11   Can you name any of these children    22      21

12   whose social security numbers were

13   stolen whose lives were affected by it?

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 6

```
 1              LOS ANGELES, CALIFORNIA

 2              TUESDAY, JUNE 16, 2015

 3                  9:13 A.M.

 4                                                    09:13:09

 5         THE VIDEOGRAPHER:  Here begins Volume I,   09:13:09

 6   Video Disc No. 1, in the deposition of Ella Carline  09:13:23

 7   Archibeque, in the matter of Corona, et al.,     09:13:27

 8   versus Sony Pictures Entertainment Incorporated, 09:13:30

 9   in the United States District Court for the Central  09:13:33

10   District of California.  The case number is      09:13:36

11   2:14-CV-09600-RGK-SH.                            09:13:44

12         Today's date is June 16, 2015.  The time on   09:13:47

13   the video monitor is 9:13.  The video operator today  09:13:52

14   is Stephen Smith contracted by DTI at 20750 Ventura  09:13:56

15   Boulevard, Suite 205, Woodland Hills, California 09:14:03

16   91364.                                           09:14:03

17         This video deposition is taking place at   09:14:06

18   WilmerHale, 350 South Grand Avenue, Suite 2100,  09:14:08

19   Los Angeles, California 90071, and was noticed by  09:14:13

20   WilmerHale.                                      09:14:17

21         Counsel, please voice-identify yourselves  09:14:19

22   and state who you represent.                     09:14:23

23         MR. CASAMASSIMA:  Chris Casamassima for    09:14:23

24   Defendant Sony Pictures from WilmerHale.         09:14:25

25         MS. GIROLAMO:  Rebecca Girolamo for        09:14:30
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 7

