# EXHIBIT I

## PUBLIC VERSION

Page 1

1

UNITED STATES DISTRICT COURT

2  CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:14-CV-09600-RGK-SH

3  - - - - - - - - - - - - - - - - -x

4  MICHAEL CORONA, CHRISTINA

MATHIS, et al., individually and on

5  behalf of others similarly situated,

6                    Plaintiffs,

7      vs.

8

SONY PICTURES ENTERTAINMENT, INC.,

9

                    Defendant.

10

- - - - - - - - - - - - - - - - - -x

11

12                    June 24, 2015

13                    10:01 a.m.

14

15    ** C O N F I D E N T I A L **

16

17

18        VIDEOTAPED DEPOSITION of

19  MICHAEL CORONA, taken by Defendant,

20  held at the offices of WilmerHale,

21  Seven World Trade Center, New York,

22  New York, before Kathleen Piazza

23  Luongo, a Notary Public of the State

24  of New York.

25

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4   KELLER ROHRBACK L.L.P.
 5   1201 Third Avenue
 6   Suite 3200
 7   Seattle, Washington  98101
 8        Attorneys for Plaintiffs
 9        Michael Corona and Christina Mathis
10   BY:  CARI CAMPEN LAUFENBERG, ESQ.
11        claufenberg@kellerrohrback.com
12
13
14   WILMER CUTLER PICKERING HALE and DORR LLP
15   60 State Street
16   Boston, Massachusetts 02109
17        Attorneys for Defendant
18   BY:  ANDREW S. DULBERG, ESQ.
19        andrew.dulberg@wilmerhale.com
20             -and-
21        SOUVIK SAHA, ESQ.
22        souvik.saha@wilmer.com
23
24   ALSO PRESENT:
25        Scott Mitchell, Videographer
```

Page 3

1

2          THE VIDEOGRAPHER:  We are now     on

3      record.

4              Please note that the

5      microphones are sensitive and may

6      pick us whispering and private

7      conversations.

8              Please turn off all cell phones

9      or place them away from the

10     microphones as they can interfere

11     with the deposition audio.

12             Recording will continue until

13     all parties agree to go off the

14     record.

15             My name is Scott Mitchell,

16     representing Veritext Reporting.

17             The date today is Wednesday,

18     June 24, 2015 and the time is

19     approximately 10:1 a.m.

20             This deposition is being held

21     at the law firm of WilmerHale,

22     located at 250 Greenwich Street,

23     New York, New York, and is being

24     taken by counsel for the Defendant.

25             The caption of this case is

Page 4

1

2     Michael Corona and Christina Mathis,

3     et al., versus Sony Pictures

4     Entertainment, Incorporated.

5          This case is being held in the

6     United States District Court, Central

7     District of California, Case No.

8     2:14-CV-09600.

9          The name of the witness is

10    Michael Corona.

11         At this time the attorneys

12    present in the room and attending

13    remotely will identify themselves and

14    the party they represent, our court

15    reporter, Kathleen Luongo,

16    representing Veritext Reporting, will

17    swear in the witness and we can

18    proceed.

19         MS. LAUFENBERG:  Cari

20    Laufenberg on behalf of Michael

21    Corona and the Plaintiffs.

22         MR. DULBERG:  Drew Dulberg of

23    WilmerHale on behalf of Sony Pictures

24    Entertainment.

25         MR. SAHA:  Souvik Saha of

```
                                                    Page 5

 1

 2       WilmerHale on behalf of Sony Pictures

 3       Entertainment.

 4   M I C H A E L    C O R O N A,  called as a

 5   witness, having first been duly sworn, was

 6   examined and testified as follows:

 7   EXAMINATION BY MR. DULBERG:

 8       Q.    Good morning, Mr. Corona.

 9       A.    Good morning.

10       Q.    Again, my name is Drew Dulberg

11   and I represent Sony Pictures

12   Entertainment.

13            Throughout today I will be

14   referring to Sony Pictures Entertainment

15   and its subsidiaries as SPE.

