Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>  vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>    Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**STIPULATION FOR ORDER CONTINUING DEADLINES IN LIGHT OF PROPOSED SETTLEMENT**<br><br>Judge:     Hon. R. Gary Klausner<br>Courtroom: 850 |

Plaintiffs and Defendant Sony Pictures Entertainment Inc. ("SPE"), by and through their respective counsel, hereby stipulate and agree, and further request that the Court enter an Order continuing all deadlines in this matter pending settlement, as follows:

WHEREAS, the Court appointed Girard Gibbs LLP, Lieff Cabraser Heimann & Bernstein, LLP, and Keller Rohrback L.L.P. as Interim Co-Lead Class Counsel and Keller Rohrback as liaison counsel (ECF No. 45);

WHEREAS, on May 5, 2015, the Court scheduled a jury trial for this matter for February 9, 2016, and a discovery cut-off date of November 11, 2015 (ECF No. 71);

WHEREAS, on May 13, 2015, the Court entered an order setting a schedule for briefing on Plaintiffs' motion for class certification (ECF No. 79);

WHEREAS, the parties have been actively preparing this matter for trial, including exchanges of written discovery requests and responses, production of documents, service of expert witness reports, and depositions of party and expert witnesses;

WHEREAS, Plaintiffs filed a motion for class certification on June 30, 2015, SPE opposed class certification on August 11, 2015, and Plaintiffs will timely reply on September 2, 2015 unless otherwise ordered by the Court;

WHEREAS, pursuant to Civil Local Rule 16-15 and the Court's Order for Jury Trial, the parties participated in a mediation session on June 11, 2015;

WHEREAS, with the continuing assistance of the mediator, the parties continued to discuss settlement and exchange settlement proposals;

WHEREAS, on September 1, 2015, Plaintiffs and SPE reached an agreement in principle to settle all of the claims of the putative class against SPE, subject to final documentation, which will be submitted for the Court's approval in accordance with Fed. R. Civ. Pro. 23(e);

WHEREAS, on September 1, 2015, pursuant to Civil Local Rule 16-15.7, counsel for Plaintiffs and SPE reported the settlement to the Court's deputy clerk;

1     WHEREAS, pursuant to Civil Local Rule 16-15.7, Interim Co-Lead Class Counsel and counsel for SPE will prepare formal documentation of the settlement, including a motion for preliminary approval of the settlement, for submission to the Court;

    WHEREAS, to allow the parties sufficient time to complete settlement documentation and present the settlement to this Court for preliminary approval, the parties respectfully request the Court continue for 45 days all deadlines set forth in the operative Order for Jury Trial (ECF No. 71);

    WHEREAS, there have been no prior extensions requested in this matter, with the exception of: (a) a request to continue the hearing on SPE's motion to dismiss, which the Court denied; and (b) a request to extend the date for Plaintiffs to file their motion for class certification, which the Court granted in part.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ORDER THAT:**

    1.    All pending deadlines set forth in the operative Order for Jury Trial (ECF No. 71) and in the Court's May 13, 2015 Order (ECF No. 79) are continued for a period of 45 days, pending submission to the Court of formal documentation of the settlement and a motion for preliminary approval of the settlement; and

    2.    Plaintiffs' motion for preliminary approval of the proposed settlement shall be filed no later than October 19, 2015.

Dated: September 2, 2015      Respectfully submitted,

**GIRARD GIBBS LLP**

    */s/ Daniel C. Girard*
    Daniel C. Girard

Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner

as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846


**KELLER ROHRBACK L.L.P.**

By: */s/ Lynn Lincoln Sarko*

Lynn Lincoln Sarko, *Admitted pro hac vice*
lsarko@kellerrohrback.com
Gretchen Freeman Cappio, *Admitted pro hac vice*
gcappio@kellerrohrback.com
Cari Campen Laufenberg, *Admitted pro hac vice*
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497


**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: */s/ Michael W. Sobol*

Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel

3

STIPULATION FOR ORDER CONTINUING DEADLINES
CASE NO: 2:14-9600-RGK-E

rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Interim Co-Lead Class Counsel*

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
11311 Arcade Drive
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Raúl Pérez
Raul.Perez@Capstonelawyers.com
Jordan L. Lurie
Jordan.Lurie@capstonelawyers.com
Robert Friedl
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett
Cody.Padgett@capstonelawyers.com
**CAPSTONE LAW APC**
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 556-4811

4
STIPULATION FOR ORDER CONTINUING DEADLINES
CASE NO: 2:14-9600-RGK-E

Facsimile: (310) 943-0396

John H. Gomez
john@gomeztrialattorneys.com
John P. Fiske
jfiske@gomeztrialattorneys.com
Deborah Dixon
ddixon@gomeztrialattorneys.com
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Joseph G.Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns
bfj@chimicles.com
Joseph B. Kenney
jbk@chimicles.com
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Richard A. Maniskas, Esquire
rmaniskas@rmclasslaw.com
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582

Steven M. Tindall
stindall@rhdtlaw.com
Valerie Bender

5

STIPULATION FOR ORDER CONTINUING DEADLINES
CASE NO: 2:14-9600-RGK-E

vbrender@rhdtlaw.com
**RUKIN HYLAND DORIA & TINDALL LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500
Chicago, IL 60613
Telephone: (312) 750-1265
Facsimile: (312) 212-5919

*Additional Plaintiffs' Counsel*

Dated: September 2, 2015  **WILMER CUTLER PICKERING HALE AND DORR LLP**

 */s/* William F. Lee
 David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP

60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

## CERTIFICATE OF SERVICE

I, Daniel C. Girard, hereby certify that on September 2, 2015, I caused the foregoing document to be filed electronically with the United States District Court for the Central District of California's through the Court's mandated ECF service.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September 2015 at San Francisco, California.

  */s/* Daniel C. Girard