Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF STIPULATION FOR ORDER CONTINUING DEADLINES IN LIGHT OF PROPOSED SETTLEMENT**<br><br>Judge:     Hon. R. Gary Klausner<br>Courtroom: 850 |

I, Daniel C. Girard, declare as follows:

1. I am a member in good standing of the California State Bar and a partner with the law firm of Girard Gibbs LLP, Interim Co-Lead Class Counsel in this case. I make this declaration in support of the parties' Stipulation To Continue Deadlines in Light of Proposed Settlement based on my personal knowledge. If called to testify to the contents of this declaration, I could and would competently do so.

2. Pursuant to the Court's Order for Jury Trial, the trial in this matter is scheduled for February 9, 2016. In preparation for trial, the parties are required to, among other things, complete discovery by November 11, 2015, complete briefing on motions to dismiss and summary judgment by November 25, 2015, disclose experts and exchange written expert reports by November 11, 2015, meet with a settlement officer by December 11, 2015, and exchange and agree on proposed jury instructions by January 22, 2016. ECF No. 71.

3. The parties conducted their Rule 26(f) conference telephonically on March 27, 2015. On the same day, Plaintiffs served their First Requests for Production of Documents on Defendant Sony Pictures Entertainment Inc. ("SPE). The parties exchanged initial disclosures on April 17, 2015, and completed motion to dismiss briefing on April 23, 2015.

4. To date, the parties have served multiple sets of written discovery, produced thousands of pages of documents responsive to requests, and held numerous conferences to resolve discovery issues. In preparation of class certification briefing, Plaintiffs deposed SPE's Rule 30(b)(6) witness and SPE's two expert witnesses, while SPE deposed all eight class representatives and Plaintiffs' two expert witnesses.

5. The parties previously requested a continuance of the Court's scheduled hearing on SPE's motion to dismiss, which the Court denied. Plaintiffs previously received an extension to complete class certification briefing, which the Court granted in part. There have been no other requests for extension of the deadlines set by the Court.

1

DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF STIPULATION FOR ORDER CONTINUING DEADLINES IN LIGHT OF PROPOSED SETTLEMENT

Absent an order of this Court, the parties are prepared to complete class certification briefing on September 2, 2015 in accordance with the revised schedule.

6. Pursuant to Civil Local Rule 16-15, the parties have explored settlement with the assistance of a private mediator, who is highly experienced in mediating all types of class actions, and has served as a court-appointed mediator and a special master in numerous cases.

7. The parties participated in a formal mediation session on June 11, 2015, and since that date, with the continuing assistance of the mediator, the parties continued to discuss settlement and exchange settlement proposals.

8. On September 1, 2015, the parties reached an agreement in principle on the material terms of a proposed settlement that will resolve this matter on a classwide basis, subject to final documentation, which will be submitted for this Court's approval under Federal Rule of Civil Procedure 23(e). Pursuant to Civil Local Rule 16-15.7, counsel for Plaintiffs and SPE have also reported the settlement to the Court's deputy clerk by telephone.

9. The agreement in principle contemplates that the parties will prepare and submit formal settlement documentation to this Court for approval. The parties propose to complete the preparation of the settlement documentation over the next 45 days.

10. Interim Co-Lead Counsel are experienced in class action litigation, including privacy and data breach matters, and employee representation. Interim Co-Lead Counsel have successfully negotiated many class action settlements, including in data breach cases, and are familiar with the standards for court approval under Rule 23. We believe the proposed settlement is a favorable resolution of the claims asserted by the Plaintiffs. We have carefully considered the relief offered by the proposed settlement in relation to the risks and expenses associated with continued litigation. We believe the interests of class members will be best served if the proposed settlement is submitted for Court approval.

11. To allow the parties to focus their efforts on finalizing the settlement, the parties respectfully request that the Court approve the proposed stipulation submitted herewith continuing for 45 days the pending trial date and other pretrial preparation deadlines currently on calendar pending the Court's consideration of the fairness of the proposed settlement. We further request that the Court set a deadline of October 19, 2015 for the filing of Plaintiffs' motion for preliminary approval of the proposed settlement, with any hearing thereon to be set at the Court's discretion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September 2015, in San Francisco, California.

                                    */s/ Daniel C. Girard*
                                      Daniel C. Girard

## CERTIFICATE OF SERVICE

I, Daniel C. Girard, hereby certify that on September 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

*/s/ Daniel C. Girard*
Daniel C. Girard