Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,

   Plaintiffs,
   vs.

SONY PICTURES ENTERTAINMENT, INC.,

   Defendant.

CASE NO. 2:14−CV−09600−RGK−E

**[PROPOSED] ORDER CONTINUING DEADLINES IN LIGHT OF PROPOSED SETTLEMENT**

Hearing Date: N/A
Time:         N/A
Courtroom:    850
Judge:        Hon. R. Gary Klausner

1   Before the Court is Plaintiffs' and Defendant Sony Picture Entertainment
2   Inc.'s Stipulation for Order Continuing Deadlines in Light of Proposed Settlement.
3   Having considered the Stipulation, and finding good cause shown, the Stipulation
4   is hereby GRANTED.
5       1.   All pending deadlines set forth in the operative Order for Jury Trial
6   (ECF No. 71) and in the Court's May 13, 2015 Order (ECF No. 79) are continued
7   for a period of 45 days, pending submission to the Court of formal documentation
8   of the settlement and a motion for preliminary approval of the settlement; and
9       2.   Plaintiffs' motion for preliminary approval of the proposed settlement
10  shall be filed no later than October 19, 2015.

**IT IS SO ORDERED.**

DATE: _____

Hon. R. Gary Klausner
United States District Judge

1

[PROPOSED] ORDER CONTINUING DEADLINES IN LIGHT OF PROPOSED
SETTLEMENT

## CERTIFICATE OF SERVICE

I, Daniel C. Girard, hereby certify that on September 2, 2015, I caused the foregoing document to be filed electronically with the United States District Court for the Central District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September 2015 at San Francisco, California.

　　　　　　　　　　　　　　　　　　 */s/* Daniel C. Girard