Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:14-CV-09600-RGK-E<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

1. Plaintiffs' Reply Memorandum in Support of Motion for Class Certification
2. Exhibits 1-8 to the Declaration of Linh G. Vuong
3. Exhibits 10-13 to the Declaration of Linh G. Vuong
4. Exhibit 15 to the Declaration of Linh G. Vuong

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| September 2, 2015 | Daniel C. Girard |
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    **NOTICE OF MANUAL FILING OR LODGING**