1  Matthew J. Preusch (SBN 298144)
   mpreusch@kellerrohrback.com
2  **KELLER ROHRBACK L.L.P.**
3  1129 State Street, Suite 8
   Santa Barbara, CA 93101
4  T: (805) 456-1496
   F: (805) 456-1497
5

6  Lynn Lincoln Sarko, *admitted pro hac vice*
   lsarko@kellerrohrback.com
7  **KELLER ROHRBACK L.L.P**
8  1201 Third Avenue, Suite 3200
   Seattle, WA 98101
9  T: (206) 623-1900
   F: (206) 623-3384
10

11 Daniel C. Girard (SBN 114826)        Michael W. Sobol (SBN 194857)
   dcg@girardgibbs.com                   msobol@lchb.com
12 **GIRARD GIBBS LLP**                  **LIEFF CABRASER HEIMANN &**
13 601 California Street, 14th Floor     **BERNSTEIN, LLP**
   San Francisco, CA 94108               275 Battery Street, 29th Floor
14 T: (415) 981-4800                     San Francisco, CA 94111-3339
   F: (415) 981-4846                     T: (415) 956-1000
15                                       F: (415) 956-1008
16

17 *Interim Co-Lead Class Counsel*

18              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
19

20 MICHAEL CORONA, CHRISTINA        | **CASE NO. 2:14−CV−09600−RGK−E**
   MATHIS, et al., individually and on behalf
21 of others similarly situated,    | **[PROPOSED] ORDER GRANTING**
                                      **PLAINTIFFS' APPLICATION TO**
22          Plaintiffs,              **FILE DOCUMENTS UNDER SEAL**
23      vs.

24 SONY PICTURES ENTERTAINMENT,     | Hearing Date:  N/A
   INC.,                            | Time:          N/A
25                                  | Courtroom:     850
                                    | Judge:         Hon. R. Gary Klausner
26          Defendant.
27

28

---

     [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE
                    DOCUMENTS UNDER SEAL

On September 2, 2015, Plaintiffs filed an Application to File Documents under Seal.  Having considered Plaintiffs' Application, and with good cause having been shown, Plaintiffs' Application is hereby **GRANTED.**  The following exhibits and portions of exhibits to the Declaration of Linh G. Vuong are hereby **SEALED**:

- Exhibit 1 at ¶¶ 11 n.13, 17 n.24, 31, and 35 n.41;
- Exhibit 2 at ¶ 33;
- Exhibit 3 at 88:25-89:3 and 89:9-11;
- Exhibit 5;
- Exhibit 6;
- Exhibit 8 at 169:18.
- Exhibit 10 at 91:1-92:22, 93:3-4, 94:2-6, and 267:1-6.
- Exhibit 11, Errata Sheets;
- Exhibit 12 at 127:19-25;
- Exhibit 13 at 361:1-25; and
- Exhibit 15 at 119:22 and 121:7-8.

**IT IS SO ORDERED.**

DATE: _____     _____
                              THE HONORABLE R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE
DOCUMENTS UNDER SEAL

## __CERTIFICATE OF SERVICE__

I, Daniel C. Girard, hereby certify that on September 2, 2015, I caused the foregoing document to be filed electronically with the United States District Court for the Central District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September 2015 at San Francisco, California.


_____ */s/* Daniel C. Girard

---

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL