Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>          Plaintiffs,<br>    vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>          Defendant. | **CASE NO. 2:14−CV−09600−RGK−E**<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:  N/A<br>Time:          N/A<br>Courtroom:     850<br>Judge:         Hon. R. Gary Klausner |

# CERTIFICATE OF SERVICE

I, Anne von Goetz, hereby declare as follows:

I am employed by Girard Gibbs, LLP, 601 California Street, Suite 1400, San Francisco, California 94108.  I am over the age of eighteen years and am not a party to this action.  On September 2, 2015, I served the following documents:

1. Plaintiffs' Reply Memorandum in Support of Motion for Class Certification (Under Seal);

2. Exhibits 1-8 to the Declaration of Linh G. Vuong (Under Seal);

3. Exhibits 10-13 to the Declaration of Linh G. Vuong (Under Seal); and

4. Exhibit 15 to the Declaration of Linh G. Vuong (Under Seal).

On:

| | |
|---|---|
| David C. Marcus | Felicia H. Ellsworth |
| Christopher T. Casamassima | Michael J. Bayer |
| Elaine Zhong | Andrew Scott Dulberg |
| WILMER CUTLER PICKERING HALE AND DORR LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 350 South Grand Avenue, Suite 2100 | 60 State Street |
| Los Angeles, CA 90071 | Boston, MA 02109 |
| Telephone: (213) 443-5300 | Telephone: (617) 526-6000 |
| Facsimile:  (213) 443-5400 | Facsimile:   (617) 526-5000 |
| Email: david.marcus@wilmerhale.com | Email: felicia.ellsworth@wilmerhale.com |
| Email: chris.casamassima@wilmerhale.com | Email: michael.bayer@wilmerhale.com |
| Email: elaine.zhong@wilmerhale.com | Email: andrew.dulberg@wilmerhale.com |

Noah Levine (*pro hac vice*)
Alan Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

Facsimile:  (212) 230-8888

Email: noah.levine@wilmerhale.com
Email: alan.schoenfeld@wilmerhale.com

*Attorneys for Defendant Sony Pictures Entertainment Inc.*

**XXX**    by electronically transmitting via email the above listed documents to the email addresses set forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on September 2, 2015, at San Francisco, California.

_____
Anne von Goetz

2
CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I, Daniel C. Girard, hereby certify that on September 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

*/s/ Daniel C. Girard*
Daniel C. Girard