1  Matthew J. Preusch (SBN 298144)
   mpreusch@kellerrohrback.com
2  **KELLER ROHRBACK L.L.P.**
3  1129 State Street, Suite 8
   Santa Barbara, CA 93101
4  T: (805) 456-1496
   F: (805) 456-1497
5

6  Lynn Lincoln Sarko, *admitted pro hac vice*
   lsarko@kellerrohrback.com
7  **KELLER ROHRBACK L.L.P**
   1201 Third Avenue, Suite 3200
8  Seattle, WA 98101
9  T: (206) 623-1900
   F: (206) 623-3384
10

11 Daniel C. Girard (SBN 114826)           Michael W. Sobol (SBN 194857)
   dcg@girardgibbs.com                    msobol@lchb.com
12 **GIRARD GIBBS LLP**                   **LIEFF CABRASER HEIMANN &**
13 601 California Street, 14th Floor      **BERNSTEIN, LLP**
   San Francisco, CA 94108                275 Battery Street, 29th Floor
14 T: (415) 981-4800                      San Francisco, CA 94111-3339
15 F: (415) 981-4846                      T: (415) 956-1000
                                          F: (415) 956-1008
16
   *Interim Co-Lead Class Counsel*
17
18                    **UNITED STATES DISTRICT COURT**
                       **CENTRAL DISTRICT OF CALIFORNIA**
19
20 MICHAEL CORONA, CHRISTINA        CASE NO. 2:14−CV−09600−RGK−E
   MATHIS, et al., individually and on behalf
21 of others similarly situated,    **DECLARATION OF LINH G. VUONG
                                    IN SUPPORT OF PLAINTIFFS'
22           Plaintiffs,            CLASS CERTIFICATION REPLY**
23      vs.
                                    Hearing Date: September 14, 2015
24 SONY PICTURES ENTERTAINMENT,     Time:         9:00 a.m.
25 INC.,                            Courtroom:    850
                                    Judge:        Hon. R. Gary Klausner
26           Defendant.
27
28

---

DECLARATION OF LINH G. VUONG IN SUPPORT OF PLAINTIFFS' CLASS
CERTIFICATION REPLY

I, Linh G. Vuong, declare as follows:

1. I am a member in good standing of the California State Bar and an associate with the law firm of Girard Gibbs LLP, counsel for plaintiffs. I make this declaration based on my personal knowledge in support of plaintiffs' motion for class certification. If called to testify to the contents of this declaration, I could and would competently do so.

2. Attached as **Exhibit 1** is the rebuttal expert report of Larry Ponemon, Ph.D.

3. Attached as **Exhibit 2** is the rebuttal expert report of Henry Fishkind, Ph.D.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the deposition Plaintiffs took of SPE's expert, Michael Turner, Ph.D., on August 27, 2015.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition Plaintiffs took of SPE's expert, John Johnson, Ph.D., on August 24, 2015.

6. Attached as **Exhibit 5** is a true and correct copy of two documents produced by SPE at Bates number SPE-HC 000000393-95, SPE-HC 000000413.

7. Attached as **Exhibit 6** is a true and correct copy of a document produced by SPE at Bates number SPE-HC 000001958-59.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of SPE's Responses and Objections to Plaintiffs' First Set of Interrogatories.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiff Ella Carline Archibeque on June 16, 2015.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiff Marcela Bailey on July 30, 2015.

11. Attached as **Exhibit 10** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiff Michael Corona on June 24, 2015.

12. Attached as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiff Joshua Forster on June 22, 2015.

1

DECLARATION OF LINH G. VUONG IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY

13. Attached as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiff Michael Levine on June 8, 2015.

14. Attached as **Exhibit 13** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiff Christina Mathis on June 19, 2015.

15. Attached as **Exhibit 14** is a true and correct copy of Exhibit 2 to the deposition of Plaintiff Christina Mathis.

16. Attached as **Exhibit 15** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiff Steven Shapiro on June 18, 2015.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiff Geoffrey Springer on June 30, 2015.

18. Attached as **Exhibit 17** is a true and correct copy of a document produced by third party Identity Finder in response to Plaintiffs' subpoena at Bates numbers IDF_005 – IDF_006.

19. Attached as **Exhibit 18** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiffs' expert, Henry H. Fishkind, Ph.D., on July 28, 2015.

20. Attached as **Exhibit 19** is a true and correct copy of excerpts of the transcript of the deposition SPE took of Plaintiffs' expert, Larry Ponemon, Ph.D., on August 6, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September 2015, in San Francisco, California.

*/s/ Linh G. Vuong*

2

DECLARATION OF LINH G. VUONG IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY

# CERTIFICATE OF SERVICE

I, Daniel C. Girard, hereby certify that on September 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

*/s/ Daniel C. Girard*
Daniel C. Girard