EXHIBIT 9

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MARCELA BAILEY - 7/30/2015

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CORONA, CHRISTINA )
MATHIS, et al., individually ) Case No.
and on behalf of others ) 2:14-cv-09600-RGK-SH
similarly situated, )
        Plaintiffs, )
  vs. )
SONY PICTURES ENTERTAINMENT )
INC., )
        Defendant. ) (Pages 1-199)
-----------------------------)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF:

    MARCELA BAILEY

    THURSDAY, JULY 30, 2015

    9:31 A.M.

REPORTED BY:

    SUSAN NELSON

    C.S.R. No. 3202

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MARCELA BAILEY - 7/30/2015

Page 2

```
 1   Videotaped deposition of MARCELA BAILEY, the witness,
 2   taken on behalf of Defendant, commencing at
 3   9:31 A.M., on THURSDAY, JULY 30, 2015, at 350 South
 4   Grand Avenue, Los Angeles, California, before
 5   SUSAN NELSON, C.S.R. No. 3202.
 6
 7   APPEARANCES OF COUNSEL
 8
 9   FOR PLAINTIFF:
10           CAPSTONE LAW APC
11           BY:  RAUL PEREZ, ESQ.
12                CODY PADGETT, ESQ.
13           1840 Century Park East
14           Suite 450
15           Los Angeles, California 90067
16           (310) 556-4811
17              -- and --
18           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
19           BY:  ROSEMARIE MALIEKEL, ESQ.
20           275 Battery Street
21           29th Floor
22           San Francisco, California 94111-3339
23           (415) 956-1000
24
25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MARCELA BAILEY - 7/30/2015

Page 3

```
 1   APPEARANCES OF COUNSEL (CONTINUED):

 2

 3   FOR DEFENDANT:

 4        WILMER CUTLER PICKERING HALE AND DORR LLP

 5        BY:   CHRISTOPHER T. CASAMASSIMA, ESQ.

 6              ELAINE ZHONG, ESQ.

 7        350 South Grand Avenue

 8        Suite 2100

 9        Los Angeles, California 90071

10        (213) 443-5374

11

12   ALSO APPEARING:

13        STEPHEN SMITH, VIDEOGRAPHER

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MARCELA BAILEY - 7/30/2015

Page 4

```
 1                I N D E X
 2   WITNESS        EXAMINATION              PAGE
 3   MARCELA BAILEY
 4              By Mr. Casamassima        7
 5              (P.M. Session)           132
 6
 7
 8                E X H I B I T S
 9   NO.          PAGE     DESCRIPTION
10   Exhibit 1     8       Plaintiffs' Amended Consolidated
11                         Responses and Objections to
12                         Defendant's First Set of
13                         Interrogatories
14   Exhibit 2    50       Amended Notice of Deposition
15   Exhibit 3    58       Amended Class Action Complaint
16   Exhibit 4    66       Screen Shot of Voice Mail
17                         and Info
18                         (PL_00000014-0015)
19   Exhibit 5    69       LinkedIn Communcation
20                         (PL_00000023-0029)
21   Exhibit 6    72       Facebook Posting
22                         (PL_00000019-0022)
23   Exhibit 7    83       December 2014 Emails
24                         Re Sony Hack
25                         (PL_00000031-0033)
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MARCELA BAILEY - 7/30/2015

Page 5

```
 1                    E X H I B I T S
 2   NO.         PAGE     DESCRIPTION
 3   Exhibit 8   108      LinkedIn Profile
 4   Exhibit 9   109      Hispanic Scholarship Fund
 5                        Profile
 6   Exhibit 10  111      HITS 2/4/11 Article
 7   Exhibit 11  112      Contact Us Document
 8   Exhibit 12  118      BlockShopper Listing
 9   Exhibit 13  134      Experian Report
10                        (PL_00000477-0482)
11   Exhibit 14  135      TransUnion Report
12                        (PL_00000457-0470)
13   Exhibit 15  139      LifeLock Order Summary
14                        (PL_00000035-0036)
15   Exhibit 16  144      3/16/15 Anthem Document
16                        (PL_00000453-0456)
17   Exhibit 17  157      LifeLock Report
18                        (PL_00000498-0502)
19   Exhibit 18  161      LifeLock Black Market
20                        Notification
21                        (PL_00000038)
22   Exhibit 19  177      FTC: LifeLock Protection
23                        Service Article 7/21/15
24   Exhibit 20  188      Notice re Service Disruption
25                        (PL_00000049-0040)
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MARCELA BAILEY - 7/30/2015

