1  Matthew J. Preusch (SBN 298144)
   mpreusch@kellerrohrback.com
2  **KELLER ROHRBACK L.L.P.**
3  1129 State Street, Suite 8
   Santa Barbara, CA 93101
4  T: (805) 456-1496
   F: (805) 456-1497
5

6  Lynn Lincoln Sarko, *admitted pro hac vice*
   lsarko@kellerrohrback.com
7  **KELLER ROHRBACK L.L.P**
8  1201 Third Avenue, Suite 3200
   Seattle, WA 98101
9  T: (206) 623-1900
   F: (206) 623-3384
10

11 Daniel C. Girard (SBN 114826)           Michael W. Sobol (SBN 194857)
   dcg@girardgibbs.com                      msobol@lchb.com
12 **GIRARD GIBBS LLP**                      **LIEFF CABRASER HEIMANN &**
13 601 California Street, 14th Floor        **BERNSTEIN, LLP**
   San Francisco, CA 94108                  275 Battery Street, 29th Floor
14 T: (415) 981-4800                         San Francisco, CA 94111-3339
15 F: (415) 981-4846                         T: (415) 956-1000
                                             F: (415) 956-1008
16
   *Interim Co-Lead Class Counsel*
17
18              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
19

| 20 | MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated, | **CASE NO. 2:14−CV−09600−RGK−E** |
|----|----|----|
| 21 | | **[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| 22 | Plaintiffs, | |
| 23 | vs. | |
| 24 | SONY PICTURES ENTERTAINMENT, INC., | Hearing Date:  N/A |
| 25 | | Time:          N/A |
| 26 | Defendant. | Courtroom:     850 |
| 27 | | Judge:         Hon. R. Gary Klausner |

28

---

On September 3, 2015, Plaintiffs filed An Amended Application to File Documents under Seal.  Having considered Plaintiffs' Application, and with good cause having been shown, Plaintiffs' Application is hereby **GRANTED.**  The following documents are hereby **SEALED**:

- Plaintiffs' Reply Memorandum in Support of Motion for Class Certification at page 1 (lines 3-6), page 2 (footnote 5), page 5 (lines 8-9 and 12-15), page 7 (lines 2-5), and page 8 (lines 15-16 and 22);
- Exhibit 1 at pages 3- 5, ¶ 11 n.13 (on page 6), pages 7- 9, ¶ 17 n.24 (on page 9), page 11, pages 14-16, ¶ 31 (on page 15), ¶ 35 n.41 (on page 18), and page 19;
- Exhibit 2 at page 2, page 4, page 6, page 9, page 10, ¶ 33 (on page 12), and pages 13-15;
- Exhibit 3;
- Exhibit 4;
- Exhibit 5;
- Exhibit 6;
- Exhibit 7;
- Exhibit 8 at 169:18;
- Exhibit 10 at 91:1-92:22, 93:3-4, 94:2-6, and 267:1-6;
- Exhibit 11, Errata Sheets;
- Exhibit 12 at 127:19-25;
- Exhibit 13 at 361:1-25; and
- Exhibit 15 at 119:22 and 121:7-8.

**IT IS SO ORDERED.**

DATE: _____      _____
                            THE HONORABLE R. GARY KLAUSNER
                            UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED APPLICATION TO FILE DOCUMENTS UNDER SEAL

1

## **CERTIFICATE OF SERVICE**

2        I, Daniel C. Girard, hereby certify that on September 3, 2015, I caused the

3  foregoing document to be filed electronically with the United States District Court

4  for the Central District of California's through the Court's mandated ECF service.

5  Counsel of record are required by the Court to be registered e-filers, and as such

6  are automatically e-served with a copy of the document upon confirmation of e-

7  filing.

8        I declare under penalty of perjury that the foregoing is true and correct.

9        Executed this 3rd day of September 2015 at San Francisco, California.

10

11                       _____ */s/* Daniel C. Girard

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED APPLICATION TO
FILE DOCUMENTS UNDER SEAL