1 | Matthew J. Preusch (SBN 298144)
2 | mpreusch@kellerrohrback.com
  | **KELLER ROHRBACK L.L.P.**
3 | 1129 State Street, Suite 8
  | Santa Barbara, CA 93101
4 | T: (805) 456-1496
5 | F: (805) 456-1497

6 | Lynn Lincoln Sarko, *admitted pro hac vice*
  | lsarko@kellerrohrback.com
7 | **KELLER ROHRBACK L.L.P**
8 | 1201 Third Avenue, Suite 3200
  | Seattle, WA 98101
9 | T: (206) 623-1900
  | F: (206) 623-3384
10 |

11 | Daniel C. Girard (SBN 114826)              Michael W. Sobol (SBN 194857)
   | dcg@girardgibbs.com                         msobol@lchb.com
12 | **GIRARD GIBBS LLP**                        **LIEFF CABRASER HEIMANN &**
13 | 601 California Street, 14th Floor           **BERNSTEIN, LLP**
   | San Francisco, CA 94108                     275 Battery Street, 29th Floor
14 | T: (415) 981-4800                           San Francisco, CA 94111-3339
15 | F: (415) 981-4846                           T: (415) 956-1000
   |                                             F: (415) 956-1008
16 | *Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated, | **CASE NO. 2:14−CV−09600−RGK−E** |
|---|---|
|  | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| vs. | Hearing Date: N/A |
|  | Time: N/A |
| SONY PICTURES ENTERTAINMENT, INC., | Courtroom: 850 |
|  | Judge: Hon. R. Gary Klausner |
| Defendant. | |

# CERTIFICATE OF SERVICE

I, Anne von Goetz, hereby declare as follows:

I am employed by Girard Gibbs, LLP, 601 California Street, Suite 1400, San Francisco, California 94108.  I am over the age of eighteen years and am not a party to this action.  On September 2, 2015, I served the following documents:

1. Plaintiffs' Reply Memorandum in Support of Motion for Class Certification (Under Seal);

2. Exhibits 1-8 to the Declaration of Linh G. Vuong (Under Seal);

3. Exhibits 10-13 to the Declaration of Linh G. Vuong (Under Seal); and

4. Exhibit 15 to the Declaration of Linh G. Vuong (Under Seal).

On:

David C. Marcus
Christopher T. Casamassima
Elaine Zhong
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile:  (213) 443-5400
Email: david.marcus@wilmerhale.com
Email: chris.casamassima@wilmerhale.com
Email: elaine.zhong@wilmerhale.com

Felicia H. Ellsworth
Michael J. Bayer
Andrew Scott Dulberg
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:   (617) 526-5000
Email: felicia.ellsworth@wilmerhale.com
Email: michael.bayer@wilmerhale.com
Email: andrew.dulberg@wilmerhale.com

Noah Levine (*pro hac vice*)
Alan Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

Facsimile: (212) 230-8888

Email: noah.levine@wilmerhale.com
Email: alan.schoenfeld@wilmerhale.com

*Attorneys for Defendant Sony Pictures Entertainment Inc.*

**XXX**    by electronically transmitting via email the above listed documents to the email addresses set forth above on this date.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on September 3, 2015, at San Francisco, California.

_____
Anne von Goetz

**CERTIFICATE OF SERVICE**

  I, Daniel C. Girard, hereby certify that on September 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

              */s/ Daniel C. Girard*
              Daniel C. Girard