Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | **CASE NO. 2:14−CV−09600−RGK−E**<br><br>**ORDER CONTINUING DEADLINES IN LIGHT OF PROPOSED SETTLEMENT**<br><br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner |

[PROPOSED] ORDER CONTINUING DEADLINES IN LIGHT OF PROPOSED SETTLEMENT

1  Before the Court is Plaintiffs' and Defendant Sony Picture Entertainment
2  Inc.'s Stipulation for Order Continuing Deadlines in Light of Proposed Settlement.
3  Having considered the Stipulation, and finding good cause shown, the Stipulation
4  is hereby GRANTED.
5  1. All pending deadlines set forth in the operative Order for Jury Trial
6  (ECF No. 71) and in the Court's May 13, 2015 Order (ECF No. 79) are continued
7  for a period of 45 days, pending submission to the Court of formal documentation
8  of the settlement and a motion for preliminary approval of the settlement; and
9  2. Plaintiffs' motion for preliminary approval of the proposed settlement
10 shall be filed no later than October 19, 2015.

**IT IS SO ORDERED.**

DATE: 9/3/15

Hon. R. Gary Klausner
United States District Judge