David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Noah Levine (*pro hac vice*)
noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
SONY PICTURES ENTERTAINMENT INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona, Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Sony Pictures Entertainment Inc.,<br><br>　　　　　　　　Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**ADDENDUM TO APPLICATION TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER**<br><br>Hearing Date:　N/A<br>Time:　　　　　N/A<br>Courtroom:　　850<br>Judge:　　　　Hon. R. Gary Klausner |

Addendum
Case No.: 2:14-cv-09600-RGK-E

Pursuant to Civil Local Rule 79-5 and Paragraph 15 of this Court's Standing Order (Dkt. No. 26), Defendant Sony Pictures Entertainment Inc. ("SPE") submits this Addendum to Plaintiffs' Application to File Documents Under Seal (Dkt. Nos. 136, 138), filed in connection with their Memorandum In Support of Motion for Class Certification ("Reply Memorandum").  By this Addendum, SPE respectfully requests that Exhibits 5, 6, and 7 of the Declaration of Linh G. Vuong ("Vuong Declaration") (Dkt. No. 137), and portions of Plaintiffs' Reply Memorandum  referencing those documents remain under seal and kept confidential pursuant to the Protective Order entered in this matter (Dkt. No. 92).  Specifically, SPE respectfully requests that the following remain under seal:

- Vuong Declaration Exhibit 5 in its entirety
- Vuong Declaration Exhibit 6 in its entirety
- Vuong Declaration Exhibit 7 in its entirety
- Plaintiffs' Reply Memorandum, page 8, lines 15-16, 22

Vuong Declaration Exhibits 5 and 6 are documents SPE produced to the Plaintiffs in discovery that it has designated as "Confidential" under the Protective Order.  These documents were produced from personnel files maintained by SPE and contain confidential personnel information.  Courts have recognized the privacy interests implicated by a company's personnel files and that their disclosure may be harmful to both the company and the employee.  *See, e.g.*, *Matter of Hawaii Corp.*, 88 F.R.D. 518, 524-525 (D. Haw. 1980) (ordering parties to file any document or information contained in personnel records to be submitted in litigation be filed under seal).

Vuong Declaration Exhibit 7 contains SPE's Responses and Objections to Plaintiffs' First Set of Interrogatories ("Interrogatory Responses"), and Plaintiffs' Reply Memorandum, page 8, lines 15-16 and 22, cites to information contained in the Interrogatory Responses.  SPE has designated the Interrogatory Responses as "Highly Confidential" under the Protective Order.  The document contains highly sensitive, non-public information about the nature and scope of personal information disclosed on the

1  Internet in the wake of the cyberattack on SPE.  Accordingly, this information implicates
2  the privacy concerns of SPE and its current and former employees.  Public disclosure of
3  this information risks its use for improper and harmful purposes, and SPE requests that it
4  remain under seal.  *See Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 679 (9th Cir.
5  2009) (courts should consider "whether disclosure of the material could result in
6  improper use of the material for scandalous or libelous purposes or infringement upon
7  trade secrets").

    For these reasons, SPE respectfully requests that the foregoing documents or portions of documents remain under seal.

Dated: September 4, 2015        Respectfully submitted,

WILMER CUTLER PICKERING
  HALE AND DORR LLP


/s/ *Christopher T. Casamassima*
_____
Christopher T. Casamassima

*Attorney for Defendant Sony Pictures Entertainment Inc.*