# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-09600-RGK (Ex) | Date | September 8, 2015 |
|---|---|---|---|
| Title | Michael Corona, et al. v. Sony Pictures Entertainment, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER RE: APPLICATION FOR ORDER TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION [136],[138]

  The Court is in receipt of Plaintiffs' Application for an Order Sealing Documents filed on September 3, 2015 [136], [138]. Plaintiffs request that the Court enter an order sealing certain documents and portions of documents in support of their Reply to the Motion for Class Certification. Defendant Sony Pictures Entertainment, Inc., filed an addendum to Plaintiffs' application to seal [140] on September 4, 2015. The Court hereby denies Plaintiffs' application without prejudice subject to the Court's ruling on Plaintiffs' Motion for Preliminary Approval of Proposed Settlement (To be filed no later than October 19, 2015). The Clerk is directed to return the original documents to the Plaintiffs.

  IT IS SO ORDERED.