Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**STIPULATION FOR ORDER AUTHORIZING PLAINTIFFS TO RE-FILE CLASS CERTIFICATION REPLY AND SUPPORTING DOCUMENTS IN THE EVENT THE COURT DENIES PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**<br><br>Judge:      Hon. R. Gary Klausner<br>Courtroom:  850 |

1    Plaintiffs and defendant Sony Pictures Entertainment Inc. ("SPE"), by and through
2 their respective counsel, hereby stipulate and agree, and further request that the Court
3 enter an order that in the event the Court denies preliminary approval of the proposed
4 settlement, plaintiffs shall promptly re-file their class certification reply memorandum
5 and supporting documents along with a renewed application to seal, and the re-filed
6 documents shall be deemed timely.
7    WHEREAS, on September 2, 2015, the parties filed a Stipulation for Order
8 Continuing Deadlines in Light of Proposed Settlement (ECF No. 134);
9    WHEREAS, on September 2, 2015, plaintiffs timely filed and served a reply in
10 support of their motion for class certification that included supporting documents, as well
11 as an application to file under seal certain documents that contain confidential
12 information (ECF No. 135, 136, 137);
13    WHEREAS, on September 3, 2015, after conferring with the Court's deputy clerk,
14 plaintiffs filed an amended application to file under seal (ECF No. 138);
15    WHEREAS, on September 3, 2015, the Court entered an order continuing for 45
16 days all deadlines set forth in the Order for Jury Trial and directing plaintiffs to file a
17 motion for preliminary approval of the proposed settlement by October 19, 2015 (ECF
18 No. 139);
19    WHEREAS, on September 4, 2015, SPE filed an addendum to plaintiffs'
20 application to file under seal (ECF No. 140);
21    WHEREAS, on September 8, 2015, the Court denied without prejudice plaintiffs'
22 application to seal subject to the Court's ruling on plaintiffs' motion for preliminary
23 approval of proposed settlement (ECF No. 141);
24    WHEREAS, to maintain the confidentiality of information in plaintiffs' reply
25 memorandum and supporting documents, the parties agree that, in the event the Court
26 denies preliminary approval of the proposed settlement, plaintiffs will promptly re-file
27 their class certification reply memorandum and supporting documents along with a
28 renewed application to seal, and the re-filed documents will be deemed timely.

1

STIPULATION FOR ORDER AUTHORIZING PLAINTIFFS TO RE-FILE CLASS
CERTIFICATION REPLY IN THE EVENT THE COURT DENIES PRELIMINARY APPROVAL
CASE NO: 2:14-9600-RGK-E

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ORDER THAT:**

1. In the event the Court denies preliminary approval of the proposed settlement, plaintiffs shall promptly re-file their class certification reply memorandum and supporting documents along with a renewed application to seal, and the re-filed documents shall be deemed timely.

Dated: September 10, 2015                  Respectfully submitted,

**GIRARD GIBBS LLP**

*/s/ Daniel C. Girard*
Daniel C. Girard

Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846


**KELLER ROHRBACK L.L.P.**

By: */s/ Lynn Lincoln Sarko*

Lynn Lincoln Sarko, *Admitted pro hac vice*
lsarko@kellerrohrback.com
Gretchen Freeman Cappio, *Admitted pro hac vice*
gcappio@kellerrohrback.com
Cari Campen Laufenberg, *Admitted pro hac vice*
claufenberg@kellerrohrback.com

1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497


**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: */s/ Michael W. Sobol*

Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Interim Co-Lead Class Counsel*

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade

dslade@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
11311 Arcade Drive
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Raúl Pérez
Raul.Perez@Capstonelawyers.com
Jordan L. Lurie
Jordan.Lurie@capstonelawyers.com
Robert Friedl
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett
Cody.Padgett@capstonelawyers.com
**CAPSTONE LAW APC**
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

John H. Gomez
john@gomeztrialattorneys.com
John P. Fiske
jfiske@gomeztrialattorneys.com
Deborah Dixon
ddixon@gomeztrialattorneys.com
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Joseph G.Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns

bfj@chimicles.com
Joseph B. Kenney
jbk@chimicles.com
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Richard A. Maniskas, Esquire
rmaniskas@rmclasslaw.com
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582

Steven M. Tindall
stindall@rhdtlaw.com
Valerie Bender
vbrender@rhdtlaw.com
**RUKIN HYLAND DORIA & TINDALL LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500
Chicago, IL 60613
Telephone: (312) 750-1265
Facsimile: (312) 212-5919

*Additional Plaintiffs' Counsel*

5
STIPULATION FOR ORDER AUTHORIZING PLAINTIFFS TO RE-FILE CLASS
CERTIFICATION REPLY IN THE EVENT THE COURT DENIES PRELIMINARY APPROVAL
CASE NO: 2:14-9600-RGK-E

| | |
|---|---|
| Dated: September 10, 2015 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | |
| |     */s/* William F. Lee |
| | David C. Marcus (SBN 158704) |
| | david.marcus@wilmerhale.com |
| | Christopher T. Casamassima (SBN 211280) |
| | chris.casamassima@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 350 South Grand Avenue, Suite 2100 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 443-5300 |
| | Facsimile: (213) 443-5400 |
| | |
| | William F. Lee (*pro hac vice*) |
| | william.lee@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 60 State Street |
| | Boston, MA 02109 |
| | Telephone:  (617) 526-6000 |
| | Facsimile:  (617) 526-5000 |

\*Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

6

STIPULATION FOR ORDER AUTHORIZING PLAINTIFFS TO RE-FILE CLASS CERTIFICATION REPLY IN THE EVENT THE COURT DENIES PRELIMINARY APPROVAL
CASE NO: 2:14-9600-RGK-E

**CERTIFICATE OF SERVICE**

I, Daniel C. Girard, hereby certify that on September 10, 2015, I caused the foregoing document to be filed electronically with the United States District Court for the Central District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of September 2015 at San Francisco, California.

  */s/* Daniel C. Girard

7

STIPULATION FOR ORDER AUTHORIZING PLAINTIFFS TO RE-FILE CLASS CERTIFICATION REPLY IN THE EVENT THE COURT DENIES PRELIMINARY APPROVAL
CASE NO: 2:14-9600-RGK-E