Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**[PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO RE-FILE CLASS CERTIFICATION REPLY AND SUPPORTING DOCUMENTS IN THE EVENT THE COURT DENIES PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**<br><br>Judge:       Hon. R. Gary Klausner<br>Courtroom:  850 |

1  Before the Court is the parties' Stipulation for Order Authorizing Plaintiffs
2  to Re-File Class Certification Reply and Supporting Documents in the Event the
3  Court Denies Preliminary Approval of Proposed Settlement.  Having considered
4  the Stipulation, and finding good cause shown, the Stipulation is hereby
5  GRANTED.  In the event the Court denies preliminary approval of the proposed
6  settlement, plaintiffs shall promptly re-file their class certification reply
7  memorandum and supporting documents along with a renewed application to seal,
8  and the re-filed documents will be deemed timely.
9
10 **IT IS SO ORDERED.**
11
12
13 DATE: _____    _____
14                                 Hon. R. Gary Klausner
                                   United States District Judge
15
16
...
28

1
[PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO RE-FILE CLASS
CERTIFICATION REPLY AND SUPPORTING DOCUMENTS

**CERTIFICATE OF SERVICE**

I, Daniel C. Girard, hereby certify that on September 10, 2015, I caused the foregoing document to be filed electronically with the United States District Court for the Central District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of September 2015 at San Francisco, California.

                   */s/* Daniel C. Girard

[PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO RE-FILE CLASS CERTIFICATION REPLY AND SUPPORTING DOCUMENTS