Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

| | |
|---|---|
| Daniel C. Girard (SBN 114826) | Michael W. Sobol (SBN 194857) |
| dcg@girardgibbs.com | msobol@lchb.com |
| **GIRARD GIBBS LLP** | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 601 California Street, 14th Floor | 275 Battery Street, 29th Floor |
| San Francisco, CA 94108 | San Francisco, CA 94111-3339 |
| T: (415) 981-4800 | T: (415) 956-1000 |
| F: (415) 981-4846 | F: (415) 956-1008 |

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>         Plaintiffs,<br>     vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>         Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**STIPULATION FOR ORDER EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge:       Hon. R. Gary Klausner<br>Courtroom:  850 |

Plaintiffs Michael Corona, Christina Mathis, Joshua Forster, Ella Carline Archibeque, Michael Levine, Geoffrey Springer, Marcela Bailey, and Steven Shapiro ("Plaintiffs"), and Defendant Sony Pictures Entertainment Inc. ("SPE"), by and through their respective counsel, hereby stipulate and agree, and further request that the Court enter an Order extending the Plaintiffs' deadline to file their motion for preliminary approval in this matter by 11 days, as follows:

WHEREAS, on September 1, 2015, Plaintiffs and SPE reached an agreement in principle to settle all of the claims of the putative class against SPE, subject to documentation, which will be submitted for the Court's approval in accordance with Fed. R. Civ. Pro. 23(e);

WHEREAS, on September 3, 2015, the Court entered an Order (ECF No. 139) suspending for 45 days all deadlines set forth in the operative Order for Jury Trial (ECF No. 71) for the parties to complete settlement documentation and for Plaintiffs to file a motion for preliminary approval of the proposed settlement by October 19, 2015;

WHEREAS, the parties have been working diligently and have made substantial progress toward finalizing the proposed settlement, including drafting a settlement agreement; retaining a settlement administrator; consulting with the settlement administrator to develop claims payment procedures and a notice plan; drafting forms of notice and claims forms to assure clear communication with the class; and developing procedures for payment of claims; and

WHEREAS, to allow the parties sufficient time to finalize all necessary materials for submission to the Court, the parties respectfully request that the Court continue the deadline for submission of Plaintiffs' motion for preliminary approval for 11 days, or until October 30, 2015.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ORDER THAT:**

1.  Plaintiffs' motion for preliminary approval of the proposed settlement shall be filed no later than October 30, 2015.

Dated: October 14, 2015          Respectfully submitted,

**GIRARD GIBBS LLP**

*/s/ Daniel C. Girard*
Daniel C. Girard

Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846


**KELLER ROHRBACK L.L.P.**

By: */s/ Lynn Lincoln Sarko*

Lynn Lincoln Sarko, *Admitted pro hac vice*
lsarko@kellerrohrback.com
Gretchen Freeman Cappio, *Admitted pro hac vice*
gcappio@kellerrohrback.com
Cari Campen Laufenberg, *Admitted pro hac vice*
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com

1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: */s/ Michael W. Sobol*

Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Interim Co-Lead Class Counsel*

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
11311 Arcade Drive
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Raúl Pérez
Raul.Perez@Capstonelawyers.com
Jordan L. Lurie
Jordan.Lurie@capstonelawyers.com
Robert Friedl
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett
Cody.Padgett@capstonelawyers.com
**CAPSTONE LAW APC**
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

John H. Gomez
john@gomeztrialattorneys.com
John P. Fiske
jfiske@gomeztrialattorneys.com
Deborah Dixon
ddixon@gomeztrialattorneys.com
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Joseph G.Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns
bfj@chimicles.com
Joseph B. Kenney
jbk@chimicles.com
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue

Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Richard A. Maniskas, Esquire
rmaniskas@rmclasslaw.com
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582

Steven M. Tindall
stindall@rhdtlaw.com
Valerie Bender
vbrender@rhdtlaw.com
**RUKIN HYLAND DORIA & TINDALL LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500
Chicago, IL 60613
Telephone: (312) 750-1265
Facsimile: (312) 212-5919

*Additional Plaintiffs' Counsel*

| | | |
|---|---|---|
| 1 | Dated:  October 14, 2015 | **WILMER CUTLER PICKERING** |
| 2 | | **HALE AND DORR LLP** |
| 3 | | |
| 4 | | _/s/_     William F. Lee |
| 5 | | |
| 6 | | David C. Marcus (SBN 158704) |
| 7 | | david.marcus@wilmerhale.com |
| | | Christopher T. Casamassima (SBN 211280) |
| 8 | | chris.casamassima@wilmerhale.com |
| 9 | | WILMER CUTLER PICKERING |
| | | HALE AND DORR LLP |
| 10 | | 350 South Grand Avenue, Suite 2100 |
| 11 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 443-5300 |
| 12 | | Facsimile: (213) 443-5400 |
| 13 | | |
| 14 | | William F. Lee (_pro hac vice_) |
| 15 | | william.lee@wilmerhale.com |
| | | WILMER CUTLER PICKERING |
| 16 | | HALE AND DORR LLP |
| 17 | | 60 State Street |
| | | Boston, MA 02109 |
| 18 | | Telephone:  (617) 526-6000 |
| 19 | | Facsimile:  (617) 526-5000 |

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

**CERTIFICATE OF SERVICE**

I, Daniel C. Girard, hereby certify that on October 14, 2015, I caused the foregoing document to be filed electronically with the United States District Court for the Central District of California's through the Court's mandated ECF service.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

　　　　　　　　　　　　　　　　　　　　　　　 */s/* Daniel C. Girard