Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF STIPULATION FOR ORDER EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge:     Hon. R. Gary Klausner<br>Courtroom: 850 |

DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF STIPULATION FOR ORDER
EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL

I, Daniel C. Girard, declare as follows:

1. I am a member in good standing of the California State Bar and a partner with the law firm of Girard Gibbs LLP, interim co-lead class counsel for plaintiffs. I make this declaration in support of the parties' Stipulation for Order Extending Deadline to File Motion for Preliminary Approval based on my personal knowledge. If called to testify to the contents of this declaration, I could and would competently do so.

2. As previously reported to the Court, on September 1, 2015, the parties reached an agreement in principle to settle all the claims of the putative class against SPE, subject to this Court's approval under Federal Rule of Civil Procedure 23(e).

3. To allow the parties time to complete settlement documents and for Plaintiffs to file a motion for preliminary approval of the settlement, the parties sought leave of the Court to stay all deadlines in this matter as set forth in operative Order for Jury Trial (ECF No. 71) for 45 days (ECF No. 134).

4. On September 3, 2015, the Court entered an Order (ECF No. 139) suspending for 45 days all deadlines set forth in the operative Order for Jury Trial to allow the parties to complete settlement documentation and for Plaintiffs to file a motion for preliminary approval of the proposed settlement by October 19, 2015.

5. To date, the parties have worked diligently and have made substantial progress toward finalizing the proposed settlement, including drafting a settlement agreement; retaining a settlement administrator; consulting with the settlement administrator to develop claims payment procedures and a notice plan; drafting forms of notice and claim forms to assure clear communication with the class; and developing procedures for payment of claims.

6. The parties previously requested a stay of the deadlines set forth in the operative Order for Jury Trial (ECF No. 71) in light of the proposed settlement, which the Court granted. ECF No. 139. The parties also previously requested a continuance of the Court's scheduled hearing on SPE's motion to dismiss, which the Court denied. ECF No. 63. Plaintiffs also previously requested an extension to complete class certification

1

DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF STIPULATION FOR ORDER EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL

1  briefing, which the Court granted. ECF No. 79. There have been no other requests for
2  extension of the deadlines set by the Court, and there have been no requests to extend the
3  deadline for Plaintiffs to file the motion for preliminary approval of the proposed
4  settlement.
5       7. To allow the parties sufficient time to complete the remaining steps to
6  finalize the settlement for submission to the Court, the parties respectfully request that the
7  Court continue the deadline for submission of Plaintiffs' motion for preliminary approval
8  for 11 days, or until October 30, 2015.
9      I declare under penalty of perjury that the foregoing is true and correct. Executed
10 this 14th day of October 2015, in San Francisco, California.

                                 */s/ Daniel C. Girard*
                                  Daniel C. Girard

**CERTIFICATE OF SERVICE**

I, Daniel C. Girard, hereby certify that on October 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

*/s/ Daniel C. Girard*
Daniel C. Girard