Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br>     vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>            Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge:        Hon. R. Gary Klausner<br>Courtroom:  850 |

1  Before the Court is Plaintiffs' and Defendant Sony Pictures Entertainment, Inc.'s
2  Stipulation for Order Extending Deadline to File Motion for Preliminary Approval.
3  Having considered the Stipulation, and finding good cause shown, the Stipulation is
4  hereby GRANTED.
5      1. Plaintiffs' motion for preliminary approval of the proposed settlement shall
6  be filed no later than October 30, 2015.

**IT IS SO ORDERED.**

Dated: _____

                                      Hon. R. Gary Klausner
                                      United States District Judge