Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Cari Campen Laufenberg, *admitted pro hac vice*
claufenberg@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>Defendant. | **CASE NO. 2:14−CV−09600−RGK−E**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: November 16, 2015<br>Time:            9:00 a.m.<br>Courtroom:   850<br>Judge:           Hon. R. Gary Klausner |

NOTICE OF MOTION AND MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 16, 2015, at 9:00 a.m., or as soon thereafter as this matter may be heard before the Honorable R. Gary Klausner of the United States District Court, Central District of California, Los Angeles Division, located at Court Room 850, 255 East Temple Street, Los Angeles, CA 90012, Plaintiffs Michael Corona, Christina Mathis, Joshua Forster, Ella Carline Archibeque, Michael Levine, Geoffrey Springer, Marcela Bailey, and Steven Shapiro will and hereby do move this Court to preliminarily approve the class action settlement reached between Plaintiffs and Sony Pictures Entertainment Inc. ("SPE").

Plaintiffs' motion is based on this notice, the accompanying memorandum of points and authorities, the declaration of Cari Campen Laufenberg, the declaration of Jennifer M. Keough, the proposed order, and any additional argument and evidence the Court may consider.

Dated:   October 19, 2015            Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

By: */s/ Cari Campen Laufenberg*
Cari Campen Laufenberg, *Admitted pro hac vice*
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

1
NOTICE OF MOTION AND MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT

**GIRARD GIBBS LLP**

Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Michael W. Sobol
msobol@lchb.com
Roger N. Heller
rheller@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY10013-1413
Telephone: (212) 355-9500
Facsimile:  (212) 355-9592

*Interim Co-Lead Class Counsel*

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com

|   |   |
|---|---|
| 1 | **CARNEY BATES & PULLIAM, PLLC** |
| 2 | 11311 Arcade Drive |
|   | Little Rock, AR 72212 |
| 3 | Telephone: (501) 312-8500 |
| 4 | Facsimile: (501) 312-8505 |
| 5 |   |
|   | Raúl Pérez |
| 6 | Raul.Perez@Capstonelawyers.com |
|   | Jordan L. Lurie |
| 7 | Jordan.Lurie@capstonelawyers.com |
| 8 | Robert Friedl |
|   | Robert.Friedl@capstonelawyers.com |
| 9 | Tarek H. Zohdy |
| 10 | Tarek.Zohdy@capstonelawyers.com |
| 11 | Cody R. Padgett |
|   | Cody.Padgett@capstonelawyers.com |
| 12 | **CAPSTONE LAW APC** |
| 13 | 1840 Century Park East, Suite 450 |
|   | Los Angeles, CA 90067 |
| 14 | Telephone: (310) 556-4811 |
| 15 | Facsimile: (310) 943-0396 |
| 16 |   |
| 17 | John H. Gomez |
|   | john@gomeztrialattorneys.com |
| 18 | John P. Fiske |
| 19 | jfiske@gomeztrialattorneys.com |
|   | Deborah Dixon |
| 20 | ddixon@gomeztrialattorneys.com |
| 21 | **GOMEZ TRIAL ATTORNEYS** |
|   | 655 West Broadway, Suite 1700 |
| 22 | San Diego, CA 92101 |
| 23 | Telephone: (619) 237-3490 |
|   | Facsimile: (619) 237-3496 |
| 24 |   |
| 25 | Joseph G.Sauder |
|   | jgs@chimicles.com |
| 26 | Matthew D. Schelkopf |
| 27 | mds@chimicles.com |
|   | Benjamin F. Johns |
| 28 | bfj@chimicles.com |

3

NOTICE OF MOTION AND MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT

| | |
|---|---|
| 1 | Joseph B. Kenney |
| 2 | jbk@chimicles.com |
|   | **CHIMICLES & TIKELLIS LLP** |
| 3 | One Haverford Centre |
| 4 | 361 West Lancaster Avenue |
|   | Haverford, PA 19041 |
| 5 | Telephone: (610) 642-8500 |
| 6 | Facsimile: (610) 649-3633 |
| 7 | |
|   | Richard A. Maniskas, Esquire |
| 8 | rmaniskas@rmclasslaw.com |
|   | **RYAN & MANISKAS, LLP** |
| 9 | 995 Old Eagle School Road, Suite 311 |
| 10 | Wayne, PA 19087 |
|    | Telephone: (484) 588-5516 |
| 11 | Facsimile: (484) 450-2582 |
| 12 | |
| 13 | Steven M. Tindall |
|    | stindall@rhdtlaw.com |
| 14 | Valerie Bender |
| 15 | vbrender@rhdtlaw.com |
|    | **RUKIN HYLAND DORIA & TINDALL LLP** |
| 16 | 100 Pine Street, Suite 2150 |
| 17 | San Francisco, CA 94111 |
|    | Telephone: (415) 421-1800 |
| 18 | Facsimile: (415) 421-1700 |
| 19 | |
| 20 | Katrina Carroll |
|    | kcarroll@litedepalma.com |
| 21 | Kyle A. Shamberg |
| 22 | kshamberg@litedepalma.com |
|    | **LITE DEPALMA GREENBERG, LLC** |
| 23 | 211 W. Wacker Drive, Suite 500 |
| 24 | Chicago, IL 60613 |
|    | Telephone: (312) 750-1265 |
| 25 | Facsimile: (312) 212-5919 |
| 26 | |
| 27 | *Additional Plaintiffs' Counsel* |
| 28 | |

NOTICE OF MOTION AND MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT

# CERTIFICATE OF SERVICE

I, Cari Campen Laufenberg, hereby certify that on October 19, 2015, I electronically filed **Notice of Motion and Motion for Preliminary Approval of Class Settlement** with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg