Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Cari Campen Laufenberg, *admitted pro hac vice*
claufenberg@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Interim Co-Lead Class Counsel*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>  vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>    Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Hearing Date: November 16, 2015<br>Time:   9:00 a.m.<br>Courtroom: 850<br>Judge:   Hon. R. Gary Klausner |

DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

I, Cari Campen Laufenberg, declare as follows:

1.      I am a member in good standing of the Washington State Bar and a partner with the law firm of Keller Rohrback L.L.P., Interim Co-Lead Class Counsel in this case. I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.  I have personal knowledge of the facts stated herein.  If called to testify to the contents of this declaration, I could and would competently do so.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the parties' Settlement Agreement and Release.  The Settlement Agreement has seven (7) exhibits:

- Exhibit 1: Proposed Order Granting Preliminary Approval of Settlement
- Exhibit 2: Mail Notice
- Exhibit 3: Publication Notice
- Exhibit 4: Long-Form Notice
- Exhibit 5: Plan of Allocation
- Exhibit 6: Identity Theft/ Misuse Claim Form
- Exhibit 7: Preventive Measures Claim Form

## Case Background and Procedural History

3.      In November 2014, Sony Pictures Entertainment Inc. ("SPE") was the victim of a major cyberattack.  Between December 15, 2014 and January 6, 2015, seven cases were filed in federal court by former SPE employees on behalf of overlapping classes of current and former SPE employees whose personally identifiable information had been compromised as a result of the SPE Cyberattack.  Plaintiffs in these cases alleged that SPE failed to reasonably secure the personal information of its current and former employees.[1]

4.      Counsel for Plaintiffs conferred about how to most effectively structure and manage the litigation, ultimately agreeing that Girard Gibbs, Keller Rohrback and Lieff Cabraser should seek appointment as Interim Co-Lead Class Counsel.  The three firms

---

[1] Capitalized terms not defined herein are given the meaning assigned to them in the Settlement Agreement.

DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

filed a joint motion requesting appointment on January 12, 2015.  ECF No. 31.  The Court appointed the firms to serve as Interim Co-Lead Class Counsel on February 17, 2015.  ECF No. 46.

5.     Plaintiffs also agreed to file a single consolidated complaint and dismiss the other complaints.  Plaintiffs' counsel investigated the underlying facts of the SPE Cyberattack and the potential legal claims, and spoke with many current and former SPE employees about their experiences.  On March 2, 2015, Plaintiffs Michael Corona, Christina Mathis, Ella Carline Archibeque, Lawon Exum, Joshua Forster, Marcela Bailey, Michael Levine, Geoffrey Springer, and Steven Shapiro filed an Amended Class Action Complaint asserting statutory and common law claims.  ECF No. 43.  On May 14, 2015, Plaintiff Lawon Exum voluntarily dismissed his claims without prejudice.  ECF No. 80.

6.     SPE filed a motion to dismiss Plaintiffs' claims on March 23, 2015.  ECF No. 59.  Plaintiffs opposed the motion (ECF No. 62) and SPE filed a reply (ECF No. 66).  The Court denied SPE's motion in part on June 15, 2015, holding that Plaintiffs alleged facts plausibly establishing at the pleading stage their Article III standing and their claims for violation of the California Confidentiality of Medical Information Act and the California Unfair Competition Law, negligence, and declaratory relief.  ECF No. 97.

7.     After the parties conducted their initial Rule 26(f) conference, Plaintiffs served SPE with requests for production of documents related to, among other things, SPE's data security, the employee personally identifiable information that was compromised and disclosed on the Internet, and SPE's response to the SPE Cyberattack.

8.     The parties engaged in six months of discovery, providing them with the information they needed to negotiate the proposed settlement.  Plaintiffs drafted and responded to several sets of written discovery, reviewed over 55,400 pages of documents and 3,710 spreadsheets produced by SPE, third parties, and experts, worked with experts to develop their class certification and merits theories, and conducted and defended depositions.  The parties held frequent, often lengthy, meet and confer sessions to address

DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

conflicts that arose regarding the scope and timing of discovery, and were able to resolve many of their disputes through this process without requiring the Court's assistance.

9.    Plaintiffs served SPE with two sets of interrogatories requesting information regarding the number of employees whose personally identifiable information was disclosed on the Internet, the servers that store employee personally identifiable information, and SPE's information security.  Plaintiffs also took a Rule 30(b)(6) deposition of SPE on topics related to the employee personally identifiable information that was compromised and disclosed on the Internet as a result of the SPE Cyberattack. Plaintiffs also pursued informal discovery by, among other things, searching and reviewing many of the hundreds of thousands of SPE internal documents that were disclosed on the Internet.

10.    Plaintiffs collected and produced over 1,360 pages of documents and 80 spreadsheets to SPE in response to requests for production and responded to interrogatories.  The parties met and conferred several times about Plaintiffs' document production and interrogatory responses.  SPE also deposed all eight Plaintiffs in Los Angeles, Denver, Washington, D.C., New York, N.Y., and Palo Alto.

11.    After Plaintiffs moved for class certification, the parties continued the discovery process.  The parties continued to meet and confer and exchange emails and letters to negotiate search terms and custodians for the production of relevant documents, and a supplemental protective order.  Plaintiffs also identified third parties who were likely to possess information and documents regarding the SPE Cyberattack.  Plaintiffs served subpoenas on eight individuals and entities, and reviewed documents produced in response.

12.    Plaintiffs also engaged two experts to assist with developing their claims. Plaintiffs hired and consulted with economist Henry Fishkind, Ph.D., and data breach expert Larry Ponemon, Ph.D.  Plaintiffs worked with the experts to analyze the files SPE produced, and each expert prepared detailed reports that Plaintiffs filed with their motion for class certification.  ECF Nos. 107, 109.  SPE deposed both experts regarding their

3

DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

opinions.  SPE opposed Plaintiffs' motion on August 11, 2015 and submitted two reports by its own experts.  ECF No. 112.  Plaintiffs reviewed over 4,100 pages of documents produced by SPE's two experts and took their depositions.  Plaintiffs also worked with Dr. Ponemon and Dr. Fishkind to analyze SPE's expert reports.  Plaintiffs lodged their reply in support of their motion for class certification on September 2, 2015 and submitted rebuttal reports prepared by their experts.

### Settlement Negotiations

13.     The parties commenced arm's-length settlement negotiations in June 2015. On June 11, 2015, the parties participated in a private, in-person, mediation session supervised by Professor Eric Green of Resolutions, LLC.  The parties met by videoconference in advance of the mediation to discuss the possible parameters of a settlement, and provided the mediator with briefs addressing their respective positions and their assessments of the risks in this case.  The parties also held separate telephonic conferences with the mediator in advance of the in-person session.  After a full-day session, despite their best efforts, the parties were not able to reach an agreement.

14.     Following the June 11, 2015 session, the parties continued to confer with one another and with the mediator.  With Professor Green's assistance, the parties held numerous telephonic conferences to discuss settlement options, and spoke both jointly and separately with the mediator in their efforts to reach a compromise.  On September 1, 2015, the parties reached an agreement in principle on the Class benefits, subject to full documentation and Court approval.  After the material terms of the Class benefits were agreed upon in principle, the parties discussed attorneys' fees, costs, and expenses.  The parties have since worked diligently to negotiate and document the settlement terms.

15.     Plaintiffs are informed of and have approved the terms of the proposed settlement.

16.     Based on our experience in prosecuting class action cases involving data breaches and other privacy issues, and our investigation of the facts and legal issues in

---

4

### DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

this case, Interim Co-Lead Class Counsel believe that the proposed settlement is in the best interests of the Settlement Class.

17.    Interim Co-Lead Class Counsel intend to request an award of attorneys' fees, costs, and expenses in the amount of $3,490,000.  Any award of attorneys' fees, costs, and expenses approved by the Court, not to exceed $3,490,000, will be paid by SPE separately from the monetary relief paid to Class members.

18.    Interim Co-Lead Counsel also intend to request service awards in the amount of $3,000 for each of the Plaintiffs to compensate them for the work they performed in litigating this case and the risk they undertook in stepping forward to represent the proposed Settlement Class.  In addition to assisting Plaintiffs' counsel with their investigation of the facts, each of the Plaintiffs collected and produced documents to SPE, responded to interrogatories, and was deposed.

### State Cases

19.    Four cases were filed in Los Angeles Superior Court by former SPE employees who asserted similar claims ("State Plaintiffs").  The State Plaintiffs stayed their cases pending resolution of the federal cases.

20.    The State Plaintiffs are informed of the proposed settlement.  Class Counsel will ask the Court to approve service awards for State Plaintiffs Amy McKenzie, Yvonne Yaconelli, Susan Dukow, Bruce Ochmanek, Hiram Vargas, and Laura Churchill in the amount of $1,000 each.  Interim Co-Lead Counsel will request that a portion of any attorneys' fees and costs awarded be allocated to State Plaintiffs' counsel for their time, costs and expenses in the litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of October 2015, in Seattle, Washington.


*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg

5

DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I, Cari Campen Laufenberg, hereby certify that on October 19, 2015, I electronically filed **Declaration of Cari Campen Laufenberg in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement** with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.


*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg

6

DECLARATION OF CARI CAMPEN LAUFENBERG IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT