**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**DECLARATION OF JENNIFER M. KEOUGH REGARDING PROPOSED CLASS MEMBER NOTIFICATION PROGRAM**<br><br>Judge:        Hon. R. Gary Klausner<br>Courtroom:  850 |

JENNIFER M. KEOUGH declares and states as follows:

1.  I am Chief Operating Officer of The Garden City Group, LLC ("GCG"). I have over 20 years of experience working in the legal field. The overwhelming majority of that time has been spent managing complex projects and class action administrations. I have particular expertise in the innovative construction of administration protocols, plan-of-allocation design and interpretation, and processes involving highly complex data issues, to name a few. Attached as **Exhibit A** is a summary of my background and experience. This declaration is based upon my personal knowledge, as well as upon information provided to me by counsel and experienced GCG employees, and if called on to do so, I could and would testify competently thereto.

2.  GCG has been providing comprehensive legal administrative and notice services for over 25 years. GCG is a recognized leader in legal administration services for class action settlements, bankruptcy cases, and legal noticing programs, and has operational offices in New

– 1 –

York, Washington, Ohio, Oregon, California, and Florida.  GCG has a staff of more than 1,000 including lawyers, a nationally recognized noticing expert, a team of software engineers, call center professionals, in-house legal advertising specialists, and graphic artists with extensive website design experience.

3. GCG handles the administration of a wide variety of class action settlements and notice programs, including but not limited to, consumer, securities, mass tort, antitrust, and product liability, labor and employment, ERISA, civil and human rights, insurance and healthcare.  Our team has served as administrator for over 2,500 cases.  In the course of its history, GCG has mailed over 287 million notices, disseminated over 700 million emails, handled over 28 million phone calls, processed over 50 million claims, and distributed over $33 billion in settlement benefits.  GCG's Corporate Resume is attached hereto as **Exhibit B**, and an extensive list of the cases GCG has handled can be found on our website at http://www.gardencitygroup.com and in **Exhibit C** attached hereto.

4. In the instant matter, GCG has been engaged to develop and implement a proposed legal notice program (the "Notice Program") to provide notice of a settlement (the "Settlement").  As more fully described below, the proposed plan will provide notice to Settlement Class Members ("SCMs"), who include:

- All current and former Sony Pictures Entertainment Inc. ("SPE") corporate and production employees; and

- Individuals who are not current or former SPE corporate or production employees, but: (a) whose PII SPE has determined was disclosed on the Internet as a result of the SPE Cyberattack; and (b) for whom SPE has contact information sufficient to provide direct notice pursuant to the terms of the Notice Program described in the Settlement Agreement.

5. This Declaration describes the proposed Notice Program and why it is the most appropriate and practicable under the circumstances.

6. Based on our experience with similar data breach matters, the best form of notice to SCMs is by individual direct mail notice.  To notify SCMs of the Settlement by direct mail,

– 2 –

GCG anticipates SPE providing GCG with a mailing list of identifiable SCMs (names and last known mailing addresses), subject to the availability of information in reasonably accessible electronic form.  Subject to the additional address updates outlined below, GCG anticipates mailing a summary notice to all SCMs on the Class List.  The summary notice will include information on the Settlement, deadlines by which the SCMs must act, and will direct them to the website and toll free number where they can get further information.  Based upon information provided by SPE and further communications with Counsel, GCG understands that available mailing data represents over 95% of SCMs.

7. Prior to mailing to individuals on the Class List and in order to improve overall notice deliverability, and pursuant to the Settlement, GCG will update addresses on the Class List using the National Change of Address ("NCOA") database.[1]  Supplementing the NCOA search and further improving deliverability, to the extent any initial mailing piece is returned undeliverable by the U.S. Postal Service, GCG anticipates undertaking reasonable additional searching to find updated addresses where SCMs may reliably be located.

8. Importantly, the Notice Program will also include an official website and a toll-free information line.  On the website, SCMs will be able to obtain further information about the class action, their rights, dates and deadlines, and related information.  The website address will be prominently displayed in the summary notice mailed to SCMs and in the publication notice (described in paragraph 10 below).  Additionally, claim forms will be available for downloading and may be filed online through the website.  Important court documents and a long form notice will also be available for downloading, in addition to other information.  The website established and maintained by GCG will be accessible 24-hours a day, 7-days a week.

9. GCG will maintain a toll-free telephone line where callers may obtain information

---

[1] The NCOA database is an official United States Postal Service technology product, which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mailstream.  This product is an effective tool to update address changes when a person has completed a change of address form with the Post Office.

– 3 –

and have questions answered about the class action. The telephone number will be prominently displayed in the direct mail notice and publication notice, as well as on the website.

10. Finally, the direct mail notice campaign will be supplemented by publication notice in *People Magazine*. This publication will undoubtedly increase the awareness of SCMs regarding this Settlement.

11. In my professional opinion and based on my experience, the Notice Program outlined above, which includes directly mailing a notice to the vast majority of the SCMs, an official settlement website, a dedicated toll-free information line, and supplemental publication in *People Magazine*, a leading national publication that further supports notice to all SCMs, will provide the best notice practicable under the circumstances and is consistent with other court-approved notice programs in similar matters.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of October, 2015 at Seattle, Washington

                                                                                 _____
                                                                                 JENNIFER M. KEOUGH

– 4 –

# Exhibit A

# Jennifer M. Keough
## Executive VP & Chief Operating Officer

**CONTACT**

P. 206-876-5276

1531 Utah Ave S Seattle, WA 98134

jennifer.keough@gardencitygroup.com

As GCG's Executive Vice President and Chief Operating Officer, Jennifer Keough oversees all legal administration operations across the company's national class action, bankruptcy, mass tort and regulatory practice areas. Ms. Keough is responsible for managing GCG's West Coast Headquarters in Seattle, which she opened in 2003 and grew from three employees to more than 300 today. She also manages GCG's 60,000 square foot state-of-the-art mail, claims processing and call center facility in Dublin, OH. Under her leadership, GCG has continued to expand nationally to meet the demands of our growing client base.

Ms. Keough is highly regarded within the industry for her ability to find solutions to the most complicated legal administration challenges. With extensive experience in all facets of legal notice programs, and as a pioneer of large-scale email notice campaigns, her personal involvement in the development and implementation of groundbreaking outreach campaigns has ensured the success of GCG's largest and most high-profile matters, including the *General Motors Ignition Switch Defect Litigation*; the $20 billion *Gulf Coast Claims Facility*; the $10.3 billion *Deepwater Horizon Settlement Program*; the *Engle v. RJ Reynolds Tobacco Co. Trust Administration*; the *Classmates.com Consolidated Litigation*; the *AT&T Third Party Billing Settlement* and the *T-Mobile Voluntary Refund Program*. She is often called upon to testify to the effectiveness of GCG's notice programs, including testifying before the U.S. Senate Committee on Indian Affairs regarding GCG's handling of the landmark $3.4 billion *American Indian Trust Settlement Program*.

Ms. Keough has particular expertise in the innovative construction of processes involving highly complex data issues, extensive documentation requirements, and high dollar awards, as well as in the effective execution of voluntary and government-ordered remediation programs. She also plays a key role in the protection and privacy of highly sensitive data and personally identifiable information in every administration GCG handles, and has assisted numerous clients in their data breach prevention and response programs. She brings an insider's perspective with extensive experience and operations knowledge. Prior to joining GCG, she worked as a Class Action Business Analyst for Perkins Coie, Washington State's largest law firm, where she was responsible for managing the settlement implementation process for large class action settlements. Prior to that, Ms. Keough worked for more than a decade at Smith & Hennessey PLLC, where she managed large scale legal projects and financial investigations in complex matters.

As part of a leadership team that comprises 50 percent women, Ms. Keough was named as a Woman Worth Watching by *Profiles in Diversity Journal* in recognition of her career achievements and their impact on gender equity in workforce leadership. Ms. Keough is a mentor and sponsor to employees throughout the organization, and actively supports GCG's Diversity & Inclusion leadership to foster employee engagement and development opportunities company-wide. She is a frequent speaker and writer for industry publications.

**Education**
Seattle University Albers School of Business, B.A., cum laude; M.A. Business Management; Finance and Valuation
Seattle University School of Law, J.D.

**Awards**
2015 Woman Worth Watching, *Profiles in Diversity Journal*
Crawford's 2012 CEO Award



# Exhibit B



# CORPORATE RESUME

Garden City Group, LLC (GCG) is the premier provider of legal administration services in the United States. For the past 30 years, law firms, corporations, government agencies, and courts have hired GCG to handle administrative challenges that arise in class actions, mass actions, bankruptcy proceedings, and other projects that require the coordination of outreach, communication, and the distribution of funds. GCG has administered some of the largest actions of all time, including those involving class action, bankruptcy and mass tort claims.  GCG has administered over 3,000 settlements; mailed over 300 million notices; processed over 30 million claims; distributed over $63 billion in compensation; and issued approximately 30 million checks. GCG has handled over 32 million calls and designed and launched hundreds of settlement websites.  For five years in a row, GCG has been the highest ranked class action settlement administrator in the *New York Law Journal* survey of "Best Claims Administrator."

**SETTLEMENT VALUE**

15 settlements valued > $1 billion
18 more settlements valued > $500 million
55 more settlements valued ≥ $100 million

**CLAIMS PROCESSED**

39 settlements with 250,000 claims

**NOTICES DISSEMINATED**

12 settlements with > 10,000,000 notices
34 settlements with ≥ 2,000,000 notices
20 settlements with ≥ 1,000,000 notices

**GCG'S PERSONNEL**

GCG is the country's largest and most experienced settlement administrator with approximately 1,000 employees nationwide. We are the only administrator with more than 100 former attorneys on staff, many of whom have practiced class action, bankruptcy and mass tort law.  GCC's Executive Team – David Isaac, GCG's Chief Executive Officer; Neil Zola, GCG's President; Karen Shaer, GCG's Senior Executive Vice President and General Counsel; and Jennifer Keough, GCG's Executive Vice President and Chief Operating Officer – are the most experienced in the industry.

The depth of experience of our current personnel can be measured both by their years administering settlements at GCG, and by their prior related endeavors, such as claims administration, litigation, brokerage, banking and information technology consulting. Our professionals have received extensive training over the years, both on the job, and in their undergraduate and graduate studies.  Many have or have had licenses and certifications in disciplines that are germane to legal administrations such as CPA, CFA, Series 3, Series 4, and Series 7.

**QUALITY ASSURANCE**



GCG leads our industry in Quality Assurance ("QA"), fraud detection/prevention, and privacy protection measures.  In January 2013, GCG became the first and only administrator to obtain the American Institute of Certified Public Accountants (the "AICPA") Service Organizations Controls ("SOC") 2 Report. In that Report, an independent auditor attested that GCG's claims

Page 1




administration process is designed to meet the rigorous Trust Services Criteria that the AICPA established for each of its five Trust Services Principles: Security, Availability, Processing Integrity, Confidentiality and Privacy. That Report attests that the controls in GCG's claims administration processes are designed to calculate legitimate claimants' recoveries by, among other things, contacting and communicating with as many potential claimants as possible, protecting the confidential information GCG receives from or on behalf of claimants, processing the proofs of claim GCG receives, and accepting as many proofs of claim as possible, but only when those proofs of claim satisfy the standards for recovery relevant to each settlement. No other administrator may tout this prestigious credential. Additionally, and equally significant, in each of the independent examinations of GCG administrations conducted in the past several years, GCG's settlement processing has been found to be at a minimum 99.97% accurate.

**SYSTEMS**

GCG's Systems Department manages our proprietary technology, and develops state-of-the-art systems for our projects. Our technology allows us to provide efficient, cost-effective services to our clients, while protecting the security of confidential information. Our system is stalwart enough to house massive amounts of data, yet nimble enough to allow for a customized client portal that provides several different levels of access and security clearance for our clients to interact with that data on demand.

**DATA SECURITY**

GCG's technology and data security is the most robust in the business. Our high security standards ensure that clients can rely upon GCG to protect the sensitive information they entrust to our care. We routinely work for major financial institutions that require us to complete very detailed and comprehensive questionnaires regarding our IT capability and security. Our data center in Dublin, Ohio, has been visited by numerous clients who have stress-tested our systems and who now identify GCG as a preferred provider. We also have worked for several cutting-edge technology companies and major corporations, who, as a prerequisite to hiring us have attempted to hack into our systems without success.

**FRAUD PREVENTION**

GCG's fraud prevention and compliance program is anchored by our Senior Executive Vice President and General Counsel, Karen Shaer, and Tom Davis, Vice President, Operations, Compliance and Fraud Prevention, which ensures that GCG diligently protects our clients' privacy and the settlement funds entrusted to our care. All of our information systems are secure, password and firewall protected, and protected by other means. Working jointly with our partner financial institutions, GCG employs multi-tiered levels of security and fraud prevention to ensure the protection of a class' assets from fraud. GCG is also always in compliance with the Office of Foreign Asset Control (OFAC) and conducts searches on checks that it issues to ensure compliance with OFAC and other federal and state regulations. GCG partners with law enforcement agencies and financial service organizations to investigate and expose dishonest schemes before they have an opportunity to succeed.




**DIVERSITY & INCLUSION**

GCG is the only administration firm in the country to have a formal, established Diversity and Inclusion program. As an Equal Opportunity/Affirmative Action Employer, diversity and inclusion are integral to both the success of our company and our ability to provide industry-leading services. GCG's commitment to embracing and respecting employee differences creates a diverse working environment enriching our offices nationally, contributing positively to our employees' work experience, and driving our productivity. GCG's company-wide Diversity & Inclusion program sets the standard within our industry for both the caliber of its leadership and the wide-ranging content of its programs and reach within our organization. Recognizing that the diversity of our employees extends far beyond race and gender, GCG's policies and practices set the standard in the legal administration industry for their recognition and inclusion of employees regardless of age, sexual orientation, veteran's status or disability.

**LOCATIONS**

GCG's size and national scope ensure that experienced teams of professionals are always available to meet our clients' needs throughout the United States and abroad. With dual headquarters in New York and Seattle, GCG truly has a national footprint, with access to local employees and resources which are important for our clients. Our 60,000-square-foot call and processing center in Dublin, Ohio, incorporates state-of-the-art mail and claim processing facilities, and an industry leading Call Center team staffed with experienced call agents and supervisors to support the hundreds of active legal administration projects GCG handles at any given time.

**EXPERIENCE ADMINISTERING "MEGA-FUND" SETTLEMENTS**

As the leading class action claims administrator, GCG has built its reputation and is most known for its work on large, complex administrations, some involving millions of claims. GCG has handled nearly 90 administrations with settlement values of more than $100 million. Below is a summary discussion of just a few of these administrations.

*Gulf Coast Claims Facility:* GCG handled the administration of the $20 billion fund established by BP for damages arising out of the Gulf oil spill.

- Mailed more than 550,000 claim packets and received nearly 1 million claims
- Designed official and secure website in multiple languages, which has had more than 1.2 billion website hits
- Handled more than 7 million calls (including more than 330,000 calls in one day) and 1 million emails
- Distributed payments to more than 225,000 claimants totaling in excess of $6.5 billion
- Created (and continue to maintain) a database with more than 70 million records/images




*Deepwater Horizon Economic and Property Damage Settlement:* Class action settlement estimated at approximately $10.3 billion.

- Launched 30,000 square foot Gulf Coast intake facility in 30-day period, with over 200 initial employees
- Recruited and trained more than 800 new employees for call center
- Mailed more than 1 million personalized notices to potential class members and their counsel
- Designed (and continue to maintain) official website in English, Spanish and Vietnamese
- Processed more than 24,000 "opt-out" requests on an expedited basis
- Distributed over $5.7 billion and counting

*Indian Trust Settlement (Cobell v. Salazar):* The U.S. Department of Justice retained GCG to administer this landmark $3.4 billion settlement – the largest settlement with the United States government in history and a matter of national import.

- Distributed notice materials to more than 700,000 individuals
- More than 2.5 million minutes of class member call time
- Provided informational video in 10 languages on website
- Assisted with extensive clean-up of a complicated and incomplete database, including conducting research to locate individuals and account holders
- Commenced distributions ahead of the Court-ordered schedule with nearly 80 percent of checks issued to date being cashed by the recipient in less than 20 days

*VisaCheck/MasterMoney Antitrust Litigation*: ($3.05 billion settlement).

- Mailed notice to over 8 million potential class members and processed more than 800,000 claims
- Processed complex data from 85 sources including 200,000,000 transactions
- Handled hundreds of thousands of phone calls and tens of thousands of emails and correspondence
- Distributed nearly 2 million checks for total proceeds of approximately $2.61 billion in seven separate distributions

*In re WorldCom Securities Litigation:* This $6.15 billion settlement involved 14 separate settlements and four separate pools of settlement funds that resulted from settling different claims with different class periods asserted against different defendants.

- Distributed notice materials to nearly 4 million parties and processed nearly 1 million claims
- An independent audit determined GCG's processing and claim calculations over 99.97% accurate
- Provided nearly 70,000 potential class members with direct assistance from a live operator
- Distributed over 2.1 million checks

# Exhibit C

GCG
Garden City Group, LLC

## EXPERIENCE IN MAJOR SETTLEMENTS BY DOLLAR VALUE

**Gulf Coast Claims Facility**
$20 billion
**BNY Mellon Countrywide RMBS**
$8.5 billion
**Deepwater Horizon Economic Settlement**
$7.8 billion
**WorldCom Securities**
$6.15 billion
**Bank of America Auction Rate Securities Litigation**
$4.5 billion
**JP Morgan Chase RMBS**
$4.5 billion
**Indian Trust**
$3.4 billion
**Tyco Securities**
$3.2 billion
**VisaCheck/Mastermoney Antitrust**
$3.05 billion
**Bank of America Corp. Securities Derivative & ERISA**
$2.43 billion
**Stryker Modular Hip**
$1.43 billion
**Claims Resolution Tribunal (Swiss Bank)**
$1.25 billion
**Royal Ahold Securities**
$1.10 billion
**Nortel Networks Securities I**
$1.10 billion
**Nortel Networks Securities II**
$1.10 billion
**Exxon Dealer**
$1.08 billion
**Johnson & Johnson Acuvue**
$860 million
**Air Cargo Antitrust**
$853 million
**Marsh & McLennan**
$850 million
**Engle Trust Fund**
$800 million
**Tremont Securities**
$800 million
**Washington Public Power Supply Systems**
$750 million
**Bristol Myers Securities**
$750 million
**Citigroup Inc. Bond**
$730 billion
**United States v. Pokerstars**
$730 million
**Wachovia Preferred Securities and Bond/Notes**
$627 million
**SEC v. CR Intrinsic Investors**
$602 million
**Citigroup Inc. Securities**
$590 million
**IPO Securities**
$586 million
**Lucent Technologies Inc. Securities**
$517 million

**Lehman Brothers Equity/Debt Securities**
$516 million
**Auction Houses Antitrust**
$512 million
**Countrywide MBS**
$500 million
**Bear Stearns Mortgage Pass Through Certificates**
$500 million
**Global Crossing Securities**
$447 million
**Polyurethane Foam Antitrust**
$432 million
**Refco Inc. Securities**
$425 million
**Ohio Bureau of Workers' Compensation**
$420 million
**Freddie Mac Securities**
$410 million
**Ticketmaster.com**
$386 million
**Western Union Money Transfer**
$380 million
**Hillenbrand Antitrust**
$338 million
**BNY Mellon Forex Transactions**
$335 million
**RALI MBS**
$335 million
**Delphi Corp. Securities**
$322 million
**Williams Securities**
$311 million
**Daimler/Chrysler AG Securities**
$300 million
**Oxford Plans Securities**
$300 million
**Bear Stearns Securities**
$295 million
**Indirect Vitamin Products Antitrust**
$225 million
**Horn v. Bank of America**
$223 million
**Beacon Jeanneret Madoff**
$219 million
**Tenet Healthcare Securities**
$217 million
**Sears Roebuck & Co. Securities**
$215 million
**Washington Mutual, Inc. Securities**
$209 million
**Mills Corporation Securities**
$203 million
**Kinder Morgan Shareholder**
$200 million
**Tobacco Growers Antitrust**
$200 million
**CMS Energy Securities**
$200 million
**WellCare Securities**
$200 million
**Lease Oil Antitrust**
$194 million

**Music Publishers**
$184 million
**Maxim Integrated Products, Inc. Securities**
$173 million
**Broadcom Corporation**
$173 million
**First Colony Life Insurance Company**
$165 million
**Steel Antitrust**
$163 million
**Dollar General Securities**
$162 million
**Fannie Mae Securities**
$153 million
**SEC v. RBS Securities (MBS)**
$153 million
**Buspirone Antitrust**
$145 million
**MF Global Securities**
$139 million
**Napster Copyright**
$130 million
**Delphi Securities**
$128 million
**Bristol Myers Squibb Securities**
$125 million
**Wells Fargo Mortgage Backed Certificates**
$125 million
**Expedia Hotel Taxes and Fees**
$123 million
**Deutsch Telecom AG Securities**
$120 million
**Freedom v. Weatherford International**
$120 million
**Philip Morris Securities**
$115 million
**Weyerhauser Hardboard Class Action Siding**
$112 million
**Dell SEC Fair Fund**
$111 million
**StarLink Corn Products**
$110 million
**CVS Corporation Securities**
$110 million
**El Paso Shareholder**
$110 million
**Prudential Securities Inc. Limited Partnerships**
$110 million
**SEC v. Convergex**
$108 million
**Lee v. Allstate**
$101 million
**AMEX Financial Advisors Securities**
$100 million
**Automotive Antitrust**
$100 million
**Hewlett-Packard Securities**
$100 million

**GCG**
**Garden City Group, LLC**

## EXPERIENCE IN MAJOR SETTLEMENTS BY NOTICES DISSEMINATED

**Classmates.com**
57,000,000 notices
**Ticketmaster.com**
57,000,000 notices
**VisaCheck/MasterMoney Antitrust**
26,000,000 notices
**IPO Securities**
25,000,000 notices
**Nwabueza v. AT&T**
20,500,000 notices
**Webloyalty.com, Inc.**
20,000,000 notices
**Browning v. Yahoo!**
19,000,000 notices
**Western Union Money Transfer**
18,000,000 notices
**Experian Information Solutions, Inc.**
15,140,000 notices
**Sallie Mae**
14,000,000 notices
**Expedia Hotel Taxes and Fees**
13,000,000 notices
**Sears Roebuck & Co. and Sears National Bank**
11,000,000 notices
**Pelayo v. Mexico Money Transfer**
9,000,000 notices
**MFS Sub-Track Mutual Fund**
7,600,000 notices
**Time Warner Entertainment Company**
7,000,000 notices
**AT&T Wireless**
7,000,000 notices
**Equifax Consumer Services, Inc.**
7,000,000 notices
**Bank of America Corp. Securities Derivative & ERISA**
6,850,000 notices
**Moneygram – Mexico Money Transfer**
5,000,000 notices
**T-Mobile SMS Premium Refund Program**
4,900,000 notices
**1-800-Flowers Retail**
4,600,000 notices

**Progressive Group Auto Insurance**
4,500,000 notices
**WorldCom Securities**
4,000,000 notices
**Global Crossing Securities**
3,800,000 notices
**Trans Union, LLC and Truelink, Inc.**
3,600,000 notices
**Lucent Technologies Inc. Securities**
3,500,000 notices
**Amorsolo v. Western Union**
3,500,000 notices
**Total Loss Insurance**
3,000,000 notices
**DSL Services**
3,000,000 notices
**Oxmoor House**
3,000,000 notices
**Lease Oil Antitrust**
2,950,000 notices
**AMEX Financial Advisors Securities**
2,800,000 notices
**GM Brake**
2,800,000 notices
**Strong Sub-Track Mutual Fund**
2,800,000 notices
**SEC v. Tyco**
2,800,000 notices
**Dell SEC Fair Fund**
2,510,000 notices
**Nortel Networks (I & II) Securities**
2,480,000 notices
**Citigroup Inc. Securities**
2,470,000 notices
**Tyco Securities**
2,450,000 notices
**America Online Cancellation**
2,300,000 notices
**Invesco Sub-Track Mutual Fund**
2,250,000 notices
**Yahoo! Personals**
2,100,000 notices
**Farmers Insurance Company**
2,100,000 notices

**SEC v. Nortel Networks Corp.**
2,000,000 notices
**Paterson v. Western Union**
2,000,000 notices
**St. Paul Travelers Securities II**
2,000,000 notices
**Bristol Myers Squibb Securities**
1,950,000 notices
**Bristol Myers Securities**
1,800,000 notices
**Carfax Inc.**
1,800,000 notices
**Dell, Inc. Securities**
1,700,000 notices
**Sirius XM Radio**
1,700,000 notices
**FTC v. Consumerinfo.com**
1,500,000 notices
**Johnson & Johnson Acuvue**
1,500,000 notices
**Title Insurance**
1,400,000 notices
**Delphi Corp. Securities**
1,400,000 notices
**Washington Mutual, Inc. Securities**
1,375,000 notices
**Fannie Mae Securities**
1,320,000 notices
**New Motion, Inc.**
1,300,000 notices
**Cobb EMC Class Action**
1,295,000 notices
**Baby Products Antitrust**
1,290,000 notices
**Chase Bank**
1,100,000 notices
**Compaq Securities**
1,000,000 notices
**Dollar General Securities**
1,000,000 notices
**Philip Morris Securities**
1,000,000 notices
**Procter & Gamble Securities**
1,000,000 notices
**Tenet Healthcare Securities**
1,000,000 notices

**GCG**
**Garden City Group, LLC**

## EXPERIENCE IN MAJOR SETTLEMENTS BY CLAIMS PROCESSED

**Lease Oil Antitrust**
4,300,000 claims
**Strong Sub-Track Mutual Fund**
2,100,000 claims
**Wolf v. Red Bull**
1,960,000 claims
**Baby Products Antitrust**
1,200,000 claims
**AMEX Financial Advisors Securities**
1,000,000 claims
**Daniels v. Allstate**
995,000 claims
**WorldCom Securities**
980,000 claims
**Gulf Coast Claims Facility**
950,000 claims
**Progressive Fair Credit Reporting Act**
815,000 claims
**VisaCheck/MasterMoney Antitrust**
815,000 claims
**Bank of America Corp. Securities Derivative & ERISA**
715,000 claims
**Lucent Technologies, Inc. Securities**
700,000 claims
**Classmates.com**
698,000 claims
**Deloris Kline v. Progressive Corporation**
685,000 claims
**Citigroup Inc. Securities**
670,000 claims
**Global Crossing Securities**
600,000 claims
**Expedia Hotel Taxes and Fees**
521,000 claims
**Nortel Networks (I & II) Securities**
500,000 claims
**Santa Clara Open Space Authority**
491,000 claims
**Tyco Securities**
480,000 claims
**Time Warner Entertainment Company**
480,000 claims
**Dell, Inc. Securities**
435,000 claims
**Bristol Myers Securities**
425,000 claims
**SEC v. Tyco**
400,000 claims

**IPO Securities**
390,000 claims
**Dip Tube**
365,000 claims
**Dell SEC Fair Fund**
352,000 claims
**FTC v. Consumerinfo.com**
340,000 claims
**Fannie Mae Securities**
314,000 claims
**PayPal**
288,000 claims
**Dell SEC Fair Fund**
284,000 claims
**Royal Ahold Securities**
275,000 claims
**MFS Sub-Track Mutual Fund**
270,000 claims
**Lehman Brothers Equity/Debt Securities**
265,000 claims
**Philip Morris Securities**
250,000 claims
**Bristol Myers Squibb Securities**
250,000 claims
**Procter & Gamble Securities**
250,000 claims
**GM Brake**
250,000 claims
**Southwest Bell Zamora**
250,000 claims
**St. Paul Travelers Securities II**
240,000 claims
**DSL Services**
230,000 claims
**Washington Mutual, Inc. Securities**
230,000 claims
**Hewlett-Packard Securities**
220,000 claims
**Ameritech Mobile Communications**
200,000 claims
**Tobacco Growers Antitrust**
200,000 claims
**Freddie Mac Securities**
185,000 claims
**Lehman Brothers E&Y**
185,000 claims
**Weatherford International Securities**
175,000 claims

**First Colony Life Insurance Company**
160,000 claims
**St. Paul Traveler's Securities I**
160,000 claims
**Sallie Mae**
160,000 claims
**Compaq Securities**
150,000 claims
**Dynegy/Enron Shareholder**
150,000 claims
**Int'l Auction Houses Antitrust**
150,000 claims
**Johnson & Johnson Acuvue**
150,000 claims
**Sears Securities**
145,000 claims
**Nwabueza v. AT&T**
143,000 claims
**Indian Trust**
122,000 claims
**T-Mobile SMS Premium Refund Program**
122,000 claims
**SEC v. Nortel Networks Corp.**
120,000 claims
**Daimler/Chrysler AG Securities**
115,000 claims
**Invesco Sub-Track Mutual Fund**
115,000 claims
**Citigroup Inc. Bond**
114,000 claims
**Tenet Healthcare Securities**
112,000 claims
**Cobb EMC Class Action**
111,000 claims
**Will v. General Dynamics ERISA**
110,000 claims
**Farmers Insurance Company**
108,000 claims
**Broadcom Corp. Class Action, EY**
108,000 claims
**Bell South Securities**
107,000 claims
**Williams Securities**
100,000 claims
**Title Insurance**
100,000 claims
**Total Loss Insurance**
100,000 claims

**GCG**
Garden City Group, LLC℠

## EXPERIENCE IN MAJOR SETTLEMENTS BY EMAIL CAMPAIGNS

**Ticketmaster.com**
116,000,000 emails
**Classmates.com**
57,000,000 emails
**Webloyalty.com**
18,000,000 emails
**Khoday v. Symantec**
16,000,000 emails
**JP Morgan TCPA**
15,000,000 emails
Browning v. Yahoo!
15,000,000 emails
**Living Social**
14,000,000 emails
**Expedia Hotel Taxes and Fees**
13,000,000 emails
**T-Mobile Premium SMS Refund Program**
9,500,000 emails
**AT&T Wireless**
7,000,000 emails
**Equifax Consumer Services, Inc.**
7,000,000 emails
**1-800 Flowers Retail**
4,600,000 emails
**Pacific Bell**
3,800,000 emails
**TransUnion, LLC and TrueLink, Inc.**
3,600,000 emails
**Shipping Rebate Membership**
3,500,000 emails
**Sallie Mae**
3,000,000 emails
**United States v. Pokerstars**
2,400,000 emails
**Carfax Inc.**
1,800,000 emails
**Sirius XM Radio**
1,700,000 emails
**New Motion, Inc.**
1,300,000 emails
**FTC v. ConsumerInfo.com**
1,000,000 emails