David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Noah Levine (*pro hac vice*)
noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
SONY PICTURES ENTERTAINMENT INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona, Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Sony Pictures Entertainment Inc.,<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**JOINT NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MODIFIED SETTLEMENT AGREEMENT AND RELEASE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT [DKT. NO. 145]; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Hearing Date:　November 16, 2015<br>Time:　　　　　9:00 a.m.<br>Courtroom:　　850<br>Judge:　　　　Hon. R. Gary Klausner |

# NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MODIFIED SETTLEMENT AGREEMENT AND RELEASE

PLEASE TAKE NOTICE that on November 16, 2015, at 9:00 a.m., or as soon as the matter may be heard in the courtroom of the Honorable R. Gary Klausner (Courtroom 850, 255 East Temple Street, Los Angeles, CA 90012), the Parties will and hereby do move this Court to grant them leave to file a Modified Settlement Agreement and Release between Plaintiffs and Sony Pictures Entertainment Inc. in the above-captioned case.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and [Proposed] Order granting the Motion.

Dated: November 13, 2015            Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

*/s/ Christopher T. Casamassima\**
David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP

-1-

60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Defendant Sony Pictures Entertainment Inc.*

GIRARD GIBBS LLP

*/s/ Daniel C. Girard*
Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

KELLER ROHRBACK L.L.P.

By: */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko (*pro hac vice*)
lsarko@kellerrohrback.com
Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8

-2-

Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Interim Co-Lead Class Counsel*

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Raúl Pérez
Raul.Perez@Capstonelawyers.com

Jordan L. Lurie
Jordan.Lurie@capstonelawyers.com
Robert Friedl
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett
Cody.Padgett@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

John H. Gomez
john@gomeztrialattorneys.com
John P. Fiske
jfiske@gomeztrialattorneys.com
Deborah Dixon
ddixon@gomeztrialattorneys.com
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Joseph G. Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns
bfj@chimicles.com
Joseph B. Kenney
jbk@chimicles.com
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

| | |
|---|---|
| 1 | |
| 2 | Richard A. Maniskas, Esquire |
| 3 | rmaniskas@rmclasslaw.com |
| | RYAN & MANISKAS, LLP |
| 4 | 995 Old Eagle School Road, Suite 311 |
| | Wayne, PA 19087 |
| 5 | Telephone: (484) 588-5516 |
| 6 | Facsimile: (484) 450-2582 |
| 7 | |
| | Steven M. Tindall |
| 8 | stindall@rhdtlaw.com |
| | Valerie Bender |
| 9 | vbrender@rhdtlaw.com |
| 10 | RUKIN HYLAND DORIA & TINDALL LLP |
| 11 | 100 Pine Street, Suite 2150 |
| 12 | San Francisco, CA 94111 |
| | Telephone: (415) 421-1800 |
| 13 | Facsimile: (415) 421-1700 |
| 14 | |
| | Katrina Carroll |
| 15 | kcarroll@litedepalma.com |
| 16 | Kyle A. Shamberg |
| | kshamberg@litedepalma.com |
| 17 | LITE DEPALMA GREENBERG, LLC |
| 18 | 211 W. Wacker Drive, Suite 500 |
| | Chicago, IL 60613 |
| 19 | Telephone: (312) 750-1265 |
| 20 | Facsimile: (312) 212-5919 |
| 21 | *Additional Plaintiffs' Counsel* |

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

| | |
|---|---|
| 1 | **MEMORANDUM OF POINTS AND AUTHORITIES** |
| 2 | On October 19, 2015, Plaintiffs filed a Motion for Preliminary Approval of |
| 3 | Class Settlement reached between Plaintiffs and Sony Pictures Entertainment Inc. |
| 4 | ("SPE"). (Dkt. No. 145.) Exhibit A to the Declaration of Cari Campen |
| 5 | Laufenberg (Dkt. No. 146-1) contains the written Settlement Agreement (the |
| 6 | "October 19 Settlement Agreement"). Plaintiffs' Motion for Preliminary Approval |
| 7 | of Class Settlement remains pending. The Parties now respectfully move this |
| 8 | Court for leave to file a Modified Settlement Agreement and Release (the |
| 9 | "Modified Agreement"). The Modified Agreement does not change the substance |
| 10 | of the October 19 Settlement Agreement in any way. Rather, the Modified |
| 11 | Agreement makes clear that: (a) some members of the proposed Settlement Class |
| 12 | are or were employed by one of SPE's subsidiaries and not SPE directly; and (b) |
| 13 | the proposed Settlement Class is limited to current and former employees as of |
| 14 | November 24, 2014, the date the SPE Cyberattack was exposed and SPE shut |
| 15 | down its network. |
| 16 | The Modified Agreement is attached as Exhibit 1 to the Declaration of |
| 17 | Christopher T. Casamassima ("Casamassima Declaration") filed in support of this |
| 18 | Motion, and a black-line markup reflecting the differences in text between the |
| 19 | October 19 Settlement Agreement and the Modified Agreement is attached as |
| 20 | Exhibit 2 to the Casamassima Declaration. A Modified [Proposed] Order Granting |
| 21 | Plaintiffs' Motion For Preliminary Approval Of Class Settlement is attached as |
| 22 | Exhibit 3 to the Casamassima Declaration, and a black-line markup reflecting the |
| 23 | differences in text between the [Proposed] Order Granting Plaintiffs' Motion For |
| 24 | Preliminary Approval Of Class Settlement filed on October 19 and the Modified |
| 25 | [Proposed] Order Granting Plaintiffs' Motion For Preliminary Approval Of Class |
| 26 | Settlement is attached as Exhibit 4 to the Casamassima Declaration. |
| 27 | |
| 28 | |

The Modified Agreement contains clarifying language in the provision defining the proposed Settlement Class—paragraph 47 of the October 19 Settlement Agreement. The revised definition makes explicit that the proposed Settlement Class includes current and former corporate and production employees of both SPE and SPE's subsidiaries, as of November 24, 2014. The amended provision thus states:

> All current and former corporate and production **employees of SPE and its subsidiaries as of November 24, 2014**, and (2) those individuals who were not current or former corporate or production employees of **SPE or its subsidiaries as of November 24, 2014** but: (a) whose PII SPE has determined was disclosed on the Internet as a result of the SPE Cyberattack; and (b) for whom SPE has contact information sufficient to provide direct notice pursuant to the terms of the Notice Program.

(Ex. 1, Modified Agreement, at 7 (emphasis added).) This modification is meant to assure that the provision clearly describes the individuals whom the Parties have always intended to include as members of the Settlement Class, so that there is no possible confusion. (Several of the named plaintiffs are former employees of SPE subsidiaries, and are members of the proposed Settlement Class only by virtue of that employment.) Because such persons have been included in the proposed Settlement Class from the outset, this modification does not add any individuals to the Settlement Class.[1] The Modified Agreement also includes a handful of other edits to conform to this change. *See* Ex. 1 Paragraphs 1, 3, 47, 70.2.2. The Parties will also make any necessary conforming changes to the description of the Settlement Class in the notices, claim forms, and other exhibits to the October 19 Settlement Agreement.

---

[1] SPE confirms that the clarifying edits to the Settlement Class definition language have no effect on the estimated Settlement Class size (*see* Dkt. No. 145-1 at 11).

| | | |
|---|---|---|
| 1 | Dated: November 13, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 4 | | |
| 5 | | */s/ Christopher T. Casamassima* |
| 6 | | David C. Marcus (SBN 158704) |
| 7 | | david.marcus@wilmerhale.com |
| | | Christopher T. Casamassima (SBN 211280) |
| 8 | | chris.casamassima@wilmerhale.com |
| 9 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 10 | | 350 South Grand Avenue, Suite 2100 |
| 11 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 443-5300 |
| 12 | | Facsimile: (213) 443-5400 |
| 13 | | William F. Lee (*pro hac vice*) |
| 14 | | william.lee@wilmerhale.com |
| 15 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 16 | | 60 State Street |
| | | Boston, MA 02109 |
| 17 | | Telephone: (617) 526-6000 |
| 18 | | Facsimile: (617) 526-5000 |
| 19 | | *Attorneys for Defendant Sony Pictures Entertainment Inc.* |
| 20 | | |
| 21 | | GIRARD GIBBS LLP |
| 22 | | |
| 23 | | */s/ Daniel C. Girard* |
| 24 | | Daniel C. Girard |
| | | dcg@girardgibbs.com |
| 25 | | Amanda M. Steiner |
| 26 | | as@girardgibbs.com |
| | | Linh G. Vuong |
| 27 | | lgv@girardgibbs.com |
| 28 | | |

-8-

Notice of Motion and Motion

601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

KELLER ROHRBACK L.L.P.

By: */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko (*pro hac vice*)
lsarko@kellerrohrback.com
Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497


LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Nicholas Diamand

ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Interim Co-Lead Class Counsel*

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Raúl Pérez
Raul.Perez@Capstonelawyers.com
Jordan L. Lurie
Jordan.Lurie@capstonelawyers.com
Robert Friedl
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett
Cody.Padgett@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

John H. Gomez
john@gomeztrialattorneys.com
John P. Fiske
jfiske@gomeztrialattorneys.com

Deborah Dixon
ddixon@gomeztrialattorneys.com
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Joseph G.Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns
bfj@chimicles.com
Joseph B. Kenney
jbk@chimicles.com
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Richard A. Maniskas, Esquire
rmaniskas@rmclasslaw.com
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582

Steven M. Tindall
stindall@rhdtlaw.com
Valerie Bender
vbrender@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800

-11-

Notice of Motion and Motion

Facsimile: (415) 421-1700

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
LITE DEPALMA GREENBERG, LLC
211 W. Wacker Drive, Suite 500
Chicago, IL 60613
Telephone: (312) 750-1265
Facsimile: (312) 212-5919

*Additional Plaintiffs' Counsel*