# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona, Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Sony Pictures Entertainment Inc.,<br><br>Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**[PROPOSED] ORDER ON JOINT MOTION FOR LEAVE TO FILE MODIFIED SETTLEMENT AGREEMENT AND RELEASE**<br><br>Hon. R. Gary Klausner |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having considered the Parties' papers, and good cause having been shown, |
| 3 | the Parties' Motion for Leave to File Modified Settlement Agreement and Release |
| 4 | is hereby GRANTED. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | Dated: _____ _____ |
| 9 | Hon. R. Gary Klausner |
| | United States District Judge |