David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:   (617) 526-6000
Facsimile:   (617) 526-5000

Noah Levine (*pro hac vice*)
noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:   (212) 230-8800
Facsimile:   (212) 230-8888

Attorneys for Defendant
SONY PICTURES ENTERTAINMENT INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Corona, Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Sony Pictures Entertainment Inc.,<br><br>Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**DECLARATION OF CHRISTOPHER T. CASAMASSIMA IN SUPPORT OF JOINT MOTION FOR LEAVE TO FILE MODIFIED SETTLEMENT AGREEMENT AND RELEASE**<br><br>Hearing Date: November 16, 2015<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner |

I, Christopher T. Casamassima, declare as follows:

1. I am an attorney at the law firm of WilmerHale, counsel for Sony Pictures Entertainment Inc. ("SPE") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and, if called as a witness, would testify competently to the best of my knowledge, information, and belief to those facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of the parties' Modified Settlement Agreement and Release (the "Modified Agreement").

3. Attached hereto as Exhibit 2 is a true and correct copy of a black-line markup reflecting the differences in text between the Settlement Agreement and Release filed on October 19, 2015 (Dkt. No. 146-1), and the Modified Agreement.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Modified [Proposed] Order Granting Plaintiffs' Motion For Preliminary Approval Of Class Settlement.

5. Attached hereto as Exhibit 4 is a true and correct copy of a black-line markup reflecting the differences in text between the [Proposed] Order Granting Plaintiffs' Motion For Preliminary Approval Of Class Settlement filed on October 19, 2015 (Dkt. No. 145-2) and the Modified [Proposed] Order Granting Plaintiffs' Motion For Preliminary Approval Of Class Settlement.

Dated: November 13, 2015

Respectfully submitted,

/s/ *Christopher T. Casamassima*
Christopher T. Casamassima

WILMER CUTLER PICKERING
 HALE AND DORR LLP

*Attorneys for Defendant Sony Pictures Entertainment Inc.*