# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona, Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>Sony Pictures Entertainment Inc.,<br><br>        Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**[~~PROPOSED~~] ORDER ON JOINT MOTION FOR LEAVE TO FILE MODIFIED SETTLEMENT AGREEMENT AND RELEASE**<br><br>Hon. R. Gary Klausner |

[Proposed] Order

**[PROPOSED] ORDER**

Having considered the Parties' papers, and good cause having been shown, the Parties' Motion for Leave to File Modified Settlement Agreement and Release is hereby GRANTED.

IT IS SO ORDERED.

Dated:  November 20, 2015          *Gary Klausner*
                                    _____
                                    Hon. R. Gary Klausner
                                    United States District Judge