1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  Christopher T. Casamassima (SBN 211280)
   chris.casamassima@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
5  Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
6

7  William F. Lee (*pro hac vice*)           Noah Levine (*pro hac vice*)
   william.lee@wilmerhale.com                noah.levine@wilmerhale.com
8  WILMER CUTLER PICKERING HALE              WILMER CUTLER PICKERING
     AND DORR LLP                              HALE AND DORR LLP
9  60 State Street                           7 World Trade Center
   Boston, MA 02109                          250 Greenwich Street
10 Telephone:  (617) 526-6000                New York, NY 10007
   Facsimile:  (617) 526-5000                Telephone:  (212) 230-8800
11                                           Facsimile:  (212) 230-8888

12
   Attorneys for Defendant Sony Pictures Entertainment Inc.
13

14
## UNITED STATES DISTRICT COURT
15
## CENTRAL DISTRICT OF CALIFORNIA
16

17 | MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated, | Case No. 2:14-cv-09600-RGK-E |
18 | | **STIPULATION FOR ORDER CONTINUING FINAL APPROVAL HEARING** |
19 | Plaintiffs, | |
20 | vs. | Judge:   Hon. R. Gary Klausner |
21 | SONY PICTURES ENTERTAINMENT INC., | Courtroom: 850 |
22 | Defendant. | |

23
24
25
26
27
28

Plaintiffs Michael Corona, Christina Mathis et al. ("Plaintiffs") and Defendant Sony Pictures Entertainment Inc. ("SPE"), by and through their respective counsel, hereby stipulate, subject to the Court's approval, to continue the date of the Final Approval Hearing (*see* Dkt. No. 151) from March 16, 2016 at 10:00 am, to April 6, 2016 at 10:00 am or as soon thereafter as is convenient for the Court.  The purpose of the requested change in hearing date is to allow the parties sufficient time to prepare a complete record for the Final Approval Hearing.

WHEREAS, Plaintiffs filed a Motion for Preliminary Approval of Class Settlement on October 19, 2015 (Dkt. No. 145);

WHEREAS, the Court's order granting Plaintiffs' Motion was entered on November 25, 2015, and the Court set a Final Approval Hearing on March 16, 2016 (Dkt. No. 151);

WHEREAS, the Modified Settlement Agreement and Release (Dkt. No. 149-3) ("Modified Settlement Agreement") between the Parties sets forth a schedule with various deadlines that are based on the date of the entry of the Court's order granting Preliminary Approval and the date of the Final Approval Hearing;

WHEREAS, based on the provisions of the Modified Settlement Agreement and the date of entry of the Preliminary Approval order, the deadline for class members to file or postmark any objections to the Settlement (the "Objection Deadline") is March 9, 2016, one week before the scheduled Final Approval Hearing;

WHEREAS, the March 9 Objection Deadline means that the Parties and Court may not receive any such objections until March 9 or later, and therefore the Parties would have very little time to prepare responses to any such objections and the Court would have even less time to consider any such objections and responses before the scheduled March 16, 2016 Final Approval Hearing;

-1-

1  WHEREAS, based on the provisions of the Modified Settlement Agreement
2  and the date of entry of the Preliminary Approval order, certain other deadlines
3  would fall after the currently scheduled date for the Final Approval Hearing
4  currently set for, March 16, 2016, including but not limited to the deadline for the
5  Settlement Administrator to provide the final report to SPE and Class Counsel
6  summarizing the number of written notices of exclusion received from class
7  members;

8  WHEREAS, the Parties wish to ensure that the Court has a complete record
9  regarding the proposed Settlement prior to the Final Approval Hearing;

10  WHEREAS, no prior continuances of the Final Approval Hearing have
11  been sought by either party;

12  THEREFORE, the Parties request to continue the date of the Final
13  Approval Hearing from March 16, 2016 at 10:00 am, to April 6, 2016 at 10:00 am
14  or as soon thereafter as is convenient for the Court.

15  FOR THESE REASONS, this stipulation is entered into by and between all
16  Parties in the above-captioned matter.

Dated:  December 10, 2015           Respectfully submitted,

WILMER CUTLER PICKERING HALE
AND DORR LLP

/s/ *Christopher T. Casamassima*
Christopher T. Casamassima*

*Counsel for Defendant Sony Pictures Entertainment Inc.*

KELLER ROHRBACK L.L.P.

By:   */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko

-2-

lsarko@kellerrohrback.com
Gretchen Freeman Cappio
gcappio@kellerrohrback.com
Cari Campen Laufenberg
claufenberg@kellerrohrback.com
1201 Third Ave., Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, California 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

*Interim Co-Lead Class Counsel and Liaison Counsel*

GIRARD GIBBS LLP

By:   */s/ Daniel C. Girard*
Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
Michael W. Sobol
msobol@lchb.com

-3-

|   |   |
|---|---|
| 1 | RoseMarie Maliekel |
| 2 | rmaliekel@lchb.com |
|   | 275 Battery Street, 29th Floor |
| 3 | San Francisco, CA 94111-3339 |
| 4 | Telephone:  (415) 956-1000 |
|   | Facsimile:  (415) 956-1008 |
| 5 |   |
| 6 | Nicholas Diamand |
|   | ndiamand@lchb.com |
| 7 | 250 Hudson Street, 8th Floor |
| 8 | New York, NY 10013-1413 |
|   | Telephone: (212) 355-9500 |
| 9 | Facsimile: (212) 355-9592 |

*Interim Co-Lead Class Counsel*

\*Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

-4-