# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORONA and CHRISTINA MATHIS ET AL., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>Defendant. | CASE NO. 2:14-CV-09600-RGK-E<br><br>[PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING<br><br>Judge:     Hon. R. Gary Klausner<br>Courtroom: 850 |

Before the Court is the Parties' Stipulation for Order Continuing Final Approval Hearing. Having considered the Stipulation, and finding good cause shown, the Stipulation is hereby GRANTED.

**IT IS HEREBY ORDERED** that the Final Approval Hearing is continued from March 16, 2016 at 10:00 a.m. to April 6, 2016 at 10:00 am.

**IT IS SO ORDERED.**

Dated: _____
Hon. R. Gary Klausner
United States District Judge