David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Noah Levine (*pro hac vice*)
noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
SONY PICTURES ENTERTAINMENT INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Corona, Christina Mathis, et al., individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Sony Pictures Entertainment Inc.,<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-09600-RGK-E<br><br>**JOINT STATUS REPORT ON SETTLEMENT**<br><br>Hearing Date:　N/A<br>Time:　　　　　N/A<br>Courtroom:　　850<br>Judge:　　　　Hon. R. Gary Klausner |

Defendant Sony Pictures Entertainment Inc. ("SPE") and Plaintiffs Michael Corona, Christina Mathis, Joshua Forster, Ella Carline Archibeque, Marcela Bailey, Michael Levine, Steven Shapiro, and Geoffrey Springer and the Settlement Class ("Plaintiffs"), by and through their undersigned counsel, file this Report to update the Court on developments related to the Settlement, preliminarily approved on November 25, 2015, in this action. In particular, we would like to update the Court on the implementation of one aspect of the relief to be offered to the Settlement Class.

The Settlement provides three primary forms of relief to the Settlement Class. *First*, SPE will establish a non-reversionary cash fund of $2 million to reimburse Settlement Class Members, subject to certain per-person caps, for preventive measures they have taken to protect themselves from identity theft following the SPE Cyberattack at issue in this case. Modified Settlement Agreement, at ¶ 71. *Second*, SPE will pay up to $2.5 million (up to $10,000 individually) to Settlement Class Members who have experienced unreimbursed losses from identity theft or misuse as a direct result of the SPE Cyberattack. *Id.* at ¶ 70. *Third*, SPE will provide certain identity protection services to all Settlement Class Members, free of charge, through December 31, 2017. *Id.* at ¶ 68.

With respect to the third form of relief described above—*i.e.*, identity protection services—the Settlement Agreement anticipated that SPE would provide such services through the company AllClear ID, and specifically through its products AllClear Secure and AllClear PRO, with the latter provided to Settlement Class Members who enroll, free of charge, in the service. The AllClear Secure product provides assistance to recover financial losses and restore stolen identities. The AllClear PRO product provides additional services including, among other benefits, identity theft monitoring, credit monitoring, $1 million in identity theft

insurance, fraud detection, lost wallet protection, and detection and restoration services for identity theft associated with an enrollee's child.

The AllClear Secure product will be provided to all Settlement Class Members and is not at issue here.  SPE has learned, however, that AllClear ID will not be able to provide the AllClear PRO service to any Settlement Class Members who currently reside outside the United States and who do not have a United States Social Security Number.  In total, SPE estimates that this will affect less than 8 percent of the Settlement Class.  AllClear PRO will be available to all other Settlement Class Members as contemplated by the Settlement Agreement.

Accordingly, for any Settlement Class Members who currently reside outside of the United States, SPE has arranged to provide substantially equivalent identity protection services to them through an alternate company, called IDT911, as follows:  IDT911 will provide each enrollee with identity theft insurance coverage of $1 million, as well as fraud detection, lost wallet protection, and detection and restoration services for identity theft associated with an enrollee's child.  IDT911 will also provide identity theft monitoring to enrollees who reside in Canada, the United Kingdom, and other countries outside of the European Union and, to the extent such identity theft monitoring service is available in their country of residence, the European Union.  IDT911 will also provide credit monitoring for enrollees residing in Canada and the United Kingdom, which is where the substantial majority (approximately 90 percent) of the non-U.S. resident Settlement Class Members currently reside.  IDT911 is unable to provide credit monitoring in the other non-U.S. countries,[1] and SPE has not identified another vendor that can do so.  As with the AllClear PRO service, the IDT911 services will

---

[1] SPE estimates that less than one percent of the overall Settlement Class currently resides outside of the United States, Canada, and the United Kingdom.

be available on an enrollment basis, free of charge to enrollees, for service through December 31, 2017.

Appropriate modifications have been made to the notices and to the Settlement Website to make sure Settlement Class Members residing outside of the United States are aware of the IDT911 identity protection services available to them and how they can enroll.

Dated:  January 15, 2016

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

*/s/ Christopher T. Casamassima\**
David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendant Sony Pictures Entertainment Inc.*

GIRARD GIBBS LLP

*/s/ Daniel C. Girard*
Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

KELLER ROHRBACK L.L.P.

By: */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko (*pro hac vice*)
lsarko@kellerrohrback.com
Gretchen Freeman Cappio (*pro hac vice*)
gcappio@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497


LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Co-Lead Class Counsel*

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Raúl Pérez
Raul.Perez@Capstonelawyers.com
Jordan L. Lurie
Jordan.Lurie@capstonelawyers.com
Robert Friedl
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett

-5-

Cody.Padgett@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

John H. Gomez
john@gomeztrialattorneys.com
John P. Fiske
jfiske@gomeztrialattorneys.com
Deborah Dixon
ddixon@gomeztrialattorneys.com
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Joseph G. Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns
bfj@chimicles.com
Joseph B. Kenney
jbk@chimicles.com
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Richard A. Maniskas, Esquire
rmaniskas@rmclasslaw.com
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516

-6-

Facsimile: (484) 450-2582

Steven M. Tindall
stindall@rhdtlaw.com
Valerie Bender
vbrender@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
LITE DEPALMA GREENBERG, LLC
211 W. Wacker Drive, Suite 500
Chicago, IL 60613
Telephone: (312) 750-1265
Facsimile: (312) 212-5919

*Additional Plaintiffs' Counsel*

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

-7-