Matthew J. Preusch (SBN 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
T: (805) 456-1496
F: (805) 456-1497

Lynn Lincoln Sarko, *admitted pro hac vice*
lsarko@kellerrohrback.com
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900
F: (206) 623-3384

Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

Michael W. Sobol (SBN 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
T: (415) 956-1000
F: (415) 956-1008

*Class Counsel*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORONA, CHRISTINA MATHIS, et al., individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br>  vs.<br><br>SONY PICTURES ENTERTAINMENT, INC.,<br><br>   Defendant. | CASE NO. 2:14−CV−09600−RGK−E<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: April 6, 2016<br>Time:   10:00 a.m.<br>Courtroom: 850<br>Judge:  Hon. R. Gary Klausner |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 6, 2016, at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable R. Gary Klausner of the United States District Court, Central District of California, Los Angeles Division, located at Court Room 850, 255 East Temple Street, Los Angeles, CA 90012, Plaintiffs Michael Corona, Christina Mathis, Joshua Forster, Ella Carline Archibeque, Michael Levine, Geoffrey Springer, Marcela Bailey, and Steven Shapiro will and hereby do move this Court to grant final approval of the Modified Settlement Agreement and Release ("Settlement") reached between Plaintiffs and Sony Pictures Entertainment Inc.

Plaintiffs' motion is based on this notice, the accompanying memorandum of points and authorities, the joint declaration of Cari Campen Laufenberg, Roger N. Heller, and Daniel C. Girard filed herewith, the declaration and supplemental declaration of Lori L. Castaneda filed herewith, the papers filed in support of Plaintiffs' motion for preliminary settlement approval, the proposed order filed herewith, the record in this case, and any additional argument and evidence the Court may consider.

Dated:    February 17, 2016          Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

By:  */s/ Lynn Lincoln Sarko*
Lynn Lincoln Sarko, *Admitted pro hac vice*
lsarko@kellerrohrback.com
Gretchen Freeman Cappio, *Admitted pro hac vice*
gcappio@kellerrohrback.com
Cari Campen Laufenberg, *Admitted pro hac vice*
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

1

Matthew J. Preusch
mpreusch@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

**GIRARD GIBBS LLP**

Daniel C. Girard
dcg@girardgibbs.com
Amanda M. Steiner
as@girardgibbs.com
Linh G. Vuong
lgv@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**

Michael W. Sobol
msobol@lchb.com
RoseMarie Maliekel
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile:  (212) 355-9592

***Class Counsel***

PLAINTIFFS'  NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT

1

2   Hank Bates
3   hbates@cbplaw.com
    Allen Carney
4   acarney@cbplaw.com
    David Slade
5   dslade@cbplaw.com
6   **CARNEY BATES & PULLIAM, PLLC**
7   11311 Arcade Drive
    Little Rock, AR 72212
8   Telephone: (501) 312-8500
    Facsimile: (501) 312-8505
9

10  Raúl Pérez
11  Raul.Perez@Capstonelawyers.com
    Jordan L. Lurie
12  Jordan.Lurie@capstonelawyers.com
13  Robert Friedl
    Robert.Friedl@capstonelawyers.com
14  Tarek H. Zohdy
15  Tarek.Zohdy@capstonelawyers.com
    Cody R. Padgett
16  Cody.Padgett@capstonelawyers.com
17  **CAPSTONE LAW APC**
18  1840 Century Park East, Suite 450
    Los Angeles, CA 90067
19  Telephone: (310) 556-4811
20  Facsimile: (310) 943-0396

21  John H. Gomez
22  john@gomeztrialattorneys.com
    John P. Fiske
23  jfiske@gomeztrialattorneys.com
24  Deborah Dixon
    ddixon@gomeztrialattorneys.com
25
26  **GOMEZ TRIAL ATTORNEYS**
    655 West Broadway, Suite 1700
27  San Diego, CA 92101
    Telephone: (619) 237-3490
28  Facsimile: (619) 237-3496

3

Joseph G. Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns
bfj@chimicles.com
Joseph B. Kenney
jbk@chimicles.com
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Richard A. Maniskas, Esquire
rmaniskas@rmclasslaw.com
**RYAN & MANISKAS, LLP**
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582

Steven M. Tindall
stindall@rhdtlaw.com
Valerie Bender
vbrender@rhdtlaw.com
**RUKIN HYLAND DORIA & TINDALL LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500
Chicago, IL 60613
Telephone: (312) 750-1265
Facsimile: (312) 212-5919

***Additional Plaintiffs' Counsel***

5