UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-09600-RGK (Ex) | Date | April 6, 2016 |
|---|---|---|---|
| Title | Michael Corona et al v. Sony Pictures Entertainment, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Roger Heller; Daniel Girard; Cari Campen Laufenberg | Noah Levine; Felicia Ellsworth | |

**Proceedings:**   Final Approval of Class Settlement [157]

Plaintiff's Motion for Attorney's Fees, Costs and Service Awards [158]

Court and counsel confer regarding objections that were filed. Court and counsel confer regarding the areas covered by the settlement. The Court approves the class settlement.

The Motion for Attorney's Fees, Costs and Service Awards is taken under submission.

**IT IS SO ORDERED.**

|  | : | 31 |
|---|---|---|
| Initials of Preparer | slw | |