```
 1   Defendant Sony Pictures, WilmerHale.          09:14:32
 2          MS. VUONG:  Linh Vuong from Girard Gibbs  09:14:34
 3   for the plaintiff.                            09:14:35
 4          THE VIDEOGRAPHER:  The court reporter today  09:14:36
 5   is Jenny Booker of DTI.                       09:14:37
 6          Would the reporter please swear in the  09:14:39
 7   witness.                                      09:14:40
 8                                                 09:14:40
 9              ELLA CARLINE ARCHIBEQUE,            09:14:40
10        having been first placed under oath,     09:14:40
11      was examined and testified as follows:     09:14:40
12                                                 09:14:46
13          THE VIDEOGRAPHER:  Please begin.        09:14:46
14                                                 09:14:46
15                  EXAMINATION                     09:14:48
16   BY MR. CASAMASSIMA:                           09:14:48
17      Q.   Good morning, Ms. Archibeque.         09:14:50
18      A.   Good morning.                         09:14:51
19      Q.   Okay.  Why are you suing Sony Pictures?  09:14:51
20      A.   Because I feel that they've mishandled my  09:14:56
21   personal information along with everybody else's,  09:15:06
22   and they were slow in responding -- well, they  09:15:08
23   failed to respond to any inquiries about the safety  09:15:10
24   of my personal information or anyone else's.   09:15:13
25      Q.   Okay.  So -- all right.  Let's -- hold on.  09:15:17
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 34

```
 1    to the categories, your response to Interrogatory        09:55:41

 2    No. 1, talking about the money you've spent as a         09:55:44

 3    result of the data breach.  Okay?                        09:55:55

 4        A.   Yes.                                            09:55:56

 5             MS. VUONG:  Same objection.  Vague.             09:55:56

 6    BY MR. CASAMASSIMA:                                       09:55:56

 7        Q.   Okay.                                           09:55:56

 8        A.   Oh.                                             09:55:56

 9        Q.   So you say that you spent 99.95 on             09:55:59

10    enrolling in LifeLock; is that correct?                  09:56:01

11        A.   Correct.                                        09:56:03

12        Q.   And that you expect to spend $239.88 each      09:56:04

13    year to renew LifeLock; right?                           09:56:08

14        A.   Correct.  I'm not -- I'm not exactly sure      09:56:11

15    of the prices.  I mean, I sent her a web page with       09:56:15

16    everything, so I assume that's correct.                  09:56:20

17             I think I pay $20 a month, though, so --       09:56:22

18        Q.   Uh-huh.  Pardon the pun, but you're not        09:56:24

19    sort of locked into LifeLock after this year; right?     09:56:26

20        A.   I know.  Yes.                                   09:56:29

21        Q.   Okay.  So you could choose not to renew,       09:56:30

22    and then you wouldn't pay the additional yearly          09:56:33

23    fees; correct?                                           09:56:36

24             MS. VUONG:  Objection.  Compound.  Vague.      09:56:36

25             THE WITNESS:  I could, but then how would      09:56:38
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 45

| | | |
|---|---|---|
| 1 | BY MR. CASAMASSIMA: | 10:06:55 |
| 2 | Q.   It's your moral imperative that you chose | 10:06:57 |
| 3 | to pursue; correct? | 10:06:59 |
| 4 | A.   Yes.  I have morals. | 10:07:01 |
| 5 | Q.   That's good. | 10:07:02 |
| 6 | The court reporter has handed you what's | 10:07:09 |
| 7 | been marked as Exhibit 4. | 10:07:14 |
| 8 | (Exhibit 4 marked.) | 10:07:16 |
| 9 | BY MR. CASAMASSIMA: | 10:07:17 |
| 10 | Q.   Do you recognize Exhibit 4? | 10:07:17 |
| 11 | A.   Yes.  It's my LinkedIn page -- or my | 10:07:18 |
| 12 | LinkedIn résumé, I guess, printed out. | 10:07:21 |
| 13 | Q.   When did you create your LinkedIn account? | 10:07:23 |
| 14 | A.   Probably -- it would probably tell me if | 10:07:27 |
| 15 | ███████████   ████████████████████████████ | 10:07:33 |
| 16 | Q.   And is this how you market yourself? | 10:07:37 |
| 17 | MS. VUONG:  Objection.  Vague. | 10:07:42 |
| 18 | THE WITNESS:  This is how I present my | 10:07:43 |
| 19 | accomplishments to the public. | 10:07:54 |
| 20 | BY MR. CASAMASSIMA: | 10:07:55 |
| 21 | Q.   Well, you want potential employers to see | 10:07:57 |
| 22 | you on LinkedIn so that they might hire you in the | 10:07:59 |
| 23 | future; correct? | 10:08:02 |
| 24 | MS. VUONG:  Objection.  Vague.  Calls for | 10:08:03 |
| 25 | speculation. | 10:08:05 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

| | | |
|---|---|---|
| 1 | THE WITNESS:  Actually, that's not why | 10:08:05 |
| 2 | I use LinkedIn, but -- it -- it's just a standard. | 10:08:06 |
| 3 | You have to have a LinkedIn page.  People want to go | 10:08:09 |
| 4 | look at it. | 10:08:11 |
| 5 | BY MR. CASAMASSIMA: | 10:08:12 |
| 6 | Q.   Well, why do you use LinkedIn? | 10:08:13 |
| 7 | A.   I use LinkedIn to stay in touch with people | 10:08:14 |
| 8 | I've worked with -- | 10:08:16 |
| 9 | Q.   Okay. | 10:08:16 |
| 10 | A.   -- and celebrate their accomplishments when | 10:08:19 |
| 11 | they get various kudos at work. | 10:08:21 |
| 12 | Q.   Okay.  But you -- you include a lot of | 10:08:25 |
| 13 | information about your work experience on your | 10:08:29 |
| 14 | LinkedIn page; correct? | 10:08:31 |
| 15 | A.   Correct. | 10:08:32 |
| 16 | Q.   There's a timeline of the various jobs that | 10:08:33 |
| 17 | you've had over the years on your LinkedIn page; | 10:08:38 |
| 18 | correct? | 10:08:40 |
| 19 | A.   Correct. | 10:08:40 |
| 20 | Q.   It's your titles, your employers, and the | 10:08:40 |
| 21 | length of time you've worked at each of your | 10:08:44 |
| 22 | employers on your LinkedIn account; correct? | 10:08:47 |
| 23 | A.   Correct. | 10:08:49 |
| 24 | Q.   And there are some details in addition to | 10:08:49 |
| 25 | those descriptions about what you did at each job; | 10:08:53 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 47

| | | |
|---|---|---|
| 1 | correct? | 10:08:55 |
| 2 | A.   Correct. | 10:08:55 |
| 3 | Q.   There's even a picture of you on your | 10:08:55 |
| 4 | LinkedIn account; correct? | 10:09:03 |
| 5 | A.   Correct. | 10:09:04 |
| 6 | Q.   And this is accessible to people who don't | 10:09:05 |
| 7 | even have a LinkedIn account; correct? | 10:09:10 |
| 8 | MS. VUONG:  Objection.  Calls for | 10:09:12 |
| 9 | speculation.  Vague. | 10:09:12 |
| 10 | THE WITNESS:  I'm not sure.  I know when | 10:09:14 |
| 11 | I -- when I call someone up in a Google search and | 10:09:16 |
| 12 | I click on their LinkedIn account, it makes me sign | 10:09:18 |
| 13 | in.  So I'm not sure if people without a LinkedIn | 10:09:23 |
| 14 | account can actually view LinkedIn accounts.  Or | 10:09:25 |
| 15 | maybe I've -- have my settings some way that they | 10:09:27 |
| 16 | can't.  And -- | 10:09:30 |
| 17 | Q.   Okay. | 10:09:30 |
| 18 | A.   But I don't think you can just get from | 10:09:30 |
| 19 | the Internet to a LinkedIn page without signing into | 10:09:32 |
| 20 | LinkedIn. | 10:09:35 |
| 21 | Q.   Okay.  Well, do you see on the first -- | 10:09:36 |
| 22 | first page of your LinkedIn account it says:  "Join | 10:09:37 |
| 23 | ████████████████████████████████  ██████ | 10:09:39 |
| 24 | free"? | 10:09:42 |
| 25 | A.   Right. | 10:09:42 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 48

| | | |
|---|---|---|
| 1 | Q.   So that leads you to believe that this | 10:09:43 |
| 2 | is -- this, Exhibit 4, is accessible to those people | 10:09:45 |
| 3 | on the Internet who do not have LinkedIn accounts? | 10:09:50 |
| 4 | A.   Right.  But you can change your settings | 10:09:52 |
| 5 | to where only people in your groups can see you, | 10:09:54 |
| 6 | much like with Facebook. | 10:09:57 |
| 7 | Q.   But you haven't done that; correct? | 10:09:58 |
| 8 | A.   I don't know if I have.  I don't remember. | 10:09:59 |
| 9 | I don't really think about my LinkedIn page that | 10:10:02 |
| 10 | much. | 10:10:04 |
| 11 | Q.   When was the last time you updated your | 10:10:06 |
| 12 | LinkedIn page? | 10:10:08 |
| 13 | ██  ████████████████████████ | 10:10:09 |
| 14 | ███████████ | 10:10:11 |
| 15 | ██  ██████████ | 10:10:11 |
| 16 | ██  █████████████ | 10:10:15 |
| 17 | ██  ████ | 10:10:17 |
| 18 | A.   Uh-huh.  Yes. | 10:10:24 |
| 19 | (Exhibit 5 marked.) | 10:10:24 |
| 20 | BY MR. CASAMASSIMA: | 10:10:25 |
| 21 | Q.   Ms. Archibeque, the court reporter has | 10:10:25 |
| 22 | handed you what's been marked as Exhibit 5. | 10:11:05 |
| 23 | A.   Yes. | 10:11:07 |
| 24 | Q.   Do you recognize Exhibit 5? | 10:11:07 |
| 25 | A.   Yes.  It's a -- | 10:11:09 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 49

| | | | |
|---|---|---|---|
| 1 | Q. | And what's Exhibit 5? | 10:11:10 |
| 2 | A. | It's a post from my LinkedIn page from | 10:11:11 |
| 3 | | ▓▓▓▓▓▓▓▓▓▓ | 10:11:14 |
| 4 | Q. | Is that Twitter or LinkedIn? | 10:11:16 |
| 5 | | ▓ ▓▓▓▓▓▓▓ ▓▓▓ | 10:11:18 |
| 6 | | ▓▓▓▓ | 10:11:24 |
| 7 | | ▓ ▓▓▓▓▓▓▓ | 10:11:25 |
| 8 | | ▓▓▓ ▓▓▓▓▓▓▓ | 10:11:29 |
| 9 | | ▓▓▓▓▓▓ ▓▓▓▓▓▓▓ | 10:11:32 |
| 10 | | ▓▓▓▓▓▓ | 10:11:35 |
| 11 | | Do you see that? | 10:11:37 |
| 12 | A. | Yes. | 10:11:38 |
| 13 | Q. | Have I read that correctly? | 10:11:38 |
| 14 | A. | Yes. | 10:11:39 |
| 15 | Q. | So at least as of the date of this Twitter | 10:11:40 |
| 16 | | post, you were hoping that your LinkedIn profile | 10:11:43 |
| 17 | | would be used by potential employers to provide you | 10:11:46 |
| 18 | | with gainful employment; correct? | 10:11:50 |
| 19 | | MS. VUONG: Objection. Misstates | 10:11:51 |
| 20 | | testimony. | 10:11:52 |
| 21 | | THE WITNESS: What was the objection? | 10:11:55 |
| 22 | | MS. VUONG: Misstates testimony. | 10:11:55 |
| 23 | | But go ahead and answer. | 10:11:58 |
| 24 | | ▓▓▓▓▓ ▓▓ ▓▓▓▓▓ | 10:11:58 |
| 25 | | ▓▓▓▓▓▓▓▓▓▓ | 10:12:04 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 50

| | | |
|---|---|---|
| 1 | ████████████████████████████ | 10:12:11 |
| 2 | important to me. | 10:12:14 |
| 3 | I don't have that problem now, so I don't | 10:12:15 |
| 4 | really worry about it.  But back then I was so | 10:12:16 |
| 5 | ██████████████████████████████ | 10:12:19 |
| 6 | ██████████ | 10:12:22 |
| 7 | ████████████████████ | 10:12:23 |
| 8 | (Exhibit 6 marked.) | 10:12:54 |
| 9 | BY MR. CASAMASSIMA: | 10:12:54 |
| 10 | Q.   Ms. Archibeque, the court reporter has | 10:12:54 |
| 11 | handed you what's been marked as Exhibit 6. | 10:12:55 |
| 12 | A.   Yes. | 10:12:59 |
| 13 | Q.   Do you recognize Exhibit 6? | 10:12:59 |
| 14 | A.   Yes.  It's my IMDb page. | 10:13:00 |
| 15 | Q.   And do you voluntarily put information onto | 10:13:03 |
| 16 | your IMDb page? | 10:13:09 |
| 17 | A.   Yes. | 10:13:10 |
| 18 | Q.   When was the last time you updated your | 10:13:10 |
| 19 | IMDb page? | 10:13:13 |
| 20 | ██ ████████████████████ ██ | 10:13:14 |
| 21 | ████████████████ | 10:13:19 |
| 22 | Q.   And IMDb is accessible to -- to everyone; | 10:13:22 |
| 23 | correct? | 10:13:27 |
| 24 | A.   Correct. | 10:13:27 |
| 25 | MS. VUONG:  Objection.  Calls for | 10:13:28 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 51

| | | |
|---|---|---|
| 1 | speculation. | 10:13:28 |
| 2 | BY MR. CASAMASSIMA: | 10:13:29 |
| 3 | Q.    And did you write a little biography for | 10:13:30 |
| 4 | IMDb? | 10:13:36 |
| 5 | A.    Yes. | 10:13:37 |
| 6 | Q.    Okay.  Including that you grew up in the | 10:13:37 |
| 7 | San Fernando Valley; correct? | 10:13:39 |
| 8 | A.    Correct. | 10:13:40 |
| 9 | Q.    You graduated from UCLA? | 10:13:40 |
| 10 | A.    Correct. | 10:13:42 |
| 11 | Q.    You list your previous employment? | 10:13:42 |
| 12 | A.    Correct. | 10:13:44 |
| 13 | Q.    There are some other personal details about | 10:13:48 |
| 14 | the fact that you like to travel; correct? | 10:13:51 |
| 15 | A.    Correct. | 10:13:53 |
| 16 | Q.    Is this IMDb page part of the way you | 10:13:53 |
| 17 | market yourself? | 10:13:59 |
| 18 | MS. VUONG:  Objection.  Vague. | 10:14:00 |
| 19 | THE WITNESS:  It's part of the way I keep | 10:14:01 |
| 20 | track of my accomplishments in the film industry. | 10:14:04 |
| 21 | BY MR. CASAMASSIMA: | 10:14:06 |
| 22 | Q.    One of the things you list that you believe | 10:14:26 |
| 23 | may have been disclosed as a result of the SPE | 10:14:27 |
| 24 | cyber attack is your -- is your birth date; is | 10:14:32 |
| 25 | that -- is that accurate? | 10:14:38 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 52

| | | |
|---|---|---|
| 1 | A. Yes. | 10:14:39 |
| 2 | Q. Is your age a secret? | 10:14:44 |
| 3 | A. No. | 10:14:46 |
| 4 | Q. Okay.  In fact -- let's take a look at | 10:14:48 |
| 5 | this. | 10:14:59 |
| 6 | (Exhibit 7 marked.) | 10:15:07 |
| 7 | BY MR. CASAMASSIMA: | 10:15:07 |
| 8 | Q. Ms. Archibeque, the court reporter has | 10:15:12 |
| 9 | handed you what's been marked as Exhibit 7. | 10:15:12 |
| 10 | What is Exhibit 7? | 10:15:15 |
| 11 | ██  ███████████████ | 10:15:16 |
| 12 | ██  ███████████████████ | 10:15:18 |
| 13 | ████████████████████ | 10:15:21 |
| 14 | ██  █████ | 10:15:24 |
| 15 | ██  ████████████████████ | 10:15:24 |
| 16 | ███ | 10:15:27 |
| 17 | ██  ██████████████ | 10:15:28 |
| 18 | ███████████████████ | 10:15:31 |
| 19 | ████████████ | 10:15:34 |
| 20 | ██  ████  ██████████████ | 10:15:36 |
| 21 | ██  ████████  ██████ | 10:15:44 |
| 22 | ██  ████████ | 10:15:44 |
| 23 | A. -- do you spell that? | 10:15:46 |
| 24 | Q. I'll show you. | 10:15:47 |
| 25 | (Exhibit 8 marked.) | 10:16:05 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 53

| | | |
|---|---|---|
| 1 | BY MR. CASAMASSIMA: | 10:16:05 |
| 2 | Q.   Ms. Archibeque, the court reporter has | 10:16:06 |
| 3 | handed you what's been marked as Exhibit 8.  It is | 10:16:07 |
| 4 | a printout of an Internet page from a website | 10:16:09 |
| 5 | ▆▆▆▆▆▆ | 10:16:15 |
| 6 | Have you ever heard of that? | 10:16:16 |
| 7 | A.   No, I haven't, actually. | 10:16:18 |
| 8 | Q.   Okay.  This states that you were born in | 10:16:19 |
| 9 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 10:16:24 |
| 10 | that correct? | 10:16:27 |
| 11 | A.   Correct. | 10:16:27 |
| 12 | Q.   ▆▆▆▆▆▆▆▆▆▆▆ | 10:16:28 |
| 13 | right? | 10:16:28 |
| 14 | A.   ▆▆▆▆  ▆▆▆▆▆▆▆ | 10:16:31 |
| 15 | ▆▆ ▆▆▆▆▆▆▆▆ | 10:16:37 |
| 16 | ▆▆▆▆▆▆ | 10:16:40 |
| 17 | Q.   ▆▆▆▆ | 10:16:40 |
| 18 | A.   ▆▆▆▆  ▆▆▆▆▆▆ | 10:16:41 |
| 19 | ▆ | 10:16:43 |
| 20 | Q.   ▆▆▆▆ | 10:16:43 |
| 21 | A.   See, they don't know everything. | 10:16:46 |
| 22 | Q.   Actually, now that I see it, it says | 10:16:48 |
| 23 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 10:16:50 |
| 24 | ▆▆▆ | 10:16:54 |
| 25 | A.   Oh, there we go.  Okay. | 10:16:54 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 54

| | | |
|---|---|---|
| 1 | Q. -- so it is right. Okay. | 10:16:54 |
| 2 | A. ███████ ████████ | 10:16:55 |
| 3 | ██████████████ | 10:16:59 |
| 4 | Q. Okay. | 10:17:00 |
| 5 | A. Yeah. This is very irritating because I | 10:17:02 |
| 6 | did not give the information to them. | 10:17:05 |
| 7 | Q. Uh-huh. | 10:17:05 |
| 8 | A. ███████████ ███ | 10:17:07 |
| 9 | there's a difference between information that you | 10:17:09 |
| 10 | give and information that is taken from you. | 10:17:11 |
| 11 | Q. Right. | 10:17:16 |
| 12 | Do you believe that your former bank | 10:17:18 |
| 13 | account and routing numbers were disclosed as a | 10:17:21 |
| 14 | result of the data breach? | 10:17:23 |
| 15 | A. I believe it's very possible. I had direct | 10:17:24 |
| 16 | deposit with Sony, so they had to take that | 10:17:28 |
| 17 | information from me. | 10:17:30 |
| 18 | Q. And what -- but these bank accounts are no | 10:17:30 |
| 19 | longer active; correct? | 10:17:35 |
| 20 | A. Correct. | 10:17:36 |
| 21 | Q. And when did you discontinue using these | 10:17:38 |
| 22 | bank accounts? | 10:17:40 |
| 23 | A. ███████████ | 10:17:40 |
| 24 | Q. So the bank account information that SPE | 10:17:51 |
| 25 | had for you was no longer active? | 10:17:57 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 86

| | | |
|---|---|---|
| 1 | Correct. | 11:13:25 |
| 2 | Q. Okay. So just so the record's clear, then, | 11:13:25 |
| 3 | does that refresh your recollection that you | 11:13:28 |
| 4 | contacted SPE by e-mail on or about December 9th, | 11:13:30 |
| 5 | 2014? | 11:13:35 |
| 6 | A. Yes. | 11:13:35 |
| 7 | Q. Okay. And SPE responded to your e-mail on | 11:13:35 |
| 8 | or about December 10th, 2014, with the AllClear ID | 11:13:38 |
| 9 | offer? | 11:13:41 |
| 10 | A. Correct. | 11:13:42 |
| 11 | Q. Okay. | 11:13:46 |
| 12 | A. But they didn't answer the question about | 11:13:47 |
| 13 | whether my data had been compromised. | 11:13:48 |
| 14 | Q. And -- but you don't have the December 9th | 11:13:50 |
| 15 | or December 10th e-mails; correct? | 11:13:55 |
| 16 | A. I don't, but I'm going to redouble my | 11:13:57 |
| 17 | efforts to get them now. | 11:13:59 |
| 18 | Q. Okay. When you decided to work at SPE over | 11:14:00 |
| 19 | the three times that you did -- | 11:14:15 |
| 20 | A. Yes. | 11:14:16 |
| 21 | Q. -- you weren't thinking about how SPE's | 11:14:16 |
| 22 | security policies were going to operate to maintain | 11:14:21 |
| 23 | your personal information; correct? | 11:14:23 |
| 24 | MS. VUONG: Objection. Vague. Calls for | 11:14:25 |
| 25 | speculation. | 11:14:26 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 87

| | | |
|---|---|---|
| 1 | THE WITNESS:  That's correct, to an extent. | 11:14:26 |
| 2 | When you work for a company that, you know, | 11:14:30 |
| 3 | barters in technology, you expect them to be | 11:14:35 |
| 4 | technologically savvy to an extent.  I mean, they're | 11:14:37 |
| 5 | always doing groundbreaking everything.  So why | 11:14:40 |
| 6 | wouldn't they have good security? | 11:14:45 |
| 7 | BY MR. CASAMASSIMA: | 11:14:46 |
| 8 | Q.   Right.  But it's not as if, you know, SPE's | 11:14:46 |
| 9 | provisions regarding the maintenance of personal | 11:14:52 |
| 10 | information was an item that you negotiated as part | 11:14:54 |
| 11 | of your employment? | 11:14:58 |
| 12 | MS. VUONG:  Objection.  Vague. | 11:14:58 |
| 13 | THE WITNESS:  Correct.  They -- they -- | 11:15:00 |
| 14 | I was given no promise that my data would be secure. | 11:15:01 |
| 15 | And that's part of why I want to be part of this | 11:15:04 |
| 16 | class action lawsuit, because I think that those -- | 11:15:08 |
| 17 | those expectations should become actual contracts. | 11:15:11 |
| 18 | (Exhibit 11 marked.) | 11:15:14 |
| 19 | BY MR. CASAMASSIMA: | 11:15:14 |
| 20 | Q.   Okay.  I'm handing you what the court | 11:15:14 |
| 21 | reporter has marked as Exhibit 11. | 11:15:16 |
| 22 | A.   Okay.  Do you -- do you need this back? | 11:15:20 |
| 23 | Q.   Thank you. | 11:15:30 |
| 24 | A.   Oh, yes. | 11:15:32 |
| 25 | Q.   Do you recognize Exhibit No. 11? | 11:15:35 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 97

1    I can find them.                                          11:26:18

2        Q.    So that was my next question:  You -- you       11:26:19

3    ████████████                                              ██████

█    ██        ████████████████████                            ██████

█    ██        ████████████████████████████████               ██████

█    ██        ████████████████████                            ██████

█    ██        ████████████████████████████                    ██████

█    ████████████████████████████████████████████             11:26:30

9    information; correct?                                     11:26:35

10       A.    Correct.                                        11:26:36

11             MS. VUONG:  Objection.  Vague.                  11:26:36

12   BY MR. CASAMASSIMA:                                       11:26:36

13       Q.    Including your social security number?          11:26:37

14       A.    Correct.                                        11:26:38

15       ██     ████████████████████████████████              ██████

█    ████████████████████████                                  ██████

█        ████████████████████████████████████                 ██████

█    ████████████████████████████████  ██████████             ██████

█    ████████████                                             ██████

█        ████████████████████████████  ██████████             ██████

█    ████████████████████████████████████████████            ██████

█    ████████  ████████████████████                           ██████

█    ██        ████████████████████  ████████                 ██████

█    ██        ████████                                        ██████

█    ██        ████████████████████████  ████████            ██████

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 98

12          MS. VUONG:  Objection.  Calls for                    11:27:19

13    speculation.  Vague.                                        11:27:20

14          THE WITNESS:  As far as I know.                       11:27:21

15    BY MR. CASAMASSIMA:                                         11:27:22

16       Q.   And do you recall what -- what -- any of            11:27:23

17    ████████████████████████████████████████████              11:27:25

18          MS. VUONG:  Objection.  Vague.                        11:27:32

19          THE WITNESS:  Yeah.  I -- I can see their             11:27:33

20    logo, but, no, I can't remember the names.  I mean,         11:27:37

21    ████████████████████████  ████████                         11:27:41

22    BY MR. CASAMASSIMA:                                         11:27:43

23       Q.   You have -- you have a credit card, I take          11:27:44

24    it?                                                         11:27:45

25       A.   Yes.                                                11:27:45

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 99

| | | | |
|---|---|---|---|
| 1 | Q. | How many? | 11:27:46 |
| 2 | ██ | ████ | 11:27:46 |
| 3 | ██ | ███████████████████████ | 11:27:48 |
| 4 | ███ | | 11:27:52 |
| 5 | ██ | ███ | 11:27:52 |
| 6 | ██ | ██████████ | 11:27:52 |
| 7 | ██ | ██████ ███ ████ | 11:27:54 |
| 8 | Q. | And in connection with obtaining those | 11:28:01 |
| 9 | credit cards, did you give those institutions your | | 11:28:03 |
| 10 | personal information? | | 11:28:06 |
| 11 | A. | Yes. | 11:28:07 |
| 12 | Q. | Including your social security number? | 11:28:08 |
| 13 | A. | Yes. | 11:28:09 |
| 14 | Q. | Who are -- can you list as many of the | 11:28:09 |
| 15 | institutions that provided you credit cards that you | | 11:28:14 |
| 16 | can think of? | | 11:28:16 |
| 17 | ██ | ████████████ | ██ |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 114

1

21    Q.    Got it.                                          11:44:45

22          So, again, I'm going to say it, and you          11:44:46

23    tell me if I've got it right.  You --                  11:44:48

24    A.    Okay.                                            11:44:49

25    Q.    You started -- you -- you started working        11:44:50

ERRATA SHEET:

Case Name: MICHAEL CORONA v. SONY PICTURES ENTERTAINMENT INC.
Dep. Date: June 16, 2015
Deponent: ELLA CARLINE ARCHIBEQUE

CORRECTIONS:
*** If this is a <u>Federal case;</u> please indicate the reason for the change.

| Pg. | Ln. | From | To | Reason for Change |
|-----|-----|------|-----|-------------------|
| 77 | 13 | "AllClear was clearly the superior product." | "AllClear was clearly not the superior product." | As I testified earlier, I did not enroll in AllClear ID because I believed that LifeLock is superior to AllClear ID. |

X _____ Subject to the above changes. I certify that the transcript is true and correct

_____ No changes have been made. I certify that the transcript is true and correct

*Ella C. Archibeque*
ELLA CARLINE ARCHIBEQUE
7/21/15
(Date)

CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER
ELLA CARLINE ARCHIBEQUE - 6/16/2015

Page 181

```
 1    STATE OF CALIFORNIA      )

 2                             )  ss.

 3    COUNTY OF LOS ANGELES    )

 4

 5

 6         I, ELLA CARLINE ARCHIBEQUE, declare under

 7    the penalties of perjury of the State of California

 8    that the foregoing is true and correct.

 9         Executed on this 28 day of July

10    2015, at Los Angeles        , California.

11

12

13    _____

14            ELLA CARLINE ARCHIBEQUE

15

16

17

18

19

20

21

22

23

24

25
```