16            Do you understand?

17       A.    I do.

18       Q.    I might also call them Sony

19   Pictures, okay?

20            Is there any reason you can't

21   testify accurately and truthfully today?

22       A.    No.

23       Q.    You are not under the influence

24   of any drugs or alcohol right now;

25   correct?
```

1          CORONA - CONFIDENTIAL

2     Q.    ███████ ██████ ████ ████████ ██████ ██████

3   disclosed in the wake of the cyberattack;

4   correct?

5          MS. LAUFENBERG:   Objection to

6     form.

7     A.    Not my knowledge.

8     Q.    ██████ ██████ ████████ █████ █████

9   disclosed in the wake of the cyberattack;

10  correct?

11         MS. LAUFENBERG:   Objection to

12    form.

13    A.    ██████ ███████ ████ █████████

14  ████████ ███ ███████ █████████

15    Q.    From Sony?

16    A.    From SPE.

17    Q.    And do you believe that

18  information from your account was

19  disclosed in connection with the

20  cyberattack?

21         MS. LAUFENBERG:   Objection to

22    form.

23    A.    As I said repeatedly, I think

24  the probability is high when compared to

25  the information of others on the account

Page 170

1                    CORONA - CONFIDENTIAL

2    I believe.

3         Q.       ███ ███ ████ ████ █████ ██████

4    following the cyberattack?

5         A.      No.

6         Q.      Why not?

7               MS. LAUFENBERG:   Object to the

8         form.

9         A.      The logic here again through

10   research was changing passwords and also

11   trying to add a pin where applicable, um,

12   for most people they found that that was

13   something.

14               Um, I'm not sure why I didn't

15   ████ ███ ████ █████ █████ █ ███ ███ ███

16   ████ ███ ████ █ ███ ████ █████ ███

17   █████ █████ ████ ████ ███ █████ ████

18   account would have been very, very

19   difficult to do.

20        Q.      It was your opinion that

21   setting up a pin and changing the

22   password was sufficient; correct?

23               MS. LAUFENBERG:   Objection to

24        form.  Misstates testimony and lacks

25        foundation.

1            CORONA - CONFIDENTIAL

2   charges on it; correct?

3        A.    Up till when?

4        Q.    Between 2004 and the present,

5   you have some unauthorized charges on

6   that account; correct?

7        A.    Yes.

8        Q.    When was the first unauthorized

9   charge on that account that you're aware

10  of today?

11       A.    There was one recently.  Prior

12  to that there was only one, and I'm

13  trying to think what year it was.  In was

14  in the 2000 teens.

15       Q.    So if we look at your

16  interrogatory response, just to speed

17  this along.

18       A.    Yes.

19       Q.    On page 24, it it says in

20  response, and this is Exhibit 1, page 24,

21  in response to interrogatory number three

22  you wrote, or it says rather:  "Plaintiff

23  Corona experienced two unauthorized

24  ████████  ██  ████  ██  █████  ████

25  credit card totalling approximately

Page 197

1              CORONA - CONFIDENTIAL

2     $160.00, one at a Walmart and one at a

3     Dollar Store in Florida in 2013."

4              Is that it a true statement?

5         A.    Yes.

6         Q.    Did Sony Pictures Entertainment

7     have anything to do with those

8     unauthorized charges?

9              MS. LAUFENBERG:  Object to the

10        form.

11        A.    I have no idea.

12        Q.    Certainly the data breach

13    happened after 2013; correct?

14        A.    Yes, what you called the data

15    breach.

16        Q.    And so these unauthorized

17    charges can't be traced to the

18    cyberattack on SPE in November of 2014;

19    right?

20              MS. LAUFENBERG:  Object to the

21        form.

22        A.    Probably not.

23        Q.    Your credit card information

24    had already been compromised before the

25    cyberattack on SPE; correct?

Page 199

```
 1              CORONA - CONFIDENTIAL
 2    did not have --
 3              MR. DULBERG:  Strike that.
 4       Q.    It's true that Sony Pictures
 5    ██████████████ ████ ████ ████ █████ █████ ███
 6    ████████ ████████ ██████████████ ████████
 7       A.    Correct, to my knowledge.
 8       Q.    ██████ ████ █████ ██████ ████████
 9    information; right?
10       A.    Correct, which at the time was
11    ████████████ ████████
12       Q.    Okay.
13              ██████ ██████ ████████ █████████ █████████
14    exists; right?
15       A.    Yes.
16       Q.    And so the only bank account
17    that Sony Pictures Entertainment knew
18    about, nothing bad has happened to you
19    with respect to that account since the
20    cyberattack; correct?
21              MS. LAUFENBERG:  Object to the
22       form.
23       A.    To my knowledge, no.
24       Q.    There have been no unauthorized
25    ████████████ ███ ███████ █████████ ████████████ ████████
```

1           CORONA - CONFIDENTIAL

2                MS. LAUFENBERG:  Object to the

3      form.

4      A.    No.

5      Q.    Nobody has attempted to use

6  that account in any way against your --

7  without your knowledge and permission;

8  right?

9                MS. LAUFENBERG:  Object to the

10      form.

11      A.    Not to my knowledge.

12      Q.    And how is it that Sony

13  Pictures Entertainment -- let's just take

14  this in pieces -- that the charges that

15  ███████  ██████████  ███  ██████  ██████  ███  ████████

16  credit card in 2003, the bank reimbursed

17  you, correct?

18      A.    In 2013?

19      Q.    Yes, thank you.

20      A.    Yes.

21      Q.    Did the bank provide you with a

22  replacement credit card?

23      A.    They did.

24      Q.    When was that?

25      A.    Uh, two weeks-ish.

Page 202

1               CORONA - CONFIDENTIAL

2       Q.      Okay.

3               But you don't blame SPE for the

4    charges that had happened in 2013 that

5    were unauthorized; right?

6               MS. LAUFENBERG:   Object to the

7       form.

8       A.      I have no reason to believe

9    they were a part of that.

10      Q.      Now, earlier this year you said

11   ███████  ██████████  ███  █████████  ████████  ███████  ███

12   ███████████  █████████████

13      A.      Yes.

14      Q.      Now that happened on May 28,

15   2015 in these interrogatory responses; is

16   that true?

17      A.      Sounds right.

18      Q.      What did the e-mail say?

19      A.      Um, it was a fraud alert saying

20   there have been charges and purchases,

21   multiple ones, that seem like fraud,

22   would you confirm or deny these things.

23      Q.      And were they, in fact,

24   fraudulent?

25      A.      Yes.

1       CORONA - CONFIDENTIAL

2       Q.     And so what happened after

3    that?

4       A.     Um, it was a bit of a lengthy

5    process because the way they had it set

6    up was pretty clunky, but they allow you

7    to go to a website, they give you a list

8    of charges that you can say hey, me, not

9    me, and that's all you do after that, you

10   click a box saying I certify this

11   statement is true.

12            But I actually called them

13   because one of the charges was pending

14   for the Apple Store and the other three

15   vendors charges were not pending and I'm

16   trying to figure out, well is this money

17   that's been paid out, what about these

18   chares that you say the card was used but

19   -- you can understand some confusion

20   based on the amount.

21            So I called them up and tried

22   to sort it all through, and they said

23   that the first charge was charged, Apple

24   allowed those products to leave, but when

25   the bank red flagged use after that they

```
                                              Page 204
 1                CORONA - CONFIDENTIAL
 2    declined those charges immediately.
 3         Q.    Did the bank reimburse you for
 4    the fraudulent charge that occurred in
 5    May of 2015?
 6         A.    Yes.
 7         Q.    Do you know how somebody
 8    obtained your credit card number that was
 9    replaced in 2013?
10              MS. LAUFENBERG:  Object to the
11         form.
12         A.    Without being an expert, a card
13    that is only used for an E-Z Pass vendor,
14    um, there's really only one of two
15    possibilities.
16         Q.    What are the two possibilities?
17         A.    Somebody in E-Z Pass or
18    somebody else accessed some personal
19    information of mine and connected that to
20    a bank account which I've had for ten
21    years.
22         Q.    Did you ever lose your wallet?
23              MS. LAUFENBERG:  Object to the
24         form.  Vague.
25         A.    I don't think so.
```

1          CORONA - CONFIDENTIAL

2      Q.    Did you ever receive an e-mail

3  from SPE letting you know that you were

4  eligible for protection in AllClear ID?

5      A.    The only e-mail I got from them

6  was the second time I contacted them they

7  responded back saying you are enrolled in

8  AllClear ID, that was the little body of

9  the e-mail.  It's the only contact I've

10  ever gotten from Sony since I left.

11      Q.    You never received a letter

12  saying that you're eligible to enroll in

13  AllClear ID?

14      A.    Not to my knowledge.  I don't

15  recall getting an e-mail from Sony, no

16  notice.

17      Q.    Do you think that's because you

18  moved after your employment multiple

19  times?

20          MS. LAUFENBERG:  Objection to

21      form.  Calls for speculation.

22      A.    I don't know.

23      Q.    How do you know -- so why do

24  you think that the unauthorized purchase

25  in May of 2015 has anything to do with a

Page 210

```
 1              CORONA - CONFIDENTIAL
 2    data breach or cyberattack at Sony in
 3    November 2014?
 4        A.    I just think it's an odd
 5    coincidence, very odd.
 6        Q.    You can't know for certain
 7    though that it was a result of the
 8    cyberattack on SPE; correct?
 9              MS. LAUFENBERG:  Object to the
10        form.
11        A.    I can only give you I think a
12    probability guess and the length of the
13    card, the use of the card, this seems a
14    very odd collection of circumstances.
15        Q.    It's just a guess though that
16    that's a result of the cyberattack at
17    SPE; correct?
18              MS. LAUFENBERG:  Object to the
19        form.
20        A.    Because I'm not an expert it
21    can only be a guess.
22        Q.    What was the $3,842.50 charge
23    for?
24        A.    It just gave the sender and the
25    vendor was Apple.
```

```
                                             Page 290
 1              CORONA - CONFIDENTIAL
 2      Q.      Okay.
 3              SPE's treatment of PII was not
 4  a conscious factor in your decision to
 5  accept that position; correct?
 6              MS. LAUFENBERG:  Object to the
 7      form.
 8      A.      No, not to my knowledge ten
 9  years ago, eleven years ago.
10      Q.      Would you work for SPE in the
11  future?
12              MS. LAUFENBERG:  Object to the
13      form.
14      A.      No, but I'm a completely
15  different field.
16      Q.      If SPE said we need a
17  consultant to tell us a little bit more
18  ████████  ████  ████  ████  █████  █  ███████  █
19  █████  ██████  ████████  ████  █  █████
20  ████████  ████████  ██████  ████  ██████  ███████
21  a show or movie about, we want to hire
22  you, would you turn it down?
23              MS. LAUFENBERG:  Object to the
24      form.
25      A.      I would -- I would first
```

Page 382

1                          I N D E X

2

3      WITNESS

4

            Michael Corona

5

6      EXAMINATION BY                          PAGE

7

            Mr. Dulberg                        7-367

8

9                        E X H I B I T S

10

11

        CORONA            DESCRIPTION            PAGE

12

13      Exhibit 1         Plaintiff's Amended    42
                          Consolidated Responses
14                        and Objections to
                          Defendant Sony
15                        Pictures Entertainment
                          Inc.'s First Set of
16                        Interrogatories

17

        Exhibit 2         document bearing       49
18                        Bates numbers
                          PL00000358 - 359

19

20      Exhibit 3         Radaris website       122
                          printout for
21                        Michael Corona

22

        Exhibit 4         screen shot of        134
23                        Michael Corona
                          LinkedIn page

24

25

Page 383

1

[Cont'd.]

2

3      CORONA              DESCRIPTION              PAGE

4

       Exhibit 5          document bearing         216
5                         Bates numbers
                          577 through 578

6

7      Exhibit 6          document bearing         368
                          Bates numbers
8                         353 and 354

9

10        (EXHIBITS RETAINED BY COURT REPORTER)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              E R R A T A   S H E E T

2     IN RE:  CORONA, ET AL. VS. SONY PICTURES

3     DATE:   6/24/15

4     PAGE      LINE                    CORRECTION AND REASON

5     _____    _____      See Exhibit A _____

6     _____    _____      _____

7     _____    _____      _____

8     _____    _____      _____

9     _____    _____      _____

10    _____    _____      _____

11    _____    _____      _____

12    _____    _____      _____

13    _____    _____      _____

14    _____    _____      _____

15    _____    _____      _____

16    _____    _____      _____

17    _____    _____      _____

18    _____    _____      _____

19    _____    _____      _____

20    _____    _____      _____

21    _____    _____      _____

22    _____    _____      _____

23

24    _____         _____

25      (DATE)                        MICHAEL  CORONA

**EXHIBIT A**

Proposed Changes To The Deposition Of Michael Corona, June 24, 2015

*Corona, et al. v. Sony Pictures Entertainment, Inc.*, No. 2:14-cv-09600-RGK-SH

| Page | Line | From | To | Reason |
|------|------|------|------|--------|
| 66 | 14 | this,m other | this, other | To correct transcription errors |
| 78 | 11 | in box | inbox | To correct transcription errors |
| 83 | 13 | in looked | if they looked | To correct transcription errors |
| 89 | 13 | release | released | To correct transcription errors |
| 119 | 15 | our | your | To correct transcription errors |
| 120 | 9 | ar | are | To correct transcription errors |
| 120 | 25 | know what mine? | know what I mean? | To correct transcription errors |
| 140 | 11 | Not my knowledge. | Not to my knowledge. | To correct transcription errors |
| 155 | 25 | you're | your | To correct transcription errors |
| 191 | 15 | caused | cost | To correct transcription errors |
| 196 | 19 | it it says | it says | To correct transcription errors |
| 201 | 5 | Not my knowledge. | Not to my knowledge. | To correct transcription errors |
| 203 | 18 | chares | charges | To correct transcription errors |
| 205 | 25 | call | cause | To correct transcription errors |
| 210 | 24 | sender | vendor | To correct transcription errors |
| 220 | 11 | this to from | this from | To correct transcription errors |
| 229 | 2 | Did she can ask | Did she ask | To correct transcription errors |
| 239 | 21 | PPI | PII | To correct transcription errors |
| 245 | 10 | agree that | agree with that | To correct transcription errors |
| 263 | 7 | ever leased | released | To correct transcription errors |
| 278 | 9 | Not my knowledge. | Not to my knowledge. | To correct transcription errors |
| 304 | 16 | use | used | To correct transcription errors |
| 308 | 9 | east | least | To correct transcription errors |
| 308 | 23 | Gator Ade | Gatorade | To correct transcription errors |
| 345 | 8 | release | released | To correct transcription errors |
| 357 | 10-11 | my first thought is are you guys doing your job. | my first thought is, 'are you guys doing your job?'. | To correct transcription errors |
| 359 | 15 | then | them | To correct transcription errors |

7/31/15
Date

Michael Corona

Page 385

1          ACKNOWLEDGMENT OF DEPONENT

2

3          I hereby declare under penalty of perjury

4    that I have read the foregoing transcript of my

5    deposition and except for any corrections or changes

6    noted on the errata sheet, I hereby subscribe to the

7    transcript as an accurate record of the statements

8    made by me.

9

10

11   _____

12   MICHAEL CORONA

13

14   _____

15   DATE

16

17

18

19

20

21

22

23

24

25