Page 6

```
 1              LOS ANGELES, CALIFORNIA;                    09:30:31
 2              THURSDAY, JULY 30, 2015;
 3                    9:31 A.M.
 4
 5         THE VIDEOGRAPHER:  Here begins Volume 1,         09:30:31
 6   videotape disk number 1 in the deposition of Marcela   09:30:33
 7   Bailey in the matter of Corona, et al., versus Sony    09:30:36
 8   Pictures Entertainment, Inc., in the United States     09:30:43
 9   District Court for the Central District of             09:30:43
10   California.  Case number is 2:14-cv-09600-RGK-SH.      09:30:45
11         Today's date is July 30, 2015.  The time on      09:30:55
12   the video monitor is 9:31.  The video operator today   09:31:00
13   is Stephen Smith, contracted by DTI at 20750 Ventura   09:31:03
14   Boulevard, Suite 205, Woodland Hills, California       09:31:09
15   91364.                                                 09:31:15
16         This video deposition is taking place at         09:31:16
17   Wilmer Hale, 350 South Grand Avenue, Suite 2100,       09:31:18
18   Los Angeles, California 90071, and was noticed by      09:31:24
19   Chris Casamassima of Wilmer Hale.                      09:31:28
20         Counsel, please voice-identify yourselves        09:31:31
21   and state whom you represent.                          09:31:33
22         MR. CASAMASSIMA:  Chris Casamassima from         09:31:34
23   Wilmer Hale for Sony Pictures Entertainment.           09:31:36
24         MS. ZHONG:  Elaine Zhong from Wilmer Hale        09:31:40
25   for Sony Pictures Entertainment.                       09:31:42
```

| | | |
|---|---|---|
| 1 | MR. PEREZ: Raul Perez from Capstone, | 09:31:44 |
| 2 | counsel for Plaintiff Marcela Bailey. | 09:31:47 |
| 3 | MR. PADGETT: Cody Padgett from Capstone, | 09:31:49 |
| 4 | counsel for Plaintiff Marcela. | 09:31:53 |
| 5 | MS. MALIEKEL: RoseMarie Maliekel from Lieff | 09:31:55 |
| 6 | Cabraser Heimann & Bernstein for plaintiff. | 09:31:57 |
| 7 | THE VIDEOGRAPHER: The court reporter today | 09:31:58 |
| 8 | is Susan Nelson of Merrill -- I'm sorry -- of DTI. | 09:31:59 |
| 9 | Would the reporter please swear in the | 09:32:04 |
| 10 | witness. | |
| 11 | | |
| 12 | MARCELA BAILEY, | |
| 13 | having been first duly sworn, was | |
| 14 | examined and testified as follows: | |
| 15 | | |
| 16 | THE VIDEOGRAPHER: Please begin. | |
| 17 | | |
| 18 | EXAMINATION | 09:32:17 |
| 19 | | 09:32:17 |
| 20 | BY MR. CASAMASSIMA: | 09:32:17 |
| 21 | Q. Good morning, Ms. Bailey. | 09:32:19 |
| 22 | A. Good morning. | 09:32:20 |
| 23 | Q. Could you please state your name and address | 09:32:20 |
| 24 | for the record. | 09:32:23 |
| 25 | A. Marcela Bailey or Luz Marcela Escobar | 09:32:23 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MARCELA BAILEY - 7/30/2015

Page 44

| | | |
|---|---|---|
| 1 | THE WITNESS: Well, my answer is that | 10:19:14 |
| 2 | someone needs to look through those files. | 10:19:16 |
| 3 | BY MR. CASAMASSIMA: | 10:19:20 |
| 4 | Q. And do what? | 10:19:21 |
| 5 | A. To see if I signed anything. | 10:19:21 |
| 6 | Q. Because you don't remember whether or not | 10:19:24 |
| 7 | you signed one. Correct? | 10:19:26 |
| 8 | A. I don't recall. | 10:19:27 |
| 9 | Q. That's all -- that's all I'm asking. | 10:19:28 |
| 10 | A. I already said I didn't recall. | 10:19:30 |
| 11 | Q. Now, obviously, back in 1991, that was | 10:19:32 |
| 12 | before any of us were using the Internet. Right? | 10:19:57 |
| 13 | MR. PEREZ: Calls for speculation. | 10:20:00 |
| 14 | BY MR. CASAMASSIMA: | 10:20:07 |
| 15 | Q. You -- you weren't using the Internet in | 10:20:07 |
| 16 | 1991. Right? | 10:20:09 |
| 17 | A. I was not using the Internet in 1991. | 10:20:11 |
| 18 | Q. Okay. And so was data security something | 10:20:16 |
| 19 | that was on your mind in 1991 when you just took your | 10:20:20 |
| 20 | job at Columbia? | 10:20:23 |
| 21 | MR. PEREZ: Vague and ambiguous. | 10:20:25 |
| 22 | THE WITNESS: I provided Sony my | 10:20:28 |
| 23 | information. I had two kids at that point, that | 10:20:34 |
| 24 | information. My prior husband's information. And so | 10:20:40 |
| 25 | my expectation in terms of data security was that | 10:20:46 |

| | | |
|---|---|---|
| 1 | that information was to be protected.  And any | 10:20:51 |
| 2 | information that I disclosed to my employer should | 10:20:57 |
| 3 | just be kept with that employer. | 10:21:01 |
| 4 | BY MR. CASAMASSIMA: | 10:21:04 |
| 5 |    Q.  Did you ever have any concerns about | 10:21:05 |
| 6 | Sony Pictures data security policies during your | 10:21:10 |
| 7 | employment at Sony Pictures? | 10:21:14 |
| 8 |    MR. PEREZ:  Vague and ambiguous.  Calls for | 10:21:15 |
| 9 | expert testimony. | 10:21:19 |
| 10 |    THE WITNESS:  Describe "concerns."  What do | 10:21:30 |
| 11 | you mean by that? | 10:21:31 |
| 12 | BY MR. CASAMASSIMA: | 10:21:32 |
| 13 |    Q.  Did you ever discuss or raise -- let me ask | 10:21:38 |
| 14 | a different question. | 10:21:48 |
| 15 |    Were you ever worried about the security of | 10:21:48 |
| 16 | your personal data and your family's personal data -- | 10:21:55 |
| 17 | data while you were employed at Sony Pictures? | 10:21:59 |
| 18 |    MR. PEREZ:  Vague and ambiguous. | 10:22:02 |
| 19 |    THE WITNESS:  So Sony's had -- has had | 10:22:10 |
| 20 | several incidents that have been published in terms | 10:22:29 |
| 21 | of issues with security.  So there's always concerns. | 10:22:36 |
| 22 | BY MR. CASAMASSIMA: | 10:22:46 |
| 23 |    Q.  And what were those concerns? | 10:22:46 |
| 24 |    A.  Concerns are that information could be made | 10:22:55 |
| 25 | public. | 10:22:58 |

DocuSign Envelope ID: 870178ED-E83A-4344-8D4A-068C20F58152

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MARCELA BAILEY - 7/30/2015

Page 198

```
 1   STATE OF CALIFORNIA    )
 2   COUNTY OF LOS ANGELES  )  ss.
 3
 4
 5          I, MARCELA BAILEY, hereby declare under the
 6   penalties of perjury of the laws of the United States
 7   that the foregoing is true and correct.
 8          Executed this  2nd        day of
 9   September              , 2015, at
10   Gardena                         , California.
11
12
13              Marcela Bailey
14              MARCELA BAILEY
15
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
MARCELA BAILEY - 7/30/2015

Page 199

```
 1    STATE OF CALIFORNIA    )
 2    COUNTY OF LOS ANGELES ) ss.
 3         I, SUSAN NELSON, C.S.R. 3202, in and for the
 4    State of California, do hereby certify:
 5         That, prior to being examined, the witness named
 6    in the foregoing deposition was by me duly sworn to
 7    testify the truth, the whole truth and nothing but
 8    the truth;
 9         That said deposition was taken down by me
10    stenographically at the time and place therein named,
11    and thereafter transcribed via computer-aided
12    transcription under my direction, and the same is a
13    true, correct and complete transcript of said
14    proceedings;
15         Before completion of the deposition, review of
16    the transcript [X] was [ ] was not requested.  If
17    requested, any changes made by the deponent (and
18    provided to the reporter) during the period allowed
19    are appended hereto.
20         I further certify that I am not interested in the
21    event of the action.
22         Witness my hand this 2nd day of August, 2015.
23
                        Susan Nelson, C.S.R. No. 3202
24                      Certified Shorthand Reporter
25                      State of